# WILENTZ GOLDMAN &SPITZER P.A.

## ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6026
Direct Fax: (732) 726-6639
Email: lweiner@wilentz.com

December 4, 2009

**VIA ECF FILING**

Hon. Allyne R. Ross, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NJ 11201

Re: **Romero v. Borden East, 09 CV 665; Shin v. Borden East, 09 CV 845; Gaenzler v. Borden East, 09 CV 1303; Ferguson-Steger v. Borden East, 09 CV 1196; Kaye v. Borden East, 09 CV 1228; Allicino v. Borden East, 09 CV 1455; Lee v. Borden East, 09 CV 1721; Lievre v. Borden East, 09 CV 1984**

Dear Judge Ross:

This firm represents Plaintiffs in all of the above-referenced matters. This letter serves as notice to the Court that I will be sending the following documents to Defendants' counsel consistent with the Court's briefing schedule:

    a.    Plaintiffs' Notice of Motion for Partial Summary Judgment against Defendant, Borden East River Realty, LLC Only;

    b.    The Parties' Joint Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;

#3236024 (153641.001)

**WILENTZ**
**GOLDMAN**
**&SPITZER P.A.**
ATTORNEYS AT LAW

Hon. Allyne R. Ross, U.S.D.J.
December 4, 2009
Page 2

    c.    Plaintiffs' Brief in Support of Their Motion for Partial Summary Judgment against Defendant, Borden East River Realty, LLC Only;

    d.    Declaration of Lawrence C. Weiner, Esq.; and

    e.    Proposed Form of Order.

If your Honor has any questions, please do not hesitate to contact me.

Respectfully submitted,

LAWRENCE C. WEINER, ESQ.

LCW:ar
Enclosures –To be filed via ECF on January 15, 2010

cc: Bruce H. Lederman, Esq. (w/encls. -via Email and UPS Overnight Mail)
     Clients (w/encls. –via Email)

#3236024 (153641.001)