# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*
345 Seventh Avenue • 23rd Floor
New York, New York 10001

212-564-9800
Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA•
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JARED P. TURMAN*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
• ALSO ADMITTED IN CT
■ ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:
jdagostino@dagll.com

April 2, 2009

<u>Via Federal Express (202) 708-0502 x. 3006</u>
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re:   ILS 32438, Borden East River Realty LLC, 11/49 Realty LLC, and Simone
Development Company, L.L.C., One Hunters Point Condominium; I-09-096,
Hunters View Condominium, I-09-97

Dear Mr. Thomas:

We have been retained by Borden East River Realty LLC ('Borden"), the developer and sponsor of a twelve story high rise condominium project located at 5-49 Borden Avenue, Long Island City, Queens, New York (the "Hunters Point Project") and 11/49 Realty LLC ("11/49"), the developer of a twelve story high rise condominium project located at 48-15 11th Street, Long Island City, Queens, New York (the "Hunters View Project").

We are writing in response to your letter of March 6, 2009 to Borden, 11/49 and Simone Development Company, L.L.C. which seeks information to determine whether the referenced projects should be registered pursuant to the Interstate Land Sales Full Disclosure Act ("ILSFDA") 15 U.S.C. §1701 et. seq.

We enclose our clients' responses to your questionnaire as well as copies of the offering plans, with amendments, for each of the Hunters Point Project and the Hunters View Project, and various additional schedules, organizational information and other information as requested by your letter. This cover letter is submitted to explain in detail why the two projects are exempt from registration and

1

HP000007

Mr. William Thomas
April 2, 2009

disclosure under 15 USC 1702 (b)(1) as a sale or lease of lots in a subdivision containing fewer than one hundred (100) lots.

The analysis set forth below is based upon HUD's Full Disclosure Action Exemptions Supplemental Information to Part 1710, Part V, which provides

> "For example, a developer of a subdivision containing a total of 129 lots since April 28, 1969, qualifies for this exemption if at least 30 lots are sold in transactions that are exempt because the lots had completed homes erected on them. The 30 exempt transactions may fall within any one exemption or a combination of exemptions noted in Sec. 1710.5 (b) through (h) and may be either past or future sales. In the above example, the developer also could qualify if twelve lots had been sold with residential structures already erected on them, nine lots had been sold to building contractors and at least nine lots were reserved for either the construction of homes by the developer or for sales to building contractors. The reserved lots need not be specifically identified."

The Hunters Point Project is an initial offering, pursuant to a duly filed New York State Condominium Offering Plan of one hundred thirty-two (132) residential units, with twenty-six (26) accessory roof terrace units and twenty-five (25) accessory parking space units. Pursuant to Section 5.7(B) of the recorded condominium by-laws, which are also set forth in the filed Offering Plan, the roof terraces and parking spaces "shall only be used ... by Owners and tenants and occupants of the Unit[s]." The by-laws further provide that "Ownership of Roof Terrace Units and Parking Space Units is restricted to the Sponsor and Residential Unit Owners."

Of the one hundred thirty-two (132) residential units in the initial offering plan for the Hunters Point Project, fifty-eight (58) units are not subject to registration and disclosure for the following reasons. On February 17, 2009, a temporary certificate of occupancy (Exhibit A) was issued for the Hunter's Point Project, so that all unsold units at that point in time are exempt pursuant to 15 USC. 1702(a)(2) as sale of improved units. As of February 17, 2009, fifty-seven (57) units which are listed on Exhibit B, were unsold and an additional unit, Unit 2M, was sold on that day (See Exhibit C), so that a total of fifty-eight (58) units were exempt from registration and disclosure. Thus, the total number of lots for purposes of the 15 USC 1702(b)(1) exemption is 74.

The Hunters View Project is an initial offering, pursuant to a duly filed New York State Condominium Offering Plan of seventy-three (73) residential units[1], reduced to seventy-two (72)

---

[1]    Pursuant to the 10th Amendment to the Offering Plan which was accepted for filing by the New York State Department of Law on or about March, 2008, the number of residential units offered was reduced to seventy-two (72) due to the fact that Units 8A and 8B were combined and sold as one Unit 8A/B. The certificate of occupancy for the project is for seventy-two (72) units. A single contract of sale was executed for combined Unit 8A/B (see Exhibit K).

2

HP000008

Mr. William Thomas
April 2, 2009

residential units, with fifteen (15) accessory roof terrace units and thirty-seven (37) accessory parking units. Pursuant to section 5.7(B) of the recorded condominium by-laws, which are also set forth in the filed Offering Plan, the roof terraces and parking spaces "shall only be used … by Owners and tenants and occupants of the Unit[s]." The by-laws further provide that "Ownership of Roof Terrace Units and Parking Space Units is restricted to the Sponsor and Residential Unit Owners."

Of the seventy-two (72) residential units in the Hunters View Project, forty-eight (48) are not subject to registration and disclosure for the following reasons. On March 12, 2009, a temporary certificate of occupancy (Exhibit D) was issued for the Hunters View Project so that all unsold units at that point in time are exempt pursuant to 15 USC 1702(a)(2) as sale of improved lots. As of March 12, 2009, forty-seven (47) units, which are listed on Exhibit E, were unsold. In addition, and amongst others[2], Unit 2G had previously been sold to Anthony Martello, who acquired such unit for the purpose of resale or lease and who is engaged in such business (see Exhibit F). Therefore, 2G is exempt under 15 USC 1702(a)(7). As a result, the total number of lots for purposes of qualifying for the 15 USC 1702(b)(1) exemption is twenty-four (24).

Based upon the foregoing information, even assuming arguendo that the two projects are subject to analysis under the common promotions plan provisions of ILSFDA, the two projects generated sales of only ninety (98) lots which are not exempt under 15 USC 1702(a) so that the statutory exemption of 15 USC 1702(b)(1) – sale of fewer than one hundred (100) lots – applies.

Additionally, while we submit it is clear that the two Projects are exempt from registration and disclosure for the reasons set forth above, we also respectfully submit that each Project is exempt from registration and property disclosure based upon the substantial compliance with ILSFDA's disclosure requirements because of the very detailed disclosure provided in the enclosed duly filed New York State Condominium Offering Plans which are provided to all prospective purchasers before any contracts are signed and accepted. As you know, the sale of high rise condominiums in the State of New York is heavily regulated and developers are required to provide the New York State filed Offering Plans and all amendments to purchasers.

Our clients believe they are in compliance with ILSFDA. We hereby request that your office issue a letter confirming that by delivering the enclosed Offering Plans to the Purchasers, on the facts of this case as described above, our clients are subject to the exemption for sale of less than one hundred (100) lots. To the extent that you determine that any issue may exist as to technical compliance, we request an immediate meeting with the appropriate persons to clarify all issues, as well as to discuss all necessary and appropriate actions that may be necessary to comply with your office's requirements.

As of this date, five (5) purchasers have commenced lawsuits against our clients in the Eastern District of New York seeking to rescind their purchase agreements, alleging technical violations of ILSFDA, failure to register and failure to provide a property report. The purchasers have also filed

---

[2]   Numerous purchasers filled out initial information forms indicating that they were purchasing units for investment purposes. All rights are reserved with respect thereto.

G:\Tzimopoulos\Simone\HUD letter (7).doc

HP000009

Mr. William Thomas
April 2, 2009

complaints with the New York Attorney General (see, e.g., Exhibit G). The pending federal actions are filed by an attorney who is presently advertising on an internet site called "no-condo.com," which states:

> "The downturn of the real estate market has led purchasers (like you) to reevaluate their once promising condominium/real estate purchases. If you seek to get out of your purchase of a condominium unit or other real estate purchase, contact us today."

None of the complaints filed have any allegations of fraud or inadequate disclosure. Rather, the complaints (which we believe prompted your inquiry) are an obvious and transparent attempt to exploit or manufacture a perceived technical violation of ILSFDA as a basis for avoiding contracts because of current economic conditions or to create leverage to obtain price concessions from our clients, rather than any bona fide claims of a lack of disclosure.

While we and our client fully appreciate the need for compliance with ILSFDA, we also submit that its use as a weapon to avoid contractual obligations unrelated to any claimed lack of disclosure undermines the purposes of ILSFDA, and the mission of "HUD" in general. If purchasers are permitted to use a "full disclosure act" to avoid negotiated contracts where there are no actual claims of fraudulent disclosure or lack of disclosure, none of the stated purposes of the Act are advanced. Indeed, given current declines in property values, permitting avoidance of contracts unrelated to any actual fraud could lead to outright project failure and bankruptcy, unfairly harming purchasers who have already closed and expect to live in the completed and occupied projects. At a time when our country's leadership is struggling to stabilize financial and real estate markets, we submit it is important for HUD to exercise its regulatory powers wisely to prevent further destabilization of markets by allowing purchasers to avoid contracts where there has been compliance or at a minimum, substantial compliance with the applicable laws.

We look forward to working with you to resolve the issues that prompted your inquiry and confirm that our client is in full compliance with ILSFDA

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
(John) D'Agostino

4

HP000010

RESPONSE TO REQUEST FOR INFORMATION

1.      The Hunters Point Project is an initial offering, pursuant to a duly filed New York State Condominium Offering Plan of one hundred thirty-two (132) residential units, with twenty-six (26) accessory roof terrace units and twenty-five (25) accessory parking space units. Pursuant Section 5.7(B) of the recorded condominium by-laws, which are also set forth in the filed Offering Plan, the roof terraces and parking spaces "shall only be used ... by Owners and tenants and occupants of the Unit[s]." The by-laws further provide that "Ownership of Roof Terrace Units and Parking Space Units is restricted to the Sponsor and Residential Unit Owners."

Of the one hundred thirty-two (132) residential units in the initial offering plan for the Hunters Point Project, fifty-eight (58) units are not subject to registration and disclosure for the following reasons. On February 17, 2009, a temporary certificate of occupancy (Exhibit A) was issued for the Hunter's Point Project, so that all unsold units at that point in time are exempt pursuant to 15 USC. 1702(a)(2) as sale of improved units. As of February 17, 2009, fifty-seven (57) units which are listed on Exhibit B, were unsold and an additional unit, Unit 2M, was sold on that day (See Exhibit C), so that a total of fifty-eight (58) units were exempt from registration and disclosure. Thus, the total number of lots for purposes of the 15 USC 1702(b)(1) exemption is 74.

The Hunters View Project is an initial offering, pursuant to a duly filed New York State Condominium Offering Plan of seventy-three (73) residential units[1], reduced to seventy-two (72) residential units, with fifteen (15) accessory roof terrace units and thirty-seven (37) accessory parking units. Pursuant to section 5.7(B) of the recorded condominium by-laws, which are also set forth in the filed Offering Plan, the roof terraces and parking spaces "shall only be used ... by Owners and tenants and occupants of the Unit[s]." The by-laws further provide that "Ownership of Roof Terrace Units and Parking Space Units is restricted to the Sponsor and Residential Unit Owners."

Of the seventy-two (72) residential units in the Hunters View Project, forty-eight (48) are not subject to registration and disclosure for the following reasons. On March 12, 2009, a temporary certificate of occupancy (Exhibit D) was issued for the Hunters View Project so that all unsold units at that point in time are exempt pursuant to 15 USC 1702(a)(2) as sale of improved lots. As of March 12, 2009, forty-seven (47) units, which are listed on Exhibit E, were

---

[1]    Pursuant to the 10th Amendment to the Offering Plan which was accepted for filing by the New York State Department of Law on or about March, 2008, the number of residential units offered was reduced to seventy-two (72) due to the fact that Units 8A and 8B were combined and sold as one Unit 8A/B. The certificate of occupancy for the project is for seventy-two (72) units. A single contract of sale was executed for combined Unit 8A/B (see Exhibit K).

unsold. In addition, and amongst others[2], Unit 2G had previously been sold to Anthony Martello, who acquired such unit for the purpose of resale or lease and who is engaged in such business (see Exhibit F). Therefore, 2G is exempt under 15 USC 1702(a)(7). As a result, the total number of lots for purposes of qualifying for the 15 USC 1702(b)(1) exemption is twenty-four (24).

2.  See response 1 above.

3.  YES. Borden East River Realty, LLC is the developer of the One Hunters Point Project and 11/49 Realty LLC is the developer of the Hunters View Project.

4.  YES. After June 20, 1980, more than twelve (12) lots have been sold in any twelve (12) month period

5.  YES. The Combined Projects consist of condominium units all of which are smaller than 20 acres.

6.  A small number of sales were made to individuals who provided addresses out of state. The developers do not solicit information as to actual legal residence of purchasers. However, any sale to an individual who had an out-of-state address was initiated by said purchaser's visit to the sales office adjacent to the project. In the limited instances where purchasers used out-of-state addresses, it is believed that they also had New York addresses and/or were purchasing for family members in New York (e.g., out-of-state parents purchasing for children living in New York).

7.  All lots (i.e. condominiums located in these high rise buildings) are sold with utilities.

8.  YES.

9.  As of this date the developer has identified at least one (1) lot, Hunters View Project Unit 2G, which was sold to Anthony Martello, who acquired such unit for the purpose of resale or lease and who is engaged in such business (see Exhibit F). Numerous purchasers filled out initial information forms indicating that they were purchasing units for investment purposes. All rights are reserved with respect thereto.

10.  No lots are sold to a government or a governmental agency.

11.  One lot, Unit 2M at the Hunter's Point Project, was sold as an existing condominium unit with a valid certificate of occupancy on it. Additionally, fifty-seven (57) Units at the Hunters Point Project and forty-seven (47) Units at the Hunters View Project have not been sold and are

---

[2] Numerous purchasers filled out initial information forms indicating that they were purchasing units for investment purposes. All rights are reserved with respect thereto.

6

HP000012

presently being offered for sale as improved condominium units with valid certificates of occupancy.

12.   All lots are single family residences.

13.   Sales are handled through an independent Selling Agent, who, upon information and belief, may use the mails.

14.   Collection of downpayments is done through developers' attorneys, and upon information and belief, some purchasers may have delivered payments through the mail.

* * *

1.   At present there are fifty-seven (57) unsold units in the Hunters Point Project and forty-seven (47) unsold units in the Hunters View Project.

2.   All unsold units are owned by the developers.

3.   Not applicable – there are presently unsold units.

4.   All lots are condominium units.

5.   One (1) lot, Unit 2G, in the Hunters Point Project, had a completed residential condominium at the time of sale.

6.   One (1) lot, Hunters View Project Unit 2G, was sold to Anthony Martello, who acquired such unit for the purpose of resale or lease and who is engaged in such business (see Exhibit F).

7.   No contracts obligate seller to complete a condominium within two years.

8.   New York City Public Roads provide access to each of the projects.

9.   Not applicable – see Answer 8 immediately above.

10.   Not applicable – see Answer 8 immediately above.

11.   All units have utility services provided by Con Edison. Water to all units is provided by the City of New York.

12.   All units have utility services provided by Con Edison. Water to all units is provided by the City of New York.

13.   Not applicable.  All units have utility services provided by Con Edison. Water to all units is provided by the City of New York.

7

HP000013

14. See the organizational charts attached hereto as Exhibit H. See also the section in Part I of each Offering Plan titled "Identity of Parties."

15. The Hunters Point Project and the Hunters View Project are not contiguous but are in the same geographic area. No other holdings are in this geographic area. See also the section in Part I of each Offering Plan titled "Identity of Parties."

16. None.

17. The relevant geographic market is in New York City and Long Island, New York.

18. The developers do not maintain records of the legal residences of purchasers. A list for each project showing mailing addresses at the time of contract and current mailing addresses is attached. However, any sale to an individual who had an out-of-town address was initiated by said purchaser's visit to the sales office adjacent to the project. In the limited instances where purchasers used out-of-state addresses, it is believed that they also had New York addresses and/or were purchasing for family members in New York (e.g., out-of-state parents purchasing for children living in New York).

19. A copy of sales promotional package is enclosed as Exhibit I and J.

20. A copy of sales promotional package is enclosed as Exhibit I and J.

21. No installment contracts are used in connection with either project.

22. Not applicable.

23. Sales are handled through an independent Selling Agent, who, upon information and belief, may use telephone to answer inquiries.

24. Attached as part of Exhibits I and J are advertisements in various newspapers or periodicals used to advertise each of the projects. No radio or television ads were utilized.

25. www.Hunterspointcondos.com

I HEREBY AFFIRM that I am the developer of the lots herein described, or will be the developer at the time the lots are offered for sale or lease to the public, or that I am an agent authorized by such developer to respond to this letter of inquiry and that the statements contained herein, together with any documents submitted herewith, are full, true and complete.

Joseph Simone, as manager of Simone Borden LLC, the manager of Borden East River Realty LLC and manager of 11/49 Realty LLC

8

HP000014

Ex A

HP000015



**Buildings**

*Certificate of Occupancy*

Page 1 of 2

CO Number:   **402115661T001**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| Borough: Queens | Block Number: 00034 | Certificate Type: Temporary |
| Address: 5-49 BORDEN AVE | Lot Number(s): 12 | Effective Date: 02/17/2009 |
| Building Identification Number (BIN): 4860183 | Building Type: New | Expiration Date: 04/18/2009 |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification:   1-C   (1968 Code)

Building Occupancy Group classification: J2   (1968 Code)

Multiple Dwelling Law Classification:   HACA

No. of stories:   12   Height in feet:   123   No. of dwelling units:   138

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:
THIS TEMP CERTIFICATE OF OCCUPANY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR.

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000016


**Buildings**

## *Certificate of Occupancy*

Page 2 of 2

CO Number: **402115661T001**

| | Permissible Use and Occupancy |
|---|---|

All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations.

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | OG | B-2 | | 2 | 25 ACCESSORY PARKING SPACES |
| 002  008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009  012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |

| | END OF SECTION |
|---|---|

_____
Borough Commissioner

_____
Commissioner

**END OF DOCUMENT**

402115661/001  2/17/2009 9:05:38 AM

HP000017

GX B

HP000018

As of March 28, 2009

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

| COUNT | UNIT # | DATE CONTRACT FULLY EXECUTED | PURCHASER | PRICE | CONTRACT ADDRESS | CURRENT ADDRESS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 | 2C | 2/13/2007 | Andrea Medica & Melissa Pieluck | $421,428.00 | 45-16 Pearson Street, Apt. 2, Long Island City, NY 11101 | 45-16 Pearson Street, Apt. 2, Long Island City, NY 11101 | |
| 2 | 2E | | Lora Kaye | $966,000.00 | 1088 Jackson Avenue, Long Island City, NY 11101 | 1088 Jackson Avenue, #2E Long Island City, NY 11101 | |
| 3 | 2G | 11/23/07 | Nicole Goetz and Mark Goetz | $964,200.00 | 474 48th Avenue, PH 3G, Long Island City, NY 11109 | 27-07 27th Street, Apt 2E, Astoria, NY 11102 | CLOSED 2/27/09 |
| 4 | 2J | 1/18/07 | Karola Merdi | $490,000.00 | 10 Waterside Plaza, Apt. 3K, New York, NY 10010 | 365 South End Avenue, Apt. 38A, NY, NY 10280 | |
| 5 | 2L | 2/11/08 | Michael Pennick & Allison Quiriaga | $535,000.00 | 241 60th Avenue, Long Island City, NY 11101 | 524 Colwood Avenue, Williston Park, NY 11596 | |
| 6 | 2M | 2/17/09 | Jason Moralis and Catherine Moralis | $716,119.43 | 4720 Center Blvd, Apt 2809, Long Island City, NY 11109 | 4720 Center Blvd, Apt 2809, Long Island City, NY 11109 | CLOSED 2/26/09 |
| 7 | 2N | 10/16/08 | Louis Scannell | $965,000.00 | 27 Laurie Ridge Court, Mahopac, NY 10541 | Not on sheet | |
| 8 | 3B | 1/11/07 | Tadashi Saito & Akari Saito | $550,000.00 | 48-52 42nd St., Apt. 4F, Woodside, NY 11377 | 48-52 42nd St., Apt 4F, Woodside, NY 11377 | |
| 9 | 3C | 10/23/07 | Raymond Cirdle | $426,000.00 | 4895 201 56th Ave., Apt. 3P, Long Island City, NY 11101 | 2411 56th Ave., Apt. 3P, Long Island City, NY 11101 | |
| 10 | 3D | 10/23/07 | Victoria Lau and David Ham | $601,700.00 | 228-15 48th Road, Oakland Gardens, NY 11364 | 228-15 48th Road, Oakland Gardens, NY 11364 | |
| 11 | 3F | 10/23/07 | David Jackson | $570,500.00 | 49-09 Vernon Blvd., Apt. 3, Long Island City, NY 11101 | 49-09 Vernon Blvd., Apt. 3, Long Island City, NY 11101 | CLOSED 3/12/09 |
| 12 | 3G | 10/30/07 | Elizabeth Tuckerman & Hector Armstrong | $865,000.00 | 155 E. 38th St., Apt. 14K, New York, NY 10016 | 155 E. 38th St., Apt. 14K, New York, NY 10016 | CLOSED 3/17/09 |
| 13 | 3H | 10/23/07 | Matthew Maxted & Simona Kovacova | $403,500.00 | 47-10 Vernon Blvd., Apt. 3B, Long Island City, NY 11101 | 47-10 Vernon Blvd., Apt. 3B, Long Island City, NY 11101 | |
| 14 | 3J | 11/1/07 | Zack Ferguson-Steger | $494,635.00 | 188 Sherman Ave., Apt. 21, New York, NY 10034 | 93 Wyckoff Ave., Apt 3C, Brooklyn, NY 11237 | |
| 15 | 3K | 11/01/07 | Gene Matthews & Diana Uriarte | $402,210.00 | 48-21 5th St., Apt. 2A, Long Island City, NY 11101 | 48-21 5th St., Apt. 2A, Long Island City, NY 11101 | |
| 16 | 3L | 10/15/07 | Jennifer Sun | $560,050.00 | 149-58 Delaware Ave., Flushing, NY 11355 | 149-58 Delaware Ave., Flushing, NY 11355 | |
| 17 | 3M | 11/1/07 | Alvin Yuen Chu | $371,100.00 | 48-21 5th St., Apt 2A, Long Island City, NY 11101 | 48-21 5th St., Apt. 2A, Long Island City, NY 11101 | |
| 18 | 3N | 11/12/07 | Liang Huang | $816,434.84 | 8424 52nd St., Elmhurst, NY 11373 | Not on sheet | |
| 19 | 4D | 1/4/08 | Gleora Capps | $602,500.00 | 88-20 54th Ave., Apt. 8M, Jackson Heights, NY 11372 | 88-20 54th Ave., Apt. 8M, Jackson Heights, NY 11372 | |
| 20 | 4E | 2/11/08 | Joseph Miralado and Christina Valdenina | $685,000.00 | 157 Lexington Avenue, Apt. 6B, NY, NY 10016 | c/o JP Morgan Chase, 349 Fifth Avenue, NY, NY 10016 | CLOSED 3/24/09 |
| 21 | 4F | 11/18/07 | Kayla S. Lee and James H. Lee | $603,000.00 | 530 West 55th Street, Apt. 11, NY, NY | 350 West 50th Street, Apt. 11, NY, NY | CLOSED 2/27/09 |
| 22 | 4G | 11/8/07 | Peter E. Franzis | $235,000.00 | 84-59 94th Street, Middle Village, NY 11379 | 241 55th Avenue, Apartment 16J, Long Island City, NY 11101 | CLOSED 3/6/09 |
| 23 | 4H | 10/23/07 | Elian Mendez and Loraine Jamadzo | $521,000.00 | 35-43 90th Street, Jackson Heights, NY 11372 | c/o P.O. Box 693, NY, NY 10028 | CLOSED 3/16/09 |
| 24 | 4J | 2/7/08 | Du He | $535,000.00 | 4021 81st St., Apt. 8, Woodside, NY 11377 | 150-11 89th Ave., Apartment 4B, Flushing, NY 379, St. 13th Fl, NY, NY 10018 | |
| 25 | 4K | 1/23/08 | Robert Blandi | $475,000.00 | 5 Litchult Court, Suffern, NY 10901 | 5 Litchult Court, Suffern, NY 10901 | CLOSED 3/17/09 |
| 26 | 4L | 2/7/08 | Eric A. Spears | $574,100.00 | 42 Harmon Avenue, Pelham, NY 10803 | 42 Harmon Avenue, Pelham, NY 10803 | |
| 27 | 4M | 10/31/07 | Kyung Yeol Shin | $755,800.00 | 371 Claxton Avenue, Apt. 1B, Brooklyn, NY 11238 | c/o Law Office of Samuel Aman, 1220 Broadway, Suite 502, NY, NY 10001; Attn: Tae Woo Nam | |
| 28 | 4N | 10/15/07 | Michael & Lauren Baruch | $381,100.00 | 109-48 70th Road, Apt. 6F, Forest Hills, NY 11375 | 109-48 70th Road, Apt. 6F, Forest Hills, NY 11375 | |
| 29 | 5B | 11/8/07 | Karen Lalk and Kevin Brey | $575,000.00 | 203 East 72nd Street, PHC, NY, NY 10021 | 203 East 72nd Street, PHC, NY, NY 10021 | |
| 30 | 5C | 11/8/07 | Branko Kolvek & Lela S-Idera | $487,520.00 | 47-25 40th Street, Apt. 3H, Sunnyside, NY 11104 | 47-25 40th Street, Apt. 3H, Sunnyside, NY 11104 | CLOSED 3/13/09 |
| 31 | 5F | 1/25/07 | Yei Fai Lau & Hailey Choi | $535,000.00 | 61-48 146th St., Flushing, NY 11367 | 61-48 146th St., Apt 3F Flushing, NY 11367 | |
| 32 | 5H | 10/15/07 | Terrence O'Malley | $464,500.00 | 10-43 47th Ave, Long Island City, NY 11101 | 10-43 47th Ave, Long Island City, NY 11101 | |
| 33 | 5K | 12/19/07 | Daniel Romero & Joann Ragusa | $495,000.00 | 371 Bellevue, NY 11428/88-20 242nd St., Bellerose, NY 11428 | 79-38 310 St., Bayside, NY 11426 | |
| 34 | 5L | 10/25/07 | Aaron Chalfn | $599,100.00 | 262 E. 60th St., Apt. 5D, New York, NY 10022 | 262 E. 60th St., Apt. 5D, New York, NY 10022 | |
| 35 | 5N | 3/12/08 | Anup Unyal & Rochelle Unyal | $445,000.00 | 111 Cinnamon Ct., Melville, NY 11747 | 111 Cinnamon Ct., Melville, NY 11747 | CLOSED 3/16/09 |
| 36 | 6B | 3/3/08 | Kieran Yee Liam Hui & Piaw Tai Hui | $735,000.00 | 188 E. 64th St., Apt. 6D, New York, NY 100229 Lower Kilmacud Rd., Dublin 14, Ireland | 155 E. 52nd St., Apt. 6D, New York, NY 10022 | |

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

As of March 26, 2009

| No. | Unit | Date | Purchaser | Price | Address | Property Address | Status |
|---|---|---|---|---|---|---|---|
| 37 | 6C | 1/18/07 | Edward Chen and Wenc Yeung | $815,000.00 | 135-23 62nd Ave, Flushing, NY 11367 | | CLOSED 3/19/09 |
| 38 | 6D | 1/7/08 | | $872,390.00 | 474 48th Ave, Apt 7D, Long Island City, NY 11109 | | |
| 39 | 6F | 7/7/08 | Philip DeMaiolo and Kathleen DeMaiolo | $645,000.00 | 24 Swallow Lane, Levittown, NY 11756 | | CLOSED 3/4/09 |
| 40 | 5G | 11/21/07 | Dorothy Chen | $765,000.00 | 2-01 50th Avenue, Apt 4E, Long Island City, NY 11101 | 1751 2nd Avenue, Apt 16T, NY, NY 10128 | |
| 41 | 6H | 11/23/07 | Annamaria Kis | $485,000.00 | 4720 Center Boulevard, apt. 2907, Long Island City, NY | 47-20 Center Blvd., Apt. 2907, Long Island City, NY 11109 | CLOSED 3/5/09 |
| 42 | 6J | 8/18/08 | Stacey Sylsutan Sy and Lin-Bon Sy | $555,100.00 | 242 39th Ave, Apt. 11C, LIC, NY 11101/4103 Leohlany Lane, Chan, NC 27518 | 24-01 50th Avenue, Apt. 11L, Long Island City, NY 11101 | |
| 43 | 8K | 3/6/08 | Oleg Schaffert | $485,000.00 | 19 City Place, Apt 23D, White Plains, NY 10601 | 99 The Mews, Law Group, 86th Street, Suite 9B, NY, NY 10038 Attn: Jeremy L. Havens, Esq. | CLOSED 2/24/09 |
| 44 | 6L | 10/25/07 | Anthony Allesino | $604,150.00 | 28 Leroy St., Apt. 1B, New York, NY 10014 | 28 Leroy St., Apt. 13, New York, NY 10014 | |
| 45 | 6N | 10/26/07 | Anna Jonsson | $445,000.00 | 497 Columbus Ave., Apt 2A, New York, NY 10024 | 497 Columbus Ave, Apt. 2A, New York, NY 10024 | CLOSED 3/19/09 |
| 46 | 7C | 11/21/07 | Amanda Mendez Stellato | $553,800.00 | 4720 Center Boulevard, Apt. 1503, Long Island City, NY 11109 | c/o Nest Management LLC, 19 Watts St., 6th Fl., New York, NY 10013 | |
| 47 | 7D | 10/18/07 | Sara Mascato-Gaetano and John Gaender | $738,850.00 | 511 10th Avenue, #4, Long Island City, NY 11101 | 511 50th Avenue, Apt. 4, Long Island City, NY 11101 | |
| 48 | 7F | 5/9/08 | Ovana Omokus | $955,000.00 | 31-77 32nd Street, Apt. 3C, Astoria, NY 11106 | 31-77 32nd Street, Apt. 3C, Astoria, NY 11106 | |
| 49 | 7G | 10/30/07 | David Decloux and Kylie Jacobi | $825,000.00 | 55 West 25th Street, New York, NY 10010 | 2-01 50th Avenue, Apt. P36, Long Island City, NY 11101 | |
| 50 | 7H | 12/13/07 | Chinee R. Kedia | $495,000.00 | 779 Wenwood Dr., East Meadow, NY 11554 | 779 Wenwood Dr., East Meadow, NY 11554 | |
| 51 | 7I | 12/17/07 | Jason Schaefer | $505,000.00 | 2 Gold St., Apt. 491J, New York, NY 10038 | 461 E. 34th St., Apt. 530D, New York, NY 10016 | |
| 52 | 7M | 1/5/08 | David M. Espow and Victoria LaBruglio | $819,100.00 | 1623 York Avenue, Apt. 16D, New York, NY 10128 | 1623 York Avenue, Apt. 16D, New York, NY 10128 | |
| 53 | 7N | 10/23/07 | Dexter Insong and Elizabeth Criler | $455,000.00 | 10-24 47th Road, Apt. 3L, Long Island City, NY 11101 | 10-24 47th Road, Apt. 3L, Long Island City, NY 11101 | |
| 54 | 8C | 1/7/08 | Glenna DeSena | $555,000.00 | 474 48th Avenue, Apt. 4C, Long Island City, NY 11109 | c/o American Express, 200 Vesey St., Mail Code 01-36-02, New York 10285 | |
| 55 | 8D | 2/11/08 | Cara Sciarrino and Vittorio Trezzor | $705,000.00 | 287 Avenue C, Apt. 5C, NY, NY 10009 | 287 Avenue C, Apt. 5C, NY, NY 10009 | CLOSED 3/12/09 |
| 56 | 8E | 12/7/07 | Robert L. Finele, Jr. and Randall W. Velteguette | $865,000.00 | 182 East 95th Street, Apt. 10C, New York, NY 10128 | 182 East 95th Street, Apt. 10C, New York, NY 10128 | |
| 57 | 8G | 7/8/08 | Barbosz David Dywicki and Michelle DelaCruz | $865,000.00 | 43-30 46th Street, Apt. D, Sunnyside, NY 11104 | 43-30 46th Street, Apt. D, Sunnyside, NY 11104 | |
| 58 | 8H | 12/12/07 | Brittany Beck and Paul Galiet | $509,000.00 | 419 East 85th Street, Apt. 9B, New York, NY 10128 | 419 East 85th Street, Apt. 9B, New York, NY 10128 | |
| 59 | 8K | 2/11/08 | Ivan Kim and Wen Hong Tsoi | $535,000.00 | 6345 Wetherole Street, Apt. 2A, Rego Park, NY 11374 | c/o DDA, 494 Broadway, 5th Floor, New York, NY 10012 | |
| 60 | 8N | 12/12/07 | Chong H. Lee | $475,000.00 | 1908 Crimson Lane, Bloomington, IL 61704 | 338 E. 46th Street, Apt. 6B, New York, NY 10017 | |
| 61 | 9I | 9/7/08 | Maria I. Towey | $500,000.00 | 21-12 45th Road, Apt. 1B, Long Island City, NY 11101 | 21-12 45th Road, Apt. 1B, Long Island City, NY 11101 | CLOSED 3/24/09 |
| 62 | 8P | 10/14/08 | Artemis DiGiere and DiCaro | $705,000.00 | 52-17 44th Street, Apt. 1, Long Island City, NY 11103 | 52-17 44th Street, Apt. 1, Long Island City, NY 11103 | |
| 63 | 9E | 10/1/08 | Zehra Naqvi | $695,000.00 | 30-49 46th Street, Astoria, NY 11103 | 30-49 46th Street, Astoria, NY 11103 | |
| 64 | 9E | 9/8/08 | Andrea Tocchin | $8975,000.00 | 27-40 41st Street, Apt. 4G, Sunnyside, NY 11104 | 27-40 41st Street, Apt. 4G, Sunnyside, NY 11104 | |
| 65 | 9H | 6/27/08 | Clifford B. Toy | $515,000.00 | 25-11 156th Street, Flushing, NY 11358 | 25-11 156th Street, Flushing, NY 11358 | |
| 66 | 9I | 8/28/08 | | $510,000.00 | | | |
| 67 | 10B | 11/12/08 | Anna Brescia | $715,000.00 | 2-01 50th Avenue Apt. 11F, Long Island City, NY 11101 | 2-01 50th Avenue Apt. 11F, Long Island City, NY 11101 | |
| 68 | 10H | 1/29/08 | Meredith Massey | $990,000.00 | 46 Tudor City, Apt. 820, New York, NY 10017 | 46 Tudor City, Apt. 820, New York, NY 10017 | |
| 69 | 10J | 10/17/08 | Richard Yeam and Sooyi Fam | $880,000.00 | 19 Gilbert Lane, Plainview, NY 11803 | 19 Gilbert Lane, Plainview, NY 11803 | |
| 70 | 10K | 2/8/08 | Beth Zscaoro | $965,300.00 | 500 West 59th Street, Apt. 60G, New York, NY 10019 7 Melrose Lane, Commack, NY 11725 | 500 West 59th Street, Apt. 60G, New York, NY 10019 7 Melrose Lane, Commack, NY 11725 | |
| 71 | 11E | 11/28/07 | Julie & David Lksrei | $837,880.41 | 2 Peter Cooper Road, 3D, New York, NY 10010 | 2 Peter Cooper Road, 3D, New York, NY 10010 | |
| 72 | 11F | 1/23/08 | Dharma Frederick & Ivanhoe Frederick | $500,000.00 | 2367 Street, #4, Tel Aviv Israel 69390 | 71 East 4th Street, Apt. 28, NY, NY 10003 | |
| 73 | 12C | 12/22/05 | John Defobodar Whitaker & Ana Sofia Mendonca Corteia Wehtaker | $750,000.00 | 510 West 95th Street, Apt. 60G, New York, NY 10024 | 45-16 Pearson Street, Apt. 1, Long Island City, NY 11101 | CLOSED 3/12/09 |
| 74 | 12F | 11/18/08 9/16/08 | Sunnie Guglhiimo & Eric Lenkowitz | $545,000.00 | 47-18 11th Street, Long Island City, NY 11101 | 45-16 Pearson Street, Apt. 6A, Sunnyside, NY 11104 | |

HP000020

As of March 26, 2009

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | 12H | 6/18/08 | Chintan A. Panchal | $540,000.00 | 39-55 59th Street, Woodside, NY 11377 | 39-55 59th Street, Woodside, NY 11377 |
| 76 | 1A | | | | | |
| 77 | 2A | | | | | |
| 78 | 2B | | | | | |
| 79 | 2D | | | | | |
| 80 | 2F | | | | | |
| 81 | 2H | | | | | |
| 82 | 2K | | | | | |
| 83 | 3A | | | | | |
| 84 | 3B | | | | | |
| 85 | 3E | | | | | |
| 86 | 3M | | | | | |
| 87 | 4A | | | | | |
| 88 | 4E | | | | | |
| 89 | 5A | | | | | |
| 90 | 5D | | | | | |
| 91 | 5G | | | | | |
| 92 | 5Q | | | | | |
| 93 | 5S | | | | | |
| 94 | 5M | | | | | |
| 95 | 6A | | | | | |
| 96 | 6E | | | | | |
| 97 | 6M | | | | | |
| 98 | 7A | | | | | |
| 99 | 7B | | | | | |
| 100 | 7E | | | | | |
| 101 | 7J | | | | | |
| 102 | 7M | | | | | |
| 103 | 8A | | | | | |
| 104 | 8B | | | | | |
| 105 | 8G | | | | | |
| 106 | 8J | | | | | |
| 107 | 8L | | | | | |
| 108 | 8M | | | | | |
| 109 | 9A | | | | | |
| 110 | 9D | | | | | |
| 111 | 9G | | | | | |
| 112 | 9K | | | | | |
| 113 | 10A | | | | | |
| 114 | 10C | | | | | |
| 115 | 10D | | | | | |
| 116 | 10G | | | | | |
| 117 | 10H | | | | | |
| 118 | 10J | | | | | |
| 119 | 11A | | | | | |
| 120 | 11B | | | | | |
| 121 | 11C | | | | | |
| 122 | 11D | | | | | |
| 123 | 11G | | | | | |
| 124 | 11H | | | | | |
| 125 | 11J | | | | | |
| 126 | 11K | | | | | |
| 127 | 12A | | | | | |
| | 12B | | | | | |

HP000021

As of March 26, 2009

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

| | |
|---|---|
| 128 | 12D |
| 129 | 12C |
| 130 | 12G |
| 131 | 12J |
| 132 | 12K |

HP000022

Ex C

HP000023



**RUSKINMOSCOUFALTISCHEK** P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6509
Writer's Direct Fax: (516) 663-6709
Writer's E-mail: pcorazza@rmfpc.com

**VIA FEDEX**                                                February 17, 2009

Sheryl Jassen, Esq.
710 Park Avenue, 10th Floor
New York, New York 10021

                Re:    Sale of One Hunters Point Condominium -- Unit No. 2M
                        by Borden East River Realty LLC, as Sponsor,
                        to Jason Moraitis and Catherine Moraitis

Dear Ms. Jassen:

        Enclosed please find two (2) fully executed Purchase Agreements in connection with the above-captioned transaction.

        Pursuant to Article 10 of the Condominium Offering Plan, we have deposited the down payment check and we enclose a Notice of Deposit.

        Should you have any questions, please do not hesitate to contact me at your earliest convenience.

                                Very truly yours,

                                  PAULA A. CORAZZA
                                Paralegal

Enclosures

cc:    Patrick Smith (by email)


bcc:    Brian Sampson, Esq. (by email)

HP000024

FedEx Ship Manager - Print Your Label(s)

Page 1 of 1



From:  Origin ID: RMEA   (516) 663-6609
Paula Mizzi
Ruskin Moscou Faltischek, P.C.
190 EAB Plaza, East Tower, 15th Fl

Uniondale, NY 11556

Ship Date: 18FEB09
ActWgt: 1.0 LB
CAD: 8602338/INET9011
Account#: S ********

**SHIP TO:**  (212) 734-6884   **BILL SENDER**
Sheryl D. Jassen, Esq.

710 PARK AVE FL 10
10TH FLOOR
NEW YORK, NY 10021

Delivery Address Bar Code

Ref #   1181700.00002
Invoice #
PO #
Dept #



TRK#
0201   7973 4772 9989

THU - 19FEB
STANDARD OVERNI
RES

**ZB FLUA**

10021
NY-US
EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.
Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

https://www.fedex.com/shipping/confirmAction.handle?method=doContinue                2/18/2009

HP000025

<u>NOTICE OF ESCROW DEPOSIT</u>

Date:  February 17, 2009

Tender of Deposit of $35,905.97 for Unit 2M at One Hunters Point Condominium, Long Island City, New York.

Purchaser(s) named below has/have tendered on February 17, 2009 the above escrow deposit to Sponsor/Selling Agent as a deposit for the above Unit.

Purchaser(s) Jason Moraitis and Catherine Moraitis

Address of Purchaser(s) 4720 Center Boulevard, #2809
Long Island City, NY  11109

Social Security Number(s) or          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
Tax Identification Number(s)
of Purchaser(s)

Account: Madison National Bank -- Master Account # 1000103828

Interest Rate of Master Account: 0%

<u>RECEIPT</u>

RUSKIN MOSCOU FALTISCHEK, P.C. hereby acknowledges receipt of the above escrow deposit by check subject to collection.

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
ERIC C. RUBENSTEIN, ESQ.

Date of Receipt: February 17, 2009

HP000026

Gx D

HP000027



*Certificate of Occupancy*

Page 1 of 3

**CO Number:** 402437065T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.** 

| | | |
|---|---|---|
| Borough: Queens | Block Number: 00061 | Certificate Type: Temporary |
| Address: 48-15 11 STREET | Lot Number(s): 80 | Effective Date: 03/12/2009 |
| Building Identification Number (BIN): 4882699 | | Expiration Date: 06/10/2009 |
| | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.** Construction classification: 1-D (1968 Code)

Building Occupancy Group classification: J2 (1968 Code)

Multiple Dwelling Law Classification: HAEA

No. of stories: 12      Height in feet: 125      No. of dwelling units: 72

**C.** Fire Protection Equipment:
None associated with this filing.

**D.** Type and number of open spaces:
Parking spaces (37), Parking (14403 square feet)

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments: None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



*Certificate of Occupancy*

**Buildings**

CO Number:          402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE, |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner                                    Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000029


**Buildings**

*Certificate of Occupancy*

**CO Number:** 402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS |
| | | | | END OF SECTION | | |

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402437065/001 3/12/2009 10:10:37 AM

HP000030

4 x E

HP000031

As of March, 26, 2009

HUNTERS VIEW CONDOMINIUM
STATUS REPORT

| COUNT | UNIT # | DATE CONTRACT FULLY EXECUTED | PURCHASER | PRICE | CONTRACT ADDRESS | CURRENT ADDRESS | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 | 2A | 6/23/00 | James McDonough | $524,535.00 | 4760 Center Blvd., Apt. 620, Long Island City, NY 11109 | 4705 Center Blvd., Apt 1104, Long Island City, NY 11109 | CLOSED 3/26/09 |
| 2 | 2C | 1/11/07 | Alex Ermordi | $445,500.00 | 1101 Flushing Ave., Apt. 21, Brooklyn, NY 11206 | 6 Cambridge Rd., Great Neck, NY 11023 | |
| 3 | 2B | 10/14/08 | Anthony Mardelo | $554,375.00 | 6 Flor Run, Purchase, NY 10577 | | |
| 4 | 3A | 3/8/08 | Eric Plesron & Ilana Wolf | $535,000.00 | 110-55 69th Ave,Forest Hills, NY 11290606 E. 49th St. Apt.5G, NY, NY 10017 | 110-55 69th St., Forest Hills, NY 11375 | |
| 5 | 3C | 11/8/07 | Hector Nazario | $488,711.00 | 460 Clove Rd., Apt. 2A, Staten Island, NY 10310 | 460 Clove Rd., Unit 2A, Staten Island, NY 10310 | |
| 6 | 3D | 11/28/07 | Mark Shulman & Dorothy Babcoo-Shulman | $995,815.00 | 100 St. Johns Lane, Mellus, NJ 08062 | 100 St. Johns Lane, Mellus, NJ 08062 | |
| 7 | 3F | 11/1/07 | Claus L. Rueda | $455,000.00 | 54 Bocrum St., Apt. 12R, Brooklyn, NY 11206 | 54 Bocrum St., Apt. 12R, Brooklyn, NY 11206 | |
| 8 | 3G | 1/3/08 | Kevin Cahill | $489,426.00 | 888 Main St., Apt. 1008, New York, NY 10044 | 110-21 45th Ave., Apt. 2E, Long Island City, NY 11101 | |
| 9 | 4A | 11/8/07 | Richard Chang | $588,870.00 | 100 Cadilar Ave. Apt 7U, Staten Island, NY 10306 | c/o Orrick, Herrington & Sutclife LLP, 666 Fifth Ave, NY, NY 10103 | CLOSED 3/26/09 |
| 10 | 4B | 11/28/07 | Erti Wieser | $810,000.00 | 161 E. 79th St., Apt. 13K, NY, NY 10016 | | |
| 11 | 4C | 11/8/07 | Russell Yanof & Sabina Yang | $518,378.00 | 77-66 Austin St., Apt 1W, Forest Hills, NY 11375 | 76-66 Austin St., Apt 1B, Forest Hills, NY 11375 | CLOSED 3/26/09 |
| 12 | 4D | 10/23/07 | Teresa Meiorca & Mark Weide | $711,816.00 | 338 West 89th St., Apt. 3A, New York, NY 10024 | 338 West 89th St., Apt. 3A, New York, NY 10024 | |
| 13 | 4F | 1/4/08 | Luz Astudio & Kenneth M. Sanchez | $484,285.00 | 92-10 Lamont Ave., Elmhurst, NY 1137/2/145 Buoncisani Pl. Apt. 1,Brooklyn, NY | 92-10 Lamont Ave, Elmhurst, NY 11373 | |
| 14 | 4G | 3/13/08 | Verlle A. Painter | $632,000.00 | 123-25 83rd Ave., Apt. 5S, Kew Gardens, NY 11415 | 123-25 83rd Ave., Apt. 5S, Kew Gardens, NY 11415 | |
| 15 | 5C | 2/11/08 | Marco Omocod | $630,000.00 | 801 W. 143rd St., Apt. 3N, New York, NY 10025 | 203 W. 108th St., Apt. 12, New York, NY 10025 | |
| 16 | 5F | 2/28/08 | Elson Yilmaz & Oguz Kagan Yilmaz Mara Hyun, MollyHyun & Charlie Hyun | $850,070.00 | 41-16 51st St., Apt. 3F, Woodside, NY 11377 | 41-16 51st St., Apt. 3F, Woodside, NY 11377 | |
| 17 | 5G | 2/25/08 | | $850,000.00 | 38 Russel Park Rd., Syosset, NY 11791 | 38 Russel Park Rd., Syosset, NY 11791 | |
| 18 | 6C | 2/14/08 | Amrisingh Glorpede | $830,000.00 | 310 East 92nd St., Apt 3B, New York, NY 10128 | c/o Christopher T. Torwn, Esq., 200 Madison Ave, Ste 610, NY, NY 10016 | |
| 19 | 6F | 8/10/08 | Anthony C. Ho | $830,000.00 | 133-40 Kenah Ave., Apt. 1Hth, Flushing, NY 11555 | 132-45 Maple Ave., Apt. 102, Flushing, NY 11555 | |
| 20 | 7C | 2/1/08 | Suzie Ng | $836,000.00 | 57-34 80th St., Middle Village, NY 11379 | 57-34 80th St., Middle Village, NY 11379 | |
| 21 | 7F | 5/2/08 | Shahira Ara & Joshua S. Bloom | $545,000.00 | 82-30 138th St., Apt 2P, Kew Gardens, NY 11435 | | |
| 22 | 8A/6B | 1/25/08 | Richard Shiu | $1,558,850.00 | 474 49th Ave., Apt. 35D, Long Island City, NY 11109 | 2-11 50th Ave., Apt. 14C, New York, NY 1110: | CLOSED 3/19/09 |
| 23 | 8C | 9/16/08 | Leonidas G. Stavros & Patra Koxona | $645,000.00 | 801 W. 67th St., Apt 38L, New York, NY 10019 | 801 W. 67th St., Apt. 38L, New York, NY 10019 | |
| 24 | 8F | 7/1/08 | Dr. Aruna Shrth | $555,000.00 | 85-35 Oceania St., Bayside, NY 11364 | 85-35 Oceania St., Bayside, NY 11364 | |
| 25 | 9F | 10/14/08 | Mari C. Rivera | $590,000.00 | 156 Elroy St., Brooklyn, NY 11208 | 156 Elroy Street, Brooklyn, NY 11208 | |
| 26 | 2E | | | | | | |
| 27 | 2G | | | | | | |
| 28 | 3E | | | | | | |
| 29 | 3B | | | | | | |
| 30 | 4E | | | | | | |
| 31 | 5B | | | | | | |
| 32 | 5E | | | | | | |
| 33 | 5A | | | | | | |
| 34 | 6E | | | | | | |
| 35 | 5D | | | | | | |
| 36 | 7E | | | | | | |
| 37 | 6A | | | | | | |
| 38 | 6B | | | | | | |

HP 009032

As of March 26, 2009

HUNTERS VIEW CONDOMINIUM
STATUS REPORT



| | |
|---|---|
| 39 | 6D |
| 40 | 6E |
| 41 | 6G |
| 42 | 7A |
| 43 | 7B |
| 44 | 7D |
| 45 | 7E |
| 46 | 7G |
| 47 | 8D |
| 48 | 8E |
| 49 | 8G |
| 50 | 9A |
| 51 | 9B |
| 52 | 9C |
| 53 | 9D |
| 54 | 9E |
| 55 | 10A |
| 56 | 10B |
| 57 | 10C |
| 58 | 10D |
| 59 | 10E |
| 60 | 10F |
| 61 | 11A |
| 62 | 11B |
| 63 | 11C |
| 64 | 11D |
| 65 | 11E |
| 66 | 11F |
| 67 | 12A |
| 68 | 12B |
| 69 | 12C |
| 70 | 12D |
| 71 | 12E |
| 72 | 12F |

HP000033

Ex F

HP000034

AFFIDAVIT

STATE OF NEW YORK

COUNTY OF   Bronx

Anthony Martello, being duly sworn, deposes and says:

1. I am a real estate professional, and I list my occupation as real estate professional on my federal and state income tax returns.
2. For many years I have been in the business of building, buying, and/or selling various types of real property, through different corporate entities which I control and participate. I presently have investments in over 10 different real estate ventures.

3. This will certify that unit 2G which I purchased at the Hunters View Condominium project in Long Island City, NY, was purchased solely as an investment to either lease or resell. I never had any intention to occupy such unit personally for any purpose whatsoever.

Anthony Martello

Sworn to before me this 16 day
Of March, 2009

Notary Public

Dorothy A. Plau
Notary Public, State of New York
No. 01PF6015640
Qualified in Bronx County
Commission Expires 11/03/2010

Ex  G

HP000036

# WILENTZ GOLDMAN &SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-5117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6026
Direct Fax: (732) 726-6639
E-mail: lweiner@wilentz.com

March 16, 2009

**_VIA UPS OVERNIGHT DELIVERY_**

New York Department of Law
Real Estate & Finance Division
120 Broadway, 23rd Floor
New York, New York  10271

    Re:    **Zachery Ferguson-Steger**
           **One Hunters Point Condominium, Unit No. J3**

Dear Sir or Madam:

      Please be advised that this firm represents Zachery Ferguson-Steger, contract purchaser of Unit J3 at the One Hunters Point Condominium.  The Sponsor of the condominium is Borden East River Realty, LLC.

      Enclosed for filing please find two copies of purchasers' ETF-1 Form, along with two copies of:  a) proof of payment of the deposit and b) a demand letter sent on behalf of the Purchaser to the Sponsor rescinding the Purchase Agreement and demanding return of the Purchaser's deposit.

      Purchaser has asserted his right of rescission of the Purchase Agreement pursuant to the Interstate Land Sales Full Disclosure Act, 15 U.S.C. §1701, et. seq. and has demanded a return of his deposit.  Accordingly, purchaser files the enclosed ETF-1 to protect his deposit monies.

#3148136 (999999.496)

HP000037

# WILENTZ
# GOLDMAN
# &SPITZER P.A.
ATTORNEYS AT LAW

New York Department of Law
Real Estate & Finance Division
March 16, 2009
Page 2

If you have any questions please do not hesitate to contact me.

Very truly yours,

Lawrence C. Weiner

LCW:ar
Encls.

cc:     w/encls.
        Borden East River Realty LLC (Via UPS Overnight)
        Bruce H. Lederman, Esq. (Via UPS Overnight)
        Eric Rubenstein, Esq. (Via UPS Overnight)
        Zachery Ferguson-Steger (Via email w/o encls. --except ETF-1)

#3148136 (999999.496)

HP000038

ETF-1

## APPLICATION TO THE ATTORNEY GENERAL
### FOR A DETERMINATION ON THE
### DISPOSITION OF DOWNPAYMENTS

[Send this application to the reviewing attorney assigned to the subject plan.]

Re: <u>One Hunters Point Condominium</u>
Address of Building or Name of Project

File Number: <u>No. CD07-0082</u>

Application is made to the Attorney General to consider and determine the disposition of down payments held pursuant to GBL Sections 352-e(2-b) and 352-h. The following information is submitted in support of this application:

1. Name of Applicant <u>Zach Ferguson-Steger</u>

2. Address of Applicant <u>168 Sherman Avenue, Apt. 21, New York, NY 10034</u>

3. Name, Address, and Telephone Number of Applicant's Attorney (if any) <u>Lawrence Weiner,</u> <u>Woodbridge Center Drive, Woodbridge, NJ 07095; (732)855-6026</u>

4. This is an application for
   [✓] return of downpayment.
   [  ] forfeiture of downpayment.
   [  ] other: _____

5. The project is
   [  ] a conversion of occupied premises.
   [✓] newly constructed or rehabilitated.
   [  ] vacant (as is).

6. The project is structured as
   [  ] a cooperative.
   [✓] a condominium.
   [  ] a homeowners association.
   [  ] a timeshare.
   [  ] other: _____

2/6/92

HP000039

7.  Name and Address of Sponsor: Borden East River Realty
    1000 Main Street, New Rochelle, New York 10801

8.  Name and Address of Escrow Agent: Ruskin Moscou Faltischek, P.C. - 1425 RexCorp
    Plaza, East Tower, 15th Floor, Uniondale, NY 11556

9.  If downpayments are maintained in an escrow account:

    (a)   Name of account  Ruskin Moscou Faltischek, P.C. Escrow Account

    (b)   Name and address of bank  Madison National Bank - 849 Whitman Road,
                                    Merrick, NY 11566

    (c)   Account number (if known)

    (d)   Initial interest rate (if known)  Non-interest bearing account

10. If downpayments have been secured by bonds:

    (a)   Name and address of bond issuer or surety:  Not applicable.

    (b)   Copy of bond included in this application.  (DO NOT SEND ORIGINAL BOND).  If not
          included, explain:
          Not applicable.

11. If downpayments have been secured by a letter of credit:

    (a)   Name and address of bank which issued the letter of credit:  Not applicable.

    (b)   Date of expiration of the letter of credit, if known:

          Not applicable.

12. Plan information:

    (a)   Date of filing of plan:  September 11, 2007

2

HP000040

(b)   Plan

[✓] has been declared effective. Approximate date: October 8, 2008

[  ] has not been declared effective.

(c)   If effective, the plan

[✓] has closed or the first unit has closed. Approximate date: October 2008

[  ] has not closed.

[  ] don't know.

(d)   Downpayments are secured by

[✓] escrow account.

[  ] bonds.

[  ] letter of credit.

13.   Contract information:

(a)   Copy of contract and of all riders or modification letters are attached. (DO NOT SEND ORIGINALS.)

(b)   Date on which subscription or purchase agreement was signed: _Nov 1 2007_

(c)   Date(s) of downpayment(s): _signed 10/22/07 / cashed ~~dated~~ 11/15/07_

(d)   Total amount of downpayment(s): _$49,462.00_

(e)   Names and addresses of subscribers or purchasers affected by this application:

Zach Ferguson-Steger

168 Sherman Avenue, Apt. 21, New York, NY 10034

14.   State the basis for your claim. Please be as specific as possible. You may add additional sheets. Attach copies of any relevant documents.

Condominium has over 99 units for sale under one common promotional plan. As such, the Condominium is not properly registered with HUD, and I was not given a HUD property report in violation of the Interstate Land Sales Full Disclosure Act (ILSFDA). Further, the Condominium has not exempted itself from the ILSFDA. I have demanded a full return of my deposit and rescission of my purchase agreement. See attached. I will be filing a complaint in federal court in the event my deposit is ~~not returned pursuant to the demands set forth in the attached demand letter.~~ Please do not release escrow until a resolution of this matter has occurred.

15.   I am contemporaneously sending a copy of this application to the following persons:

3

HP000041

Sponsor and Escrow Agent (addressed included above)

Note:  You are required to mail a copy of this Application to all other affected parties.

In filing this application, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities I may contact a private attorney.  The above application is true and accurate to the best of my knowledge.  False statements made herein are punishable as a Class A Misdemeanor under Section 175.30 and/or Section 210.45 of the Penal Law.

Signature: _____     Date: 3/9/09

Name (Printed): Zach Ferguson-Steger

Telephone: (Home) _____     (Business) 212-605-2419

Mailing Address: 168 Sherman Avenue, Apt. 21, New York, NY 10034

2/6/92

4

HP000042

Ex It

HP000043

## PROPERTY

5-43 Borden Avenue, Long Island City, NY



SIGNATURE BLOCK

BORDEN EAST RIVER REALTY LLC

By: Simone Borden LLC, its managing member

By:_____
Name: Joseph Simone
Title: Manager

April 2007

**PROPERTY**

11-15/11-19 and 11-23 49th Avenue, Long Island City, NY



SIGNATURE BLOCK

11/49 REALTY LLC

By: _____
Name: Joseph Simone
Title: Manager

April 2007



HP000046



CONTILLO HUTCH DEVELOPMENT LLC

HP000047