Ex I

HP000048

BROWN HARRIS STEVENS

# PROJECT MARKETING

March 30, 2009

John D'Agostino, Esq.
D'Agostino, Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001

Via Fedex Airbill # 8645 2324 4296

Re:     Hunters Point Condos

Dear Mr. D'Agostino:

Enclosed please find the following Hunters Point Condominium marketing materials:

- Hunters Point Condos Brochure
- Floor plan for One Hunters Point
- Floor plan for Hunters View
- "Ins & Outs" magazine advertisement #1
- "Ins & Outs" magazine advertisement #2
- "Time Out New York" magazine advertisement
- "The New York Sun" newspaper advertisement
- "Long Island City Cultural Alliance" brochure advertisement

If you have any questions, please do not hesitate to contact me at 718-361-7800.

Thank you.

Lena Katsimbrakis

CC: Patrick Smith

675 THIRD AVENUE, RM 411, NEW YORK, NEW YORK 10017 T· (212) 508 7456 F· (212) 508 6201

HP000049



HP000050



HUNTERS VIEW
*Condominium Residence*
48-15 11TH STREET
LONG ISLAND CITY

Sales Center
47-46 Vernon Boulevard
Long Island City, NY 11101
718-361-7800

This is not an offer to non New York State residents.
This is an offer to New York State residents only.

SIMONE
VISIONARY DEVELOPMENT

BROWN HARRIS STEVENS
PROJECT MARKETING
Exclusive Marketing & Sales Agent

Architect: Newman Design Group
Interiors and Landscape Design by Ben Checkovich Design and
Fiedler Marciano Architects

ONE HUNTERS POINT
*Condominium Residence*
5-49 BORDEN AVENUE
LONG ISLAND CITY

www.HuntersPointCondos.com
Info@HuntersPointCondos.com

Artist's drawing is not to scale

HUNTERS POINT CONDOS

HP000051



HP000052



HP000053



HP000054





HP000056



HP000057



HP000058



HP000059



HP000060



HP000061



HP000062