

HP000063



HP000064



CENTER STAGE

HP000065



HP000066





ZZI CAN'T FIND YOU



HP000068



HP000069



HP000070



HP000071



HP000072





# COMMUTE LIKE A ROCKET

Grand Central Station

# HUNTERSVIEW
48-15 11th Street, Long Island City, New York

On Jackson Avenue near PS 1, the cultural heart of Long Island City, near all the galleries and museums with north, south and west panoramas of the Manhattan skyline.

- 1, 2 and 3 Bedroom Residences
- Glass Enclosed Grand Entrance Lobby
- 24/7 Concierge Services
- Parking Available
- Private Roof Terraces with Gas Grills Available
- Fitness Center
- Residents' Lounge with Catering Area
- Meditation Garden with Reflective Pool
- Bicycle Storage
- Cold Storage
- Every Residence includes Outdoor Space and Washer Dryer
- Manhattan Skyline Views
- Custom Floor to Ceiling Cabinets in Your Choice of Bleached Oak, Walnut or Zebra Wood
- Fisher Paykel Kitchen Appliance Set
- Designer Baths with Shower Stalls, Double Sinks and Italian Stone Counter Tops
- Conveniently located Next to the 7, G, E, F and V Subway Lines
- Please Visit Our Website for Pricing and Floorplans

## HuntersPointCondos.com
47-46 Vernon Boulevard, Long Island City, NY 11101
718-361-7800

SIMONE   BROWN HARRIS STEVENS
VISIONARY DEVELOPMENT   PROJECT MARKETING
Exclusive Marketing & Sales Agent

HP000074

RESIDENCE • TWO BEDROOMS • FLOORS 10 THROUGH 12

BEDROOM
9'-7" x 8'-8"

OUTDOOR SPACE
21'-0" x 5'-0"

LIVING AREA
24'-1" x 12'-4"

DINING
9'-7" x 8'-8"

PANTRY

W/D

MASTER
15'-9" x 10'-7"

WIC

OUTDOOR SPACE
24'-6" x 5'-0"

LONG ISLAND CITY

All dimensions are approximate and subject to construction variances. Plans and dimensions contain minor variations from floor to floor. No representation is made, however, as to their completeness or accuracy.

P000075

HUNTERS POINT CONDOS

**HUNTERS**VIEW

## LIVE LIKE A STAR

### CONDOMINIUM AMENITIES

- Glass Enclosed Grand Entrance Lobby
- 24/7 Concierge Services
- Meditation Garden with Reflective Pool
- Residents' Lounge with Catering Area
- Parking Available
- Fully Equipped Fitness Center
- Private Roof Terraces with Gas Grills Available

### HOME FEATURES

- Every Home Has Private Outdoor Space
- Some Homes With Private Gardens
- Dramatic Manhattan Skyline and River Views
- 9 Foot-Plus Ceilings
- Floor-to-Ceiling Windows
- Hardwood Strip Flooring
- Bosch Washers and Dryers

### GOURMET KITCHENS

- Custom, Floor-to-Ceiling Cabinets in Bleached Oak, Walnut or Zebrawood
- Center Island with Breakfast Bar
- Full Height Pantry with 42"-70" of Space
- Granite Countertops
- Fisher Paykel Refrigerator with Thru-Door Ice and Water
- Fisher Paykel Double Drawer Dishwasher
- Fisher Paykel Range with Built-In Self-Cleaning Oven and Flush-Mount Cooktop

### DESIGNER BATHS

- Italian Stone Countertops
- Wall and Floor Tiles from Castlegrande and Imponta Itagraniti
- Shower Stalls
- Double Surrell Sinks

## COMMUTE LIKE A ROCKET

One stop to Manhattan via the #7 Train from the Vernon Boulevard Station.
5 Minutes to Grand Central 7 Minutes to Times Square. Or take the Water Taxi to Wall Street.

This is not an offer to non New York State residents.
This is an offer to New York State residents only.

**HUNTERS**VIEW
Condominium Residence
48-15 11TH STREET
LONG ISLAND CITY

SIMONE  PROJECT MARKETING

www.HuntersPointCondos.com
Info@HuntersPointCondos.com

Sales Center
718-361-7800
47-46 Vernon Boulevard
Long Island City New York 11101

HP000076

RESIDENCE: TWO BEDROOMS · FLOORS 2 THROUGH 8



FHP000077