

HP000126



## Certificate of Occupancy

**CO Number:** 402115661T002

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| Borough: Queens | Block Number: 00034 | Certificate Type: Temporary |
| Address: 5-49 BORDEN AVE | Lot Number(s): 12 | Effective Date: 04/08/2009 |
| Building Identification Number (BIN): 4860183 | | Expiration Date: 06/07/2009 |
| | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification: 1-C            (1968 Code)

Building Occupancy Group classification: J2            (1968 Code)

Multiple Dwelling Law Classification: HACA

No. of stories: 12            Height in feet: 123            No. of dwelling units: 138

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 25 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:   None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000127



**Buildings**

*Certificate of Occupancy*

Page 2 of 2

CO Number:     402115661T002

| Permissible Use and Occupancy |
|---|

All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations.

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 002  008 | 40 | | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009  012 | 40 | | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |

| END OF SECTION |
|---|

Borough Commissioner

Commissioner

*END OF DOCUMENT*

402115661/002  4/8/2009 1:41:53 PM

HP000128


**Buildings**

*Certificate of Occupancy*

Page 1 of 2

**CO Number:**   402115661T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| | | | |
|---|---|---|---|
| **A.** | **Borough:**  Queens | **Block Number:**   00034 | **Certificate Type:**  Temporary |
| | **Address:**  5-49 BORDEN AVE | **Lot Number(s):**   12 | **Effective Date:**   02/17/2009 |
| | **Building Identification Number (BIN):**   4860183 | | **Expiration Date:**  04/18/2009 |
| | | **Building Type:**   New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**  Construction classification:  1-C   (1968 Code)

Building Occupancy Group classification: J2   (1968 Code)

Multiple Dwelling Law Classification:   HACA

No. of stories:  12   Height in feet:  123   No. of dwelling units:  138

**C.**  Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.**  Type and number of open spaces:
None associated with this filing.

**E.**  This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:

There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:

THIS TEMP CERTIFICATE OF OCCUPANY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR.

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000129



**Buildings**

### *Certificate of Occupancy*

CO Number:     **402115661T001**

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | OG | B-2 | | | 25 ACCESSORY PARKING SPACES |
| 002 008 | 40 | | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 012 | 40 | | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | 100 | | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |

END OF SECTION

Borough Commissioner

Commissioner

END OF DOCUMENT

402115661/001 2/17/2009 9:05:38 AM

HP000130

Ex B

HP000131



**NYC Buildings**

## *Certificate of Occupancy*

Page 1 of 3

CO Number:  **402437065T001**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued.  *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| Borough:  Queens | Block Number:  00061 | Certificate Type:  Temporary |
| Address:  48-15 11 STREET | Lot Number(s):  80 | Effective Date:  03/12/2009 |
| Building Identification Number (BIN):  4862699 | | Expiration Date:  06/10/2009 |
| | Building Type:  New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification:  1-D  (1968 Code)

Building Occupancy Group classification:  J2  (1968 Code)

Multiple Dwelling Law Classification:  HAEA

No. of stories:  12        Height in feet:  125        No. of dwelling units:  72

**C.**

Fire Protection Equipment:
None associated with this filing.

**D.**

Type and number of open spaces:
Parking spaces (37), Parking (14403 square feet)

**E.**

This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:    None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*


**Buildings**

*Certificate of Occupancy*

Page 2 of 3

CO Number:   402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE, |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000133



**Buildings**

*Certificate of Occupancy*

Page 3 of 3

CO Number:   402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS |
| END OF SECTION | | | | | | |

Borough Commissioner

**END OF DOCUMENT**

Commissioner

402437065/001  3/12/2009 10:10:37 AM

HP000134

Ex C

HP000135

B-SCAN List of Required Items

# NYC Buildings

**NYC Department of Buildings**

**B-SCAN List of Required Items**

Job No: 402115661
Job Type: NB - NEW BUILDING

Premises: 5-49 BORDEN AVENUE QUEENS
BIN: 4360183   Block: 34   Lot: 1

25 OPEN ITEMS OF 91 REQUIRED FOR JOB

| Item | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED | W V |
|---|---|---|---|---|---|---|
| ADDRESS: NEW HOUSE NUMBER APPROVED | N | | SGN 04/20/2005 | | | |
| CERTIFICATE OF OCCUPANCY | N | | SGN 04/20/2005 | | | |
| SPRINKLER (SP) SIGNOFF | N | | SGN 04/20/2005 | | | |
| STANDPIPE (SD) SIGNOFF | N | | SGN 04/20/2005 | | | |
| ELEVATOR JOB SIGNOFF | N | | SGN 04/20/2005 | | | |
| MECHANICAL (MH) SIGNOFF | N | | SGN 04/20/2005 | | | |
| CURB CUT (CC) SIGNOFF | N | | SGN 04/20/2005 | | | |
| EQUIPMENT USE PERMITS | N | | SGN 04/20/2005 | | | |
| SITE SURVEY: FINAL | N | | SGN 04/20/2005 | | | |
| BOILER (BL) SIGNOFF | N | | SGN 04/20/2005 | | | |
| BPP: FINAL SIGNOFF | N | | SGN 04/20/2005 | | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | | SGN 04/20/2005 | | | |
| FINAL PLUMBING SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL ELEVATOR SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL ELECTRICAL SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL CONST. SIGNOFF | N | | SGN 04/20/2005 | | | |
| VERIFY TAX LOT | N | | SGN 04/20/2005 | | | |
| CO OBJ: VERIFY ADDRESS-TOPO STAMP | N | | SGN 04/20/2005 | | | |
| VIOLATIONS SEARCH | N | | SGN 04/20/2005 | | | |
| OPEN APPLICATIONS SEARCH | N | | SGN 04/20/2005 | | | |
| FOLDER REVIEW | N | | SGN 04/20/2005 | | | |
| ELECTRICAL OBJ: OPEN APPLICATIONS | N | | SGN 09/15/2008 | | | |
| ELEVATOR OBJ: OPEN ELV APP | N | | SGN 10/27/2008 | | | |
| 3'-6" FENCE IN CITY WIDENING STREET, OBTAIN REVOKABLE CONSENT | T | | SGN 01/23/2009 | | | |

HP000136

B-SCAN List of Required Items

FROM D.O.T.

TCO NOT ISSUED AS STATED ABOVE

N   SGN 04/08/2009

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
Some items may not be required for your specific work filing.

**Enter Criteria for Required Item Display**

Display Items Required Prior To:

☑ Approval

☑ Permit

☑ Signoff

Which Items Should Be Displayed?

○ All Items

◉ Open Items Only

[Redisplay] [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

HP000137

Ex D

HP000138

**This plan has been amended. See inside**



CONDOMINIUM OFFERING PLAN

FOR

# ONE HUNTERS POINT CONDOMINIUM

Located At

5-49 Borden Avenue
Long Island City, Queens County, New York



The Condominium will be comprised of 132 residential units, 26 roof terrace units and 25 parking spaces. All units are being offered for sale pursuant to this Offering Plan.

| Total Amount of Offering: | | |
|---|---|---|
| 132 residential units: | | $84,005,700.00 |
| 26 roof terrace units: | | $ 916,750.00 |
| 25 parking space units: | | $ 1,120,000.00 |
| Total | | $86,042,450.00 |

*SPONSOR:*
**Borden East River Realty**
c/o Simone Development Companies
1000 Main Street
New Rochelle, New York 10801

*SELLING AGENT:*
**Brown Harris Stevens Project Marketing**
675 Third Avenue (Suite 411)
New York, New York 10017

*SPONSOR'S ATTORNEY:*
**Ruskin Moscou Faltischek, P.C.**
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, New York 11556

Date of Acceptance for Filing: September 11, 2007.

This Offering Plan Will Be Effective For Twelve (12) Months From The Above Date. The Term May Be Extended By An Amendment To The Offering Plan.

**SEE PAGE (1) FOR SPECIAL RISKS TO PURCHASERS.**

BECAUSE SPONSOR IS RETAINING THE UNCONDITIONAL RIGHT TO RENT RATHER THAN SELL UNITS, THIS PLAN MAY NOT RESULT IN THE CREATION OF A CONDOMINIUM IN WHICH A MAJORITY OF THE UNITS ARE OWNED BY OWNER-OCCUPANTS OR INVESTORS UNRELATED TO SPONSOR. (SEE SPECIAL RISKS SECTION OF THE PLAN.)

PURCHASERS FOR THEIR OWN OCCUPANCY MAY NEVER GAIN CONTROL OF THE BOARD OF MANAGERS UNDER THE TERMS OF THIS OFFERING PLAN. (SEE SPECIAL RISKS SECTION OF THE PLAN.)

THIS OFFERING PLAN IS THE ENTIRE OFFER TO SELL THESE CONDOMINIUM UNITS. NEW YORK LAW REQUIRES THE SPONSOR TO DISCLOSE ALL MATERIAL INFORMATION IN THIS OFFERING PLAN AND TO FILE THIS OFFERING PLAN WITH THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL PRIOR TO SELLING OR OFFERING TO SELL ANY CONDOMINIUM UNIT. FILING WITH THE OFFICE OF THE ATTORNEY GENERAL DOES NOT MEAN THAT THE DEPARTMENT OR ANY OTHER GOVERNMENT AGENCY APPROVED THIS OFFERING.

HP000139

proceed under any assignable warranties and other undertakings received by Sponsor from contractors, suppliers, or others in connection with the construction and equipping of the Building, except that warranties and undertakings received by Sponsor which relate to appliances, equipment or fixtures located in any Unit shall be assigned to Purchaser of such Unit on the date of closing of title thereto including the warranties and undertakings received by Sponsor which relate to appliances, equipment, or fixtures located in the Units and the Common Elements. Sponsor makes no representation as to which, if any, of the warranties and other undertakings will continue to remain in force upon the Closing of any particular Unit.

(g)    The Sponsor will obtain a permanent certificate of occupancy for the Building. If, as of the First Closing, only a temporary certificate of occupancy has been issued for the Building, Sponsor will use all reasonable diligence to cause the Buildings Department to continuously renew the temporary certificate of occupancy until a permanent certificate of occupancy for the Building, including all of the Units in the Building, has been issued. Sponsor will, at its sole cost and expense, do and perform all work, and will supply for the Building all materials that shall be necessary in order to cause the temporary certificate of occupancy to be continuously renewed and to obtain a permanent certificate of occupancy. In the event a permanent certificate of occupancy is not issued as of the date of closing of a Unit, Sponsor anticipates obtaining the permanent certificate of occupancy within two (2) years of the closing of a Unit. Article 5, Section 2 of the By-Laws prohibits Unit Owners from making any alterations in or to a Unit prior to the issuance of a permanent certificate of occupancy, unless the Sponsor consents to such work, and authorizes the Sponsor to halt any unauthorized work. If there are delays in issuance of a permanent certificate of occupancy arising from unauthorized alterations, Sponsor shall remain responsible for obtaining the permanent certificate of occupancy, but may have a cause of action against the party or parties performing such alterations. Prospective Purchasers are advised that a permanent certificate of occupancy is required for permanent use of the Units in the Building, and that a temporary certificate of occupancy may be renewed only for a total of 2 years from the date of first issuance.

(h)    If Sponsor fails to obtain a permanent certificate of occupancy for the Building prior to the First Closing, Sponsor will be obligated to: (i) direct the Escrow Agent to hold and maintain those monies received pursuant to all Purchase Agreements (see the Section of the Plan entitled "Escrow and Trust Fund Requirements") which would otherwise be payable to Sponsor in the special trust account required by the General Business Law of the State of New York, Sections 352-e(2)(b) and 352(h), provided, however, that if Sponsor's Architect certifies that a lesser amount than the amount held in the special trust account is reasonably necessary to complete the work needed to obtain a permanent certificate of occupancy, then the amount exceeding the sum so certified by the Sponsor's Architect shall be released from the special escrow account to Sponsor; or (ii) Sponsor shall deposit with Escrow Agent cash or an unconditional, irrevocable letter of credit or post a surety bond in an amount Sponsor's Architect, from time to time, certifies is reasonably necessary to complete the work needed to obtain the permanent certificate of occupancy.

HP000140

Ex E

HP000141

Rubin Horton Feldschar P C
Boyden Mar River Realty LLC
Michael L Erdischek
1425 RXR Plaza
Uniondale NY 11556

05

MELVILLE OFFICE
349 WALT WHITMAN ROAD
MELVILLE, NY 11747

TELEPHONE:631-546-1500

Important New Information Regarding Our Funds Availability Policy,
effective with April 19, 2009, the list of local check routing numbers is
expanded and now includes the following: If the first two digits of the
routing number are 01, 21, 02 or 23, or if the first four digits of the
routing number are 0210, 0211, 0212, 0213, 0214,
0215, 0219, 0260, 0280, 0290, 0510,
2110, 2111, 2112, 2113, 2114,
2115, 2119, 2160, 2211, 2212, 2213, 2214,
2116, 0514, 2514, 2520, 0521, 2521, 0560, 2560, 0560,
2510, 0560, 2560, 0570 or 2570, then the check is a local check.
Otherwise, the check is a nonlocal check. The result of this change is
that funds from some checks you deposit may be available sooner than they
might have been under our previous policy.

Bacron Management ACCOUNT 1601104198

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| ACCOUNT OPENED | | | 03/06/09 | |
| Incoming Wire Credit 1400030 | | 300,000.00 | 03/09/09 | 300,000.00 |
| INTEREST | | 336.67 | 03/31/09 | 300,336.67 |
| BALANCE THIS STATEMENT | 300,336.67 | | 04/03/09 | 300,336.67 |
| TOTAL CREDITS | (2) | | | |
| TOTAL DEBITS | (0) | | | |

- - - - INTEREST - - - -

| | | | | |
|---|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 265,000.34 | INTEREST EARNED: | | 380.42 |
| INTEREST PAID THIS PERIOD: | 336.67 | DAYS IN PERIOD: | | 29 |
| INTEREST PAID 2009: | 336.67 | ANNUAL PERCENTAGE YIELD EARNED: | | 1.80% |

000021000001

Ex F

HP000143

B-SCAN List of Required Items

# NYC Buildings

NYC Department of Buildings
## B-SCAN List of Required Items

Premises: 48-15 11 STREET QUEENS
BIN: 4082699 · Block: 61  Lot: 80.

24 OPEN ITEMS OF 66 REQUIRED FOR JOB

Job No: 402437065
Job Type: NB - NEW BUILDING

| Item | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED | W V |
|------|-----------|--------|---------------|---------------|----------------|-----|
| * DEMOLITION (DM) JOB SIGNOFF | N | PER | 08/21/2006 | | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 08/21/2006 | | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 08/21/2006 | | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 08/21/2006 | | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 08/21/2006 | | | |
| DETECTOR:SMOKE-CERT. OF INSTALLATION | N | SGN | 08/21/2006 | | | |
| SITE SURVEY: FINAL | N | SGN | 08/21/2006 | | | |
| PLUMBING (PL) SIGNOFF | N | SGN | 08/21/2006 | | | |
| BOILER (BL) SIGNOFF | N | SGN | 08/21/2006 | | | |
| CONSTRUCTION (OT) SIGNOFF | N | SGN | 08/21/2006 | | | |
| BPP: FINAL SIGNOFF | N | SGN | 08/21/2006 | | | |
| DEMOLITION (DM) JOB SIGNOFF | N | SGN | 08/21/2006 | | | |
| BOILER APPROVAL: 900A | T | SGN | 08/21/2006 | | | |
| DETECTOR:CARBON MONOXIDE-CERT.OF INSTALL | N | SGN | 08/21/2006 | | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 08/21/2006 | | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 08/21/2006 | | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 08/21/2006 | | | |
| FINAL CONST. SIGNOFF | N | SGN | 08/21/2006 | | | |
| VERIFY TAX LOT | N | SGN | 08/21/2006 | | | |
| VIOLATIONS SEARCH | N | SGN | 08/21/2006 | | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 08/21/2006 | | | |
| FOLDER REVIEW | N | SGN | 08/21/2006 | | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 12/06/2006 | | | |
| CURB CUT # REQUIRED | N | SGN | 12/01/2008 | | | |

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

HP000144

B-SCAN List of Required Items

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:

☑ Approval

☑ Permit

☑ Signoff

Which Items Should Be Displayed?

○ All Items

◉ Open Items Only

[ Redisplay ]  [ Reset ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

HP000145

Ex G

HP000146



This plan has ﹍
See insi﹍

CONDOMINIUM OFFERING P.

FOR

# HUNTERS VIEW CONDOMINIUM

Located At

**48-15 11th Street**
**Long Island City, Queens County, New York**

---

The Condominium will be comprised of 73 residential units, 15 roof terrace units and 37 parking space units. All units are being offered for sale pursuant to this Offering Plan.

| | | |
|---|---|---|
| Total Amount of Offering: | 73 residential units: | $45,318,757.00 |
| | 15 roof terrace units: | $ 513,000.00 |
| | 37 parking space units: | $ 1,655,000.00 |
| | Total | $47,486,757.00 |

---

*SPONSOR:*
**11/49 Realty**
c/o Simone Development Companies
**1000 Main Street**
New Rochelle, New York 10801

*SELLING AGENT:*
**Brown Harris Stevens Project Marketing**
**675 Third Avenue (Suite 411)**
**New York, New York 10017**

*SPONSOR'S ATTORNEY:*
**Ruskin Moscou Faltischek, P.C.**
**1425 RexCorp Plaza**
**East Tower, 15th Floor**
**Uniondale, New York 11556**

---

Date of Acceptance for Filing: September 11, 2007.

This Offering Plan Will Be Effective For Twelve (12) Months From The Above Date. The Term May Be Extended By An Amendment To The Offering Plan.

---

SEE PAGE (1) FOR SPECIAL RISKS TO PURCHASERS.

BECAUSE SPONSOR IS RETAINING THE UNCONDITIONAL RIGHT TO RENT RATHER THAN SELL UNITS, THIS PLAN MAY NOT RESULT IN THE CREATION OF A CONDOMINIUM IN WHICH A MAJORITY OF THE UNITS ARE OWNED BY OWNER-OCCUPANTS OR INVESTORS UNRELATED TO SPONSOR. (SEE SPECIAL RISKS SECTION OF THE PLAN.)

PURCHASERS FOR THEIR OWN OCCUPANCY MAY NEVER GAIN CONTROL OF THE BOARD OF MANAGERS UNDER THE TERMS OF THIS OFFERING PLAN. (SEE SPECIAL RISKS SECTION OF THE PLAN.)

THIS OFFERING PLAN IS THE ENTIRE OFFER TO SELL THESE CONDOMINIUM UNITS. NEW YORK LAW REQUIRES THE SPONSOR TO DISCLOSE ALL MATERIAL INFORMATION IN THIS OFFERING PLAN AND TO FILE THIS OFFERING PLAN WITH THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL PRIOR TO SELLING OR OFFERING TO SELL ANY CONDOMINIUM UNIT. FILING WITH THE OFFICE OF THE ATTORNEY GENERAL DOES NOT MEAN THAT THE DEPARTMENT OR ANY OTHER GOVERNMENT AGENCY APPROVED THIS OFFERING.

Architect, from time to time, certifies is reasonably necessary to complete the work needed to obtain the permanent certificate of occupancy.

(i)     Construction is a complicated process requiring the coordination of numerous tasks and the balancing of complex mechanical and architectural systems. During the first year of condominium operation, construction workers and related personnel will be at the Building from time to time making adjustments and performing various tasks relating to the completion of construction. Various systems, including but not limited to water supply, heating ventilating and air conditioning and elevators, may require substantial time after any Closing to complete and may need to be shut down temporarily. Various other adjustments to windows, the elevator and other systems may require substantial time after the Closing to be completed.

(j)     Sponsor has no obligation to repair or improve the Unsold Units, the Common Elements or the Facilities used in connection with the operation of the Building except as otherwise expressly provided in the Plan. Sponsor agrees to complete construction and to cause all mechanic's liens with respect to the construction of the Building to be promptly discharged or bonded (all subject to Sponsor's rights to abandon the Plan).

(k)     Each Unit and the fixtures and personal property contained therein, are being sold and delivered "AS IS", as described in the Plan, at the time of transfer of title to such Unit unless Sponsor and the Purchaser of such Unit otherwise agree in writing. The Purchaser of a Unit shall inspect such Unit prior to the Closing Date and shall execute at such time an Inspection Statement acknowledging the Purchaser's acceptance of the Unit in good condition and in accordance with the terms of the Plan. However, if a Purchaser finds that Sponsor's improvements as described in the Plan or in the Purchase Agreement for such Unit or other writing duly executed and delivered by Sponsor, have not been fully completed, although such improvements have been substantially completed, then Sponsor or its designated representative and the Purchaser will at the time of such execution agree upon and set forth in the Inspection Statement a list of the incomplete work to be completed in the Unit by Sponsor following the Closing for such Unit. Sponsor's obligation thereunder shall survive delivery of the deed to the Purchaser. The failure of Sponsor to complete such work shall not be a ground for the Purchaser to delay the closing. Sponsor and its contractors, subcontractors agents and employees, will have a right of access to enter the Unit after closing in order to complete the work on the Inspection Statement.   The issuance of a certification from a registered architect or licensed engineer shall be presumptive evidence that a particular Unit or Sponsor's improvements with respect to the Common Elements, as applicable, has been substantially completed.

(l)     Article 36-B of the New York General Business Law ("Housing Merchant Implied Warranty Law") does not apply to this offering. Sponsor will correct, repair, or replace any and all defects relating to construction of the Building, or in the installation or

HP000148

proceed under any assignable warranties and other undertakings received by Sponsor from contractors, suppliers, or others in connection with the construction and equipping of the Building, except that warranties and undertakings received by Sponsor which relate to appliances, equipment or fixtures located in any Unit shall be assigned to Purchaser of such Unit on the date of closing of title thereto including the warranties and undertakings received by Sponsor which relate to appliances, equipment, or fixtures located in the Units and the Common Elements. Sponsor makes no representation as to which, if any, of the warranties and other undertakings will continue to remain in force upon the Closing of any particular Unit.

(g)   The Sponsor will obtain a permanent certificate of occupancy for the Building. If, as of the First Closing, only a temporary certificate of occupancy has been issued for the Building, Sponsor will use all reasonable diligence to cause the Buildings Department to continuously renew the temporary certificate of occupancy until a permanent certificate of occupancy for the Building, including all of the Units in the Building, has been issued. Sponsor will, at its sole cost and expense, do and perform all work, and will supply for the Building all materials that shall be necessary in order to cause the temporary certificate of occupancy to be continuously renewed and to obtain a permanent certificate of occupancy. In the event a permanent certificate of occupancy is not issued as of the date of closing of a Unit, Sponsor anticipates obtaining the permanent certificate of occupancy within two (2) years of the closing of a Unit. Article 5, Section 2 of the By-Laws prohibits Unit Owners from making any alterations in or to a Unit prior to the issuance of a permanent certificate of occupancy, unless the Sponsor consents to such work, and authorizes the Sponsor to halt any unauthorized work. If there are delays in issuance of a permanent certificate of occupancy arising from unauthorized alterations, Sponsor shall remain responsible for obtaining the permanent certificate of occupancy, but may have a cause of action against the party or parties performing such alterations. Prospective Purchasers are advised that a permanent certificate of occupancy is required for permanent use of the Units in the Building, and that a temporary certificate of occupancy may be renewed only for a total of two (2) years from the date of first issuance.

(h)   If Sponsor fails to obtain a permanent certificate of occupancy for the Building prior to the First Closing, Sponsor will be obligated to: (i) direct the Escrow Agent to hold and maintain those monies received pursuant to all Purchase Agreements (see the Section of the Plan entitled "Escrow and Trust Fund Requirements") which would otherwise be payable to Sponsor in the special trust account required by the General Business Law of the State of New York, Sections 352-e(2)(b) and 352(h), provided, however, that if Sponsor's Architect certifies that a lesser amount than the amount held in the special trust account is reasonably necessary to complete the work needed to obtain a permanent certificate of occupancy, then the amount exceeding the sum so certified by the Sponsor's Architect shall be released from the special escrow account to Sponsor; or (ii) Sponsor shall deposit with Escrow Agent cash or an unconditional, irrevocable letter of credit or post a surety bond in an amount Sponsor's

HP000149

Ex H

HP000150

BANK   81

*IR57R02 *     PAGE NO   4
PROCESS DATE 03/31/2009
PROCESS THRU 03/31/2009

DEMAND DEPOSIT ACCOUNTING
CAPITAL ONE, N.A.
EMA MONTHLY ACTIVITY STATEMENT

1425 REXCORP PLZ
UNIONDALE NY

DISBURSEMENT # 2324017785 RUSKIN MOSCOU FALTISCHEK PC
ATTORNEY TRUST ACCOUNT

CLIENT NUMBER     SHORT NAME   ACCOUNT NO   DATE POSTED TRAN   AMOUNT   BALANCE   DESCRIPTION

1656-1425

| | | | | | | |
|---|---|---|---|---|---|---|
| LLC, 11/49 RE | 7040429705 | 03/23/2009 | 1015 | | .00 | PREVIOUS BALANCE |
| | | | | 110,000.00 + | 110,000.00 | Transfer Credit |
| | | 03/31/2009 | 2020 | 6.78 + | 110,006.78 | INTEREST PAYMENT |
| | | | | 110,006.78 NET | | |

** EMA TOTALS **                   392,752.99- NET

HP000151

BANK    81

*IM57RO3 *

DEMAND DEPOSIT ACCOUNTING
CAPITAL ONE, N.A.
EMA QUARTERLY NAME & ADDRESS REGISTER

PAGE NO             3
PROCESS DATE 03/31/2009
PROCESS THRU 03/31/2009

CLIENT NUMBER  2324017785 RUSKIN MOSCOU FALTISCHEK PC

CLIENT NAME        SSN/CLIENT #    ACCOUNT NO    NAME & ADDRESS    DATE OPEN
LLC. 11/49 RE      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     7040425705    11/49 REALTY LLC  03/23/09
                                                 1425 REXCORP PLAZA
                                                 UNIONDALE NY

                                                 11556

COUNT OPEN         20

COUNT CLOSED       7

*NEW THIS QUARTER*

HP000152

Ex I

HP000153



ARCHITECTURE • URBAN PLANNING • ENGINEERING

April 10, 2009

Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re: ILS 32438 and 32439, Borden East River Realty
LLC, 11/49 Realty LLC, and Simone Development
Company, L.L.C., One Hunters Point
Condominium, I-09-096; Hunters View
Condominium, I-09-07

Dear Mr. Thomas:

My firm, NDG Architect, P.C., was retained and continues to represent Borden East River Realty LLC ("Borden"), the developer and sponsor of a twelve story high rise condominium project located at 5-49 Borden Avenue, Long Island City, Queens, New York (the "Hunters Point Project") and 11/49 Realty LLC ("11/49"), the developer of a twelve story high rise condominium project located at 48-15 11th Street, Long Island City, Queens, New York (the "Hunters View Project").

On February 17, 2009, a temporary certificate of occupancy ("TCO") was issued for the Hunters Point Project, a copy of which is attached hereto as Exhibit 1. Also attached hereto as Exhibit 2 is a copy of the current renewal of that TCO issued on April 8, 2009. As set forth on the renewal TCO there are twenty-five (25) outstanding requirements for the issuance of the permanent certificate of occupancy ("PCO") for the Hunters Point Project (see attached Exhibit 3).

On March 12, 2009, a TCO was issued for the Hunters View Project, a copy of which is attached hereto as Exhibit 4. As set forth on this TCO, there are twenty-four (24) outstanding requirements for the issuance of the PCO for the Hunters View Project (see attached Exhibit 5).

HP000154



Mr. William Thomas
Premises:    One Hunters Point Condominium, I-09-096
              Hunters View Condominium, I-09-97
April 10, 2009
Page 2


Pursuant to the Zoning Resolution of the City of New York, as amended, and the applicable Building Codes of the State and City of New York, all of the Units listed on the TCO for each Project are physically habitable and may legally be occupied for private residential use which is the intended use. None of the listed outstanding requirements for each Project prevent this occupancy and none of them effect the safety of either project for occupancy. In New York City, occupancy of a new residential building typically occurs pursuant to a TCO with the PCO obtained after the building is occupied. The existence of such outstanding requirements prior to obtaining a PCO are not unusual for this type of construction in the City of New York.

As the architects for the Projects, we hereby represent that Borden and 11/49 are presently addressing all outstanding requirements for the issuance of the PCO of each Project. Furthermore, the escrowed amounts set forth in the attached certifications of our firm issued on March 5th and 19th, 2009 respectively (see Exhibit 6) are more than sufficient to secure the issuance of each PCO.

Very truly yours,

NDG Architects, P.C.

By: Mitchell D. Newman
      Mitchell D. Newman, A.I.A., President

cc:    Borden East River Realty LLC
       11/49 Realty LLC
       D'Agostino, Levine & Landesman, LLP

HP000155

Ex 1

HP000156


**Buildings**

*Certificate of Occupancy*

Page 1 of 2

**CO Number:** 402115661T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | Borough: Queens | Block Number: 00034 | Certificate Type: Temporary |
|---|---|---|---|
| | Address: 5-49 BORDEN AVE | Lot Number(s): 12 | Effective Date: 02/17/2009 |
| | Building Identification Number (BIN): 4860183 | | Expiration Date: 04/18/2009 |
| | | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

| B. | Construction classification: | 1-C | (1968 Code) |
|---|---|---|---|
| | Building Occupancy Group classification: J2 | | (1968 Code) |
| | Multiple Dwelling Law Classification: | HACA | |

| No. of stories: 12 | Height in feet: 123 | No. of dwelling units: 138 |
|---|---|---|

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:
THIS TEMP CERTIFICATE OF OCCUPANY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR,

Borough Commissioner                    Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000157


**Buildings**

*Certificate of Occupancy*

Page 2 of 2

CO Number:     402115661T001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Permissible Use and Occupancy | | | | | | | |
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | | |
| Floor From To | | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | | 8 | OG | F-3 | | 2 | GYM |
| 001 | | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | | OG | B-2 | | 2 | 25 ACCESSORY PARKING SPACES |
| 002 | 008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 | 012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| END OF SECTION | | | | | | | |

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402115661/001  2/17/2009 9:05:38 AM

HP000158

Ex 2

HP000159


**Buildings**

*Certificate of Occupancy*

**CO Number:** 402115661T002

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| **Borough:** Queens | **Block Number:** 00034 | **Certificate Type:** Temporary |
| **Address:** 5-49 BORDEN AVE | **Lot Number(s):** 12 | **Effective Date:** 04/08/2009 |
| **Building Identification Number (BIN):** 4860183 | | **Expiration Date:** 06/07/2009 |
| | **Building Type:** New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification: 1-C (1968 Code)

Building Occupancy Group classification: J2 (1968 Code)

Multiple Dwelling Law Classification: HACA

| No. of stories: 12 | Height in feet: 123 | No. of dwelling units: 138 |
|---|---|---|

**C.** **Fire Protection Equipment:**
Standpipe system, Fire alarm system, Sprinkler system

**D.** **Type and number of open spaces:**
None associated with this filing.

**E.** **This Certificate is issued with the following legal limitations:**
None

**Outstanding requirements for obtaining Final Certificate of Occupancy:**

There are 25 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:** None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000160



**Buildings**

## *Certificate of Occupancy*

Page 2 of 2

CO Number:     402115661T002

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 002 008 | 40 | | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 012 | 40 | | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |

**END OF SECTION**

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402115661/002  4/8/2009 1:41:53 PM

HP000161

Ex 3

HP000162

B-SCAN List of Required Items

# NYC Buildings

**NYC Department of Buildings**
**B-SCAN List of Required Items**

Premises: 5-49 BORDEN AVENUE QUEENS
BIN: 4060183   Block: 34   Lot: 1

Job No: 402115861
Job Type: NB - NEW BUILDING

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED | W V |
|---|---|---|---|---|---|---|
| 25 OPEN ITEMS OF 91 REQUIRED FOR JOB | | | | | | |
| ADDRESS: NEW HOUSE NUMBER APPROVED | N | SGN | 04/20/2005 | | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 04/20/2005 | | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 04/20/2005 | | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 04/20/2005 | | | |
| ELEVATOR JOB SIGNOFF | N | SGN | 04/20/2005 | | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 04/20/2005 | | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 04/20/2005 | | | |
| EQUIPMENT USE PERMITS | N | SGN | 04/20/2005 | | | |
| SITE SURVEY: FINAL | N | SGN | 04/20/2005 | | | |
| BOILER (BL) SIGNOFF | N | SGN | 04/20/2005 | | | |
| BPP: FINAL SIGNOFF | N | SGN | 04/20/2005 | | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 04/20/2005 | | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 04/20/2005 | | | |
| FINAL ELEVATOR SIGNOFF | N | SGN | 04/20/2005 | | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 04/20/2005 | | | |
| FINAL CONST. SIGNOFF | N | SGN | 04/20/2005 | | | |
| VERIFY TAX LOT | N | SGN | 04/20/2005 | | | |
| CO OBJ: VERIFY ADDRESS-TOPO STAMP | N | SGN | 04/20/2005 | | | |
| VIOLATIONS SEARCH | N | SGN | 04/20/2005 | | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 04/20/2005 | | | |
| FOLDER REVIEW | N | SGN | 04/20/2005 | | | |
| ELECTRICAL OBJ: OPEN APPLICATIONS | N | SGN | 09/15/2008 | | | |
| ELEVATOR OBJ: OPEN ELV APP | N | SGN | 10/27/2008 | | | |
| 3'-6" FENCE IN CITY WIDENING STREET, OBTAIN REVOKABLE CONSENT | T | SGN | 01/23/2009 | | | |

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?rqidpriortoa=on&rqidpriortop=on&rqiditemstatus=open&rqidpr...   4/8/2009

B-SCAN List of Required Items

FROM D.O.T.

TCO NOT ISSUED AS STATED ABOVE                    N    SGN 04/08/2009

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner

Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:               Which Items Should Be Displayed?

☑ Approval                                     ◯ All Items

☑ Permit                                       ◉ Open Items Only

☑ Signoff                                      [Redisplay]  [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

HP000164

Ex 4

HP000165



*Certificate of Occupancy*

Page 1 of 3

**CO Number:**   402437065T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | | | | | |
|---|---|---|---|---|---|
| | Borough: Queens | | Block Number: 00061 | Certificate Type: Temporary | |
| | Address: 48-15 11 STREET | | Lot Number(s): 80 | Effective Date: 03/12/2009 | |
| | Building Identification Number (BIN): 4862699 | | | Expiration Date: 06/10/2009 | |
| | | | Building Type: New | | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**  
Construction classification:  1-D   (1968 Code)

Building Occupancy Group classification: J2   (1968 Code)

Multiple Dwelling Law Classification:  HAEA

No. of stories: 12      Height in feet: 125      No. of dwelling units: 72

**C.**  
Fire Protection Equipment:  
None associated with this filing.

**D.**  
Type and number of open spaces:  
Parking spaces (37), Parking (14403 square feet)

**E.**  
This Certificate is issued with the following legal limitations:  
None

**Outstanding requirements for obtaining Final Certificate of Occupancy:**  
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:**   None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000166


**Buildings**

*Certificate of Occupancy*

CO Number:   402437065T001

| Permissible Use and Occupancy | | | | | |
|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE, |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



**Buildings**

*Certificate of Occupancy*

CO Number:      402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS |
| END OF SECTION | | | | | | |

Borough Commissioner

Commissioner

*END OF DOCUMENT*        402437065/001  3/12/2009 10:10:37 AM

HP000168

Ex 5

HP000169

B-SCAN List of Required Items

Page 1 of 2

**NYC**
.gov
always open

☒ Click HERE to SIGN UP FOR BUILDINGS NEWS

**NYC**
**Buildings**

NYC Department of Buildings
B-SCAN List of Required Items

Premises: 48-16 11 STREET QUEENS
BIN: 4062699   Block: 61   Lot: 80

Job No: 402437065
Job Type: NB - NEW BUILDING

24 OPEN ITEMS OF 66 REQUIRED FOR JOB

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED W V |
|---|---|---|---|---|---|
| * DEMOLITION (DM) JOB SIGNOFF | N | PER | 08/21/2006 | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 08/21/2006 | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 08/21/2006 | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 08/21/2006 | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 08/21/2006 | | |
| DETECTOR:SMOKE-CERT. OF INSTALLATION | N | SGN | 08/21/2006 | | |
| SITE SURVEY: FINAL | N | SGN | 08/21/2006 | | |
| PLUMBING (PL) SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER (BL) SIGNOFF | N | SGN | 08/21/2006 | | |
| CONSTRUCTION (OT) SIGNOFF | N | SGN | 08/21/2006 | | |
| BPP: FINAL SIGNOFF | N | SGN | 08/21/2006 | | |
| DEMOLITION (DM) JOB SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER APPROVAL : 900A | T | SGN | 08/21/2006 | | |
| DETECTOR:CARBON MONOXIDE-CERT.OF INSTALL | N | SGN | 08/21/2006 | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 08/21/2006 | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL CONST. SIGNOFF | N | SGN | 08/21/2006 | | |
| VERIFY TAX LOT | N | SGN | 08/21/2006 | | |
| VIOLATIONS SEARCH | N | SGN | 08/21/2006 | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 03/21/2006 | | |
| FOLDER REVIEW | N | SGN | 08/21/2006 | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 12/06/2006 | | |
| CURB CUT # REQUIRED | N | SGN | 12/01/2008 | | |

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?requestid=4&rqidpriortoa=on&rqidpriortop=on&rqidpriortos=o...   4/8/2009

HP000170

B-SCAN List of Required Items

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:

Which Items Should Be Displayed?

○ All Items

☑ Approval

⦿ Open Items Only

☑ Permit

☑ Signoff

[Redisplay]  [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

HP000171

Ex C.

HP000172

 **NEWMAN DESIGN**  A R C H I T E C T U R E  •  U R B A N  P L A N N I N G  •  E N G I N E E R I N G

**Certification of Sponsor's Architect**

March 5, 2009

New York State Department of Law
Investment Protection Bureau
Real Estate Financing Section
120 Broadway, 23rd Floor
New York, New York 10271

      Re:    One Hunters Point Condominium (the "Condominium")
             5-49 Borden Avenue, Long Island City, New York (the "Property")
             CD07-0082

To Whom It May Concern:

      I, Mitchell D. Newman, am an Architect licensed to practice in the State of New York. This firm prepared a report dated January 16, 2007 describing the construction of the Property in connection with the submission of an offering for the sale of condominium units (the "Plan") by Borden East River Realty LLC ("Sponsor") which Plan was accepted for filing by the Department of Law on September 11, 2007.

      We understand that this firm is responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in part 20 of Title 13 NYCRR.

      The Sponsor has advised that the first residential unit closing has taken place prior to the issuance of a permanent certificate of occupancy. Pursuant to the requirements of Section 20.3(t)(12) of Title 13 NYCRR, Sponsor will need to deposit with the escrow agent the sum of $___300,000_____, which we estimate to be the amount reasonably needed to complete the outstanding work required to obtain a permanent certificate of occupancy more specifically [attach schedule describing work to be done and cost].

210 WEST ROGUES PATH • COLD SPRING HILLS, NY 11743 • TEL: 631.673.3111 • FAX: 631.673.2031
w w w . n d a r c h i t e c t s . c o m

HP000173



We certify that this letter:

1. Sets forth the required work to be completed to obtain a permanent certificate of occupancy.

2. Provides potential purchasers and current unit owners an adequate basis upon which to found their judgment concerning the condition of the Property as it will exist upon receipt of the permanent certificate of occupancy;

3. Does not omit any material facts;

4. Does not contain any fraud, deception, concealment or suppression;

5. Does not contain any promise or representation as to the future which is beyond reasonable explanation or unwarranted by existing circumstances; and

6. Does not contain any representation or statement which is false where we (i) knew the truth; (b) with reasonable effort could have known the truth; (c) made no reasonable effort to ascertain the truth; (d) did not have knowledge concerning the representation or statement made.

We further certify that we are not owned or controlled by and have no beneficial interest in the Sponsor and that our compensation for preparing this letter is not contingent on the Condominium receiving the permanent certificate of occupancy or on the profitability of the Sponsor. This letter is not intended as a guarantee or warranty of the total cost to obtain the permanent certificate of occupancy.

NDG Architect, P.C.

By: __Mitchell D. Newman, A.I.A.__
          President

Sworn to before me this 5th
of March 2009

__Elisa Spada__
Notary Public

ELISA SPADA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6137227
Qualified in Nassau County
My Commission Expires November 21, 2009

HP000174



Date: March 5, 2009

RE:   5-49 Borden Avenue, Long Island City, NY

The following is the schedule of work to be completed for the above referenced project:

| | |
|---|---:|
| • Balcony/Terrace Glass Railings | $20,000 |
| • 9th Floor Terrace Waterproofing | 20,000 |
| • Interior Frame/Doors | 5,000 |
| • Painting | 25,000 |
| • Signage/Directory | 20,000 |
| • Privacy Screens | 10,000 |
| • Lobby | 30,000 |
| • Bathroom Mirrors | 5,000 |
| • Plumbing (Misc.) | 25,000 |
| • HVAC (Start-Up/Balancing/Misc.) | 25,000 |
| • Electrical | 25,000 |
| • Close-Out Paperwork | 41,250 |
| • Canopy | 35,000 |
| • Completion of Builders Pavement Plan & Planting of Street Trees ($78,200 in separate escrow account by Sponsor with DOT/NYC Parks Dept.) | 0 |
| • Miscellaneous | 13,750 |
| **TOTAL** | **$300,000** |



A R C H I T E C T U R E   •   U R B A N   P L A N N I N G   •   E N G I N E E R I N G

### Certification of Sponsor's Architect

March 19, 2009

New York State Department of Law
Investment Protection Bureau
Real Estate Financing Section
120 Broadway, 23rd Floor
New York, New York 10271

      Re:    Hunters View Condominium (the "Condominium")
              48-15 11th Street, Long Island City, New York 11101 (the "Property")
              CD07-0240

To Whom It May Concern:

      I, Mitchell D. Newman, am an Architect licensed to practice in the State of New York. This firm prepared a report dated March 15, 2007 describing the construction of the Property in connection with the submission of an offering for the sale of condominium units (the "Plan") by 11/49 Realty LLC ("Sponsor") which Plan was accepted for filing by the Department of Law on September 11, 2007.

      We understand that this firm is responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in part 20 of Title 13 NYCRR.

      The Sponsor has advised that the first residential unit closing has taken place prior to the issuance of a permanent certificate of occupancy. Pursuant to the requirements of Section 20.3(t)(12) of Title 13 NYCRR, Sponsor will need to deposit with the escrow agent the sum of $   $110,000   , which we estimate to be the amount reasonably needed to complete the outstanding work required to obtain a permanent certificate of occupancy more specifically [attach schedule describing work to be done and cost].

HP000176



We certify that this letter:

1. Sets forth the required work to be completed to obtain a permanent certificate of occupancy.

2. Provides potential purchasers and current unit owners an adequate basis upon which to found their judgment concerning the condition of the Property as it will exist upon receipt of the permanent certificate of occupancy;

3. Does not omit any material facts;
4. Does not contain any fraud, deception, concealment or suppression;

5. Does not contain any promise or representation as to the future which is beyond reasonable explanation or unwarranted by existing circumstances; and

6. Does not contain any representation or statement which is false where we (i) knew the truth; (b) with reasonable effort could have known the truth; (c) made no reasonable effort to ascertain the truth; (d) did not have knowledge concerning the representation or statement made.

We further certify that we are not owned or controlled by and have no beneficial interest in the Sponsor and that our compensation for preparing this letter is not contingent on the Condominium receiving the permanent certificate of occupancy or on the profitability of the Sponsor. This letter is not intended as a guarantee or warranty of the total cost to obtain the permanent certificate of occupancy.

NDG Architect, P.C.

By: _____

Mitchell D. Newman, A.I.A., President

Sworn to before me this 19th
of March 2009

Elisa Spada
Notary Public

ELISA SPADA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6137227
Qualified in Nassau County
My Commission Expires November 21, 2009

HP000177



Date: **March 19, 2009**

RE:   48-15 11th Street, Long Island City, NY

The following is the schedule of work to be completed for the above referenced project:

- Painting Touch-Up                                                       5,000
- Signage                                                                       10,000
- Plumbing (Misc.)                                                       10,000
- HVAC (Start-Up/Balancing/Misc.)                          10,000
- Electrical (Misc.)                                                      15,000
- Close-Out Paperwork                                               30,000
- Canopy                                                                      20,000
- Completion of Builders Pavement Plan                        0
  & Planting of Street Trees
  ($48,128 in separate escrow account
  by Sponsor with DOT/NYC Parks Dept.)
- Miscellaneous                                                          10,000

                                            TOTAL     $110,000

HP000178