# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*

345 Seventh Avenue • 23rd Floor

New York, New York 10001

212-564-9800

Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA◆
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
◆ ALSO ADMITTED IN CT
• ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

April 14, 2009

**Via Federal Express (202) 708-0502 x. 3006**

Mr. William Thomas

U.S. Department of Housing and Urban Development

Office of RESPA and Interstate Land Sales

451 Seventh Street, SW, Room 9154

Washington, DC 20410

Re:    ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"), 11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred to as the "Developers")and Simone Development Company L.L.C., One Hunters Point Condominium ("Hunters Point"); I-09-096, Hunters View Condominium, ("Hunters View") I-09-97 (collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

We are hereby respectfully requesting that your office issue an advisory opinion pursuant to 24 CFR 1710.17 that the Projects are exempt from the registration requirements of the Interstate Land Sales Full Disclosure Act  pursuant to 15 U.S.C. 1702(b) and 24 CFR 1710.6 as a result of the Projects containing less then one hundred (100)  lots. The one hundred (100) lot count for purposes of this exemption excludes lots that are exempt from jurisdiction under 24 CFR 1710.5(b) (the improved lots exemptions) and 24 CFR 1710.5(g) and 24 CRF1710.14(a)(3) (sale of lots  to a person who acquires . . . for the purpose or resale or lease).

A comprehensive description of the conditions and operations of the offering of the Projects pursuant to 24 CRF 1710.17(b(2) were previously forwarded to you on April 2, 2009.  Please refer to said

HP000179

Mr. William Thomas
April 14, 2009

submission, along with the supplemental submission dated April 13, 2009 submitted to you regarding the status of the certificates of occupancy for the Projects, as the Developers comprehensive description.

Enclosed herewith please find a cashier's check No. 356570, dated April 13, 2009, in the amount of five hundred dollars ($500.00) made payable to the Treasurer of the United States and representing the requisite Advisory opinion non refundable filing fee in accordance with 24 CRF 1710.17 (b)(1)and 1710.35(c).

Also, in place of the plat of the subdivision we hereby include as Exhibits A and B, copies of the relevant sections of the recorded condominium declaration setting forth the property description and individual residential units for the Projects.

Finally enclosed herewith as Exhibit C, pursuant to 24 CRF 1710.17(b)(3), is the Developers Affirmation.

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
    John D'Agostino



Ex A

HP000182

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2008111800802001002E3BDE

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 253 |
|---|---|

| Document ID: 2008111800802001 | Document Date: 10-07-2008 | Preparation Date: 11-19-2008 |
|---|---|---|

Document Type: CONDO DECLARATION
Document Page Count: 243

| PRESENTER: | RETURN TO: |
|---|---|
| CHICAGO TITLE- PICKUP | RUSKIN MOSCOU FALTISCHEK, P.C. |
| 330 OLD COUNTRY ROAD | 1425 REX CORP PLAZA |
| MINEOLA, NY  11501 | EAST TOWER, 15TH FLOOR, NY  11556-1425 |
| 516-742-5000 | 516-663-6600 |
| 3607-00005 | |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 61 | 1001 | Entire Lot | 2A | 48-15 11TH   ST |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 61 | 1002 | Entire Lot | 2B | 48-15 11TH   ST |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

x  Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel___ Page_____ *or* File Number_____

### PARTIES

PARTY 1:
HUNTERS VIEW CONDOMINIUM
1000 MAIN STREET, 11/49 REALTY LLC C/O SIMONE
DEVELOPMENT COMPANYLLC
NEW ROCHELLE, NY  10801

### FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 1,624.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed          11-19-2008 16:41
City Register File No.(CRFN):
          2008000448304

*Annette M Hill*

*City Register Official Signature*

Condo № 607
Block 61
New lots 1001-1124
FKA lot 80

## DECLARATION

Establishing a Plan for Condominium Ownership
of the Premises known as
48-15 11th Street
Long Island City, Queens, New York
Pursuant to Article 9-B of the Real Property
Law of the State of New York

Name:                    Hunters View Condominium


Sponsor:                 11/49 Realty LLC
                 c/o Simone Development Company LLC
                        1000 Main Street
                   New Rochelle, New York 10801


Date of Declaration:     October 7, 2008

                         Prepared by:
                 Ruskin Moscou Faltischek, P.C.
                        Attorneys at Law
                       1425 RexCorp Plaza
                    East Tower, 15th Floor
                 Uniondale, New York 11556-1425
                        (516) 663-6600


The land affected by the within instrument lies in
Block 61, Lot Number 80
Tax Map of the Borough of Queens, City of New York

HP000184

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2008111800802001002E3BDE

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 253 |
|---|---|

Document ID: 2008111800802001   Document Date: 10-07-2008   Preparation Date: 11-19-2008
Document Type: CONDO DECLARATION
Document Page Count: 243

**PRESENTER:**
CHICAGO TITLE- PICKUP
330 OLD COUNTRY ROAD
MINEOLA, NY 11501
516-742-5000
3607-00005

**RETURN TO:**
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 REX CORP PLAZA
EAST TOWER, 15TH FLOOR, NY 11556-1425
516-663-6600

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 61 | 1001 Entire Lot | 2A | 48-15 11TH  ST |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 61 | 1002 Entire Lot | 2B | 48-15 11TH  ST |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

x  Additional Properties on Continuation Page

## CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel ___ Page_____ *or* File Number_____

## PARTIES

**PARTY 1:**
HUNTERS VIEW CONDOMINIUM
1000 MAIN STREET, 11/49 REALTY LLC C/O SIMONE
DEVELOPMENT COMPANYLLC
NEW ROCHELLE, NY 10801

## FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: | |
| | | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 1,624.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK**
Recorded/Filed      11-19-2008 16:41
City Register File No.(CRFN):
2008000448304

*Annette M Hill*

*City Register Official Signature*

## EXHIBIT A

## DESCRIPTION OF THE LAND

**HUNTERS VIEW CONDOMINIUM, 48-15 11TH STREET, LONG ISLAND CITY, NY 11101**

**BLOCK 61, LOTS 1001-1124, F/K/A LOT 80**

ALL THAT CERTAIN PLOT, PIECE, OR PARCEL OF LAND, SITUATE, LYING, AND BEING IN THE BOROUGH AND COUNTY OF QUEENS, CITY AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF 49TH AVENUE AND THE EASTERLY SIDE OF 11TH STREET;

RUNNING THENCE EASTERLY ALONG THE NORTHERLY SIDE OF 49TH AVENUE, 150.20 FEET TO A POINT;

THENCE NORTHERLY AT RIGHT ANGLES TO THE NORTHERLY SIDE OF 49TH AVENUE, 90 FEET TO A POINT;

THENCE WESTERLY AT RIGHT ANGLES TO THE LAST MENTIONED COURSE, 159.13 FEET TO A POINT ON THE EASTERLY SIDE OF 11TH STREET, WHICH POINT IS 90.44 FEET NORTH OF THE BEGINNING POINT AS MEASURED ALONG THE EASTERLY SIDE OF 11TH STREET;

THENCE SOUTHERLY ALONG THE EASTERLY SIDE OF 11TH STREET, 90.44 FEET TO THE POINT OR PLACE OF BEGINNING.

LEGAL                                    –LEGAL DESCRIPTION–

HP000186

**EXHIBIT B**

**DESCRIPTION OF THE UNITS**

Hunters View Condominium, 48-15 11th Street, Long Island City, New York 11101, Block 61, Lots 1001-1124, F/K/A Lot 80

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| 2A | 1001 | Second Floor | 867 | 1 Bed/1Ba | Balcony 123 sq. ft. | 1.0920% | 1.1436% |
| 2B | 1002 | Second Floor | 1,158 | 2 Bed/2Ba | Balcony 84 sq. ft. Balcony 46 sq. ft. | 1.4954% | 1.5661% |
| 2C | 1003 | Second Floor | 773 | 1 Bed/1Ba | Balcony 117 sq. ft. | 0.9687% | 1.0145% |
| 2D | 1004 | Second Floor | 1,023 | 2 Bed/2Ba | Balcony 163 sq. ft. | 1.3257% | 1.3884% |
| 2E | 1005 | Second Floor | 1,313 | 2 Bed/2Ba | Balcony 153 sq. ft. | 1.5721% | 1.6464% |
| 2F | 1006 | Second Floor | 817 | 1 Bed/1Ba | Terrace 741 sq. ft. | 1.2244% | 1.2823% |
| 2G | 1007 | Second Floor | 826 | 1 Bed/1Ba | Terrace 504 sq. ft. | 1.1551% | 1.2099% |
| 3A | 1008 | Third Floor | 867 | 1 Bed/1Ba | Balcony – 123 sq. ft. | 1.1010% | 1.1530% |
| 3B | 1009 | Third Floor | 1,158 | 2 Bed/2Ba | Balcony – 84 sq. ft. Balcony – 46 sq. ft. | 1.5267% | 1.5988% |
| 3C | 1010 | Third Floor | 773 | 1 Bed/1Ba | Balcony – 117 sq. ft. | 0.9768% | 1.0229% |
| 3D | 1011 | Third Floor | 1,023 | 2 Bed/2Ba | Balcony – 163 sq. ft. | 1.3569% | 1.4211% |
| 3E | 1012 | Third Floor | 1,313 | 2 Bed/2Ba | Balcony – 153 sq. ft. | 1.6137% | 1.6900% |
| 3F | 1013 | Third Floor | 817 | 1 Bed/1Ba | Balcony – 138 sq. ft. | 1.0205% | 1.0687% |
| 3G | 1014 | Third Floor | 826 | 1 Bed/1Ba | Balcony – 138 sq. ft. | 1.0334% | 1.0823% |
| 4A | 1015 | Fourth Floor | 867 | 1 Bed/1Ba | Balcony – 123 sq. ft. | 1.1100% | 1.1625% |
| 4B | 1016 | Fourth Floor | 1,158 | 2 Bed/2Ba | Balcony – 84 sq. ft. Balcony – 46 sq. ft. | 1.5579% | 1.6315% |
| 4C | 1017 | Fourth Floor | 773 | 1 Bed/1Ba | Balcony – 117 sq. ft. | 0.9848% | 1.0314% |
| 4D | 1018 | Fourth Floor | 1,023 | 2 Bed/2Ba | Balcony – 163 sq. ft. | 1.3881% | 1.4538% |
| 4E | 1019 | Fourth Floor | 1,313 | 2 Bed/2Ba | Balcony – 153 sq. ft. | 1.5669% | 1.6410% |
| 4F | 1020 | Fourth Floor | 817 | 1 Bed/1Ba | Balcony – 138 sq. ft. | 1.0290% | 1.0776% |
| 4G | 1021 | Fourth Floor | 826 | 1 Bed/1Ba | Balcony – 138 sq. ft. | 1.0420% | 1.0913% |
| 5A | 1022 | Fifth Floor | 867 | 1 Bed/1Ba | Balcony – 123 sq. ft. | 1.2355% | 1.2939% |
| 5B | 1023 | Fifth Floor | 1,158 | 2 Bed/2Ba | Balcony – 84 sq. ft. Balcony – 46 sq. ft. | 1.7176% | 1.7988% |

-1-

HP000187

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| 5C | 1024 | Fifth Floor | 773 | 1 Bed/1Ba | Balcony ~ 117 sq. ft. | 1.00249% | 1.0498% |
| 5D | 1025 | Fifth Floor | 1,023 | 2 Bed/2Ba | Balcony ~ 163 sq. ft. | 1.53489% | 1.6073% |
| 5E | 1026 | Fifth Floor | 1,313 | 2 Bed/2Ba | Balcony ~ 153 sq. ft. | 1.71769% | 1.7998% |
| 5F | 1027 | Fifth Floor | 817 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.00249% | 1.0498% |
| 5G | 1028 | Fifth Floor | 826 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.03469% | 1.0835% |
| 6A | 1029 | Sixth Floor | 867 | 1 Bed/1Ba | Balcony ~ 123 sq. ft. | 1.26679% | 1.3266% |
| 6B | 1030 | Sixth Floor | 1,158 | 2 Bed/2Ba | Balcony ~ 84 sq. ft. Balcony ~ 46 sq. ft. | 1.74889% | 1.8315% |
| 6C | 1031 | Sixth Floor | 773 | 1 Bed/1Ba | Balcony ~ 117 sq. ft. | 1.03379% | 1.0825% |
| 6D | 1032 | Sixth Floor | 1,023 | 2 Bed/2Ba | Balcony ~ 163 sq. ft. | 1.56609% | 1.6400% |
| 6E | 1033 | Sixth Floor | 1,313 | 2 Bed/2Ba | Balcony ~ 153 sq. ft. | 1.73849% | 1.8206% |
| 6F | 1034 | Sixth Floor | 817 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.02339% | 1.0716% |
| 6G | 1035 | Sixth Floor | 826 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.05549% | 1.1053% |
| 7A | 1036 | Seventh Floor | 867 | 1 Bed/1Ba | Balcony ~ 123 sq. ft. | 1.29779% | 1.3593% |
| 7B | 1037 | Seventh Floor | 1,158 | 2 Bed/2Ba | Balcony ~ 84 sq. ft. Balcony ~ 46 sq. ft. | 1.78019% | 1.8642% |
| 7C | 1038 | Seventh Floor | 773 | 1 Bed/1Ba | Balcony ~ 117 sq. ft. | 1.06499% | 1.1152% |
| 7D | 1039 | Seventh Floor | 1,023 | 2 Bed/2Ba | Balcony ~ 163 sq. ft. | 1.59729% | 1.6727% |
| 7E | 1040 | Seventh Floor | 1,313 | 2 Bed/2Ba | Balcony ~ 153 sq. ft. | 1.75929% | 1.8424% |
| 7F | 1041 | Seventh Floor | 817 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.04419% | 1.0934% |
| 7G | 1042 | Seventh Floor | 826 | 1 Bed/1Ba | Balcony ~ 138 sq. ft. | 1.07629% | 1.1271% |
| 8A&B | 1043 | Eighth Floor | 2,025 | 3 Bed/3Ba | Balcony ~ 123 sq. ft. Balcony ~ 84 sq. ft. Balcony ~ 46 sq. ft. | 3.14049% | 3.2889% |
| 8C | 1044 | Eighth Floor | 773 | 1 Bed/1Ba | Balcony ~ 117 sq. ft. | 1.09619% | 1.1479% |
| 8D | 1045 | Eighth Floor | 1,023 | 2 Bed/2Ba | Balcony ~ 163 sq. ft. | 1.62859% | 1.7054% |
| 8E | 1046 | Eighth Floor | 1,313 | 2 Bed/2Ba | Balcony ~ 153 sq. ft. | 1.78019% | 1.8642% |

-2-

HP000188

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Types | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| 8F | 1047 | Eighth Floor | 817 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.0649% | 1.1152% |
| 8G | 1048 | Eighth Floor | 826 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.0970% | 1.1489% |
| 9A | 1049 | Ninth Floor | 1,117 | 2 Bed/2Ba | Balcony - 123 sq. ft.<br>Terrace - 749 sq. ft. | 1.6955% | 1.7756% |
| 9B | 1050 | Ninth Floor | 639 | 1 Bed/1Ba | Balcony 322 sq. ft. | 1.0537% | 1.1035% |
| 9C | 1051 | Ninth Floor | 681 | 1 Bed/1Ba | Balcony 321 sq. ft. | 1.1672% | 1.2223% |
| 9D | 1052 | Ninth Floor | 1,123 | 2 Bed/2Ba | Balcony - 153 sq. ft.<br>Terrace - 219 sq. ft. | 1.7759% | 1.8598% |
| 9E | 1053 | Ninth Floor | 817 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1159% | 1.1687% |
| 9F | 1054 | Ninth Floor | 826 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.0857% | 1.1370% |
| 10A | 1055 | Tenth Floor | 1,117 | 2 Bed/2Ba | Balcony - 123 sq. ft.<br>Balcony - 105 sq. ft. | 1.5338% | 1.6063% |
| 10B | 1056 | Tenth Floor | 639 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 0.9874% | 1.0340% |
| 10C | 1057 | Tenth Floor | 681 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 1.5619% | 1.2108% |
| 10D | 1058 | Tenth Floor | 1,123 | 2 Bed/2Ba | Balcony - 153 sq. ft. | 1.6955% | 1.7756% |
| 10E | 1059 | Tenth Floor | 817 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1368% | 1.1905% |
| 10F | 1060 | Tenth Floor | 826 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1065% | 1.1588% |
| 11A | 1061 | Eleventh Floor | 1,117 | 2 Bed/2Ba | Balcony - 123 sq. ft.<br>Balcony - 105 sq. ft. | 1.5650% | 1.6390% |
| 11B | 1062 | Eleventh Floor | 639 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 1.0186% | 1.0667% |
| 11C | 1063 | Eleventh Floor | 681 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 1.1873% | 1.2435% |
| 11D | 1064 | Eleventh Floor | 1,123 | 2 Bed/2Ba | Balcony - 153 sq. ft. | 1.7267% | 1.8083% |
| 11E | 1065 | Eleventh Floor | 817 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1576% | 1.2123% |
| 11F | 1066 | Eleventh Floor | 826 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1273% | 1.1806% |
| PHA/12A | 1067 | Twelfth Floor | 1,117 | 2 Bed/2Ba | Balcony - 123 sq. ft.<br>Balcony - 105 sq. ft. | 1.5962% | 1.6717% |
| PHB/12B | 1068 | Twelfth Floor | 639 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 1.0498% | 1.0994% |
| PHC/12C | 1069 | Twelfth Floor | 681 | 1 Bed/1Ba | Balcony - 131 sq. ft. | 1.2186% | 1.2762% |

-3-

C:\Documents and Settings\Kim\A\Local Settings\Temporary Internet Files\OLK69\43121 v12 - Exhibit B to Condo Dec - Hunters View.doc

HP000189

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Types | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| PHD/12D | 1070 | Twelfth Floor | 1,123 | 2 Bed/2Ba | Balcony - 153 sq. ft. | 1.7580% | 1.8410% |
| PHE/12E | 1071 | Twelfth Floor | 817 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1784% | 1.2341% |
| PHF/12F | 1072 | Twelfth Floor | 826 | 1 Bed/1Ba | Balcony - 138 sq. ft. | 1.1482% | 1.2024% |
| Residential Unit Total | | | 68,251 | | | | 100.0000% |

-4-

HP000190

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Types | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|------|------|------|------|------|------|------|------|
| GA1 | 1110 | First Floor | 150 | N/A | None | 0.0833% | 2.4175% |
| GA2 | 1111 | First Floor | 144 | N/A | None | 0.0833% | 2.4175% |
| GA3 | 1112 | First Floor | 159 | N/A | None | 0.0937% | 2.7190% |
| GA4 | 1113 | First Floor | 153 | N/A | None | 0.0937% | 2.7190% |
| GA5 | 1114 | First Floor | 166 | N/A | None | 0.0937% | 2.7190% |
| GA6 | 1115 | First Floor | 165 | N/A | None | 0.0937% | 2.7190% |
| GA7 | 1116 | First Floor | 182 | N/A | none | 0.0937% | 2.7190% |
| GA8 | 1117 | First Floor | 166 | N/A | none | 0.0937% | 2.7190% |
| GA9 | 1118 | First Floor | 150 | N/A | none | 0.0937% | 2.7190% |
| GA10 | 1119 | First Floor | 154 | N/A | none | 0.0937% | 2.7190% |
| GA11 | 1120 | First Floor | 149 | N/A | none | 0.0937% | 2.7190% |
| GA12 | 1121 | First Floor | 153 | N/A | none | 0.0937% | 2.7190% |
| GA13 | 1122 | First Floor | 153 | N/A | none | 0.0937% | 2.7190% |
| GA14 | 1123 | First Floor | 173 | N/A | none | 0.0937% | 2.7190% |
| GA15 | 1124 | First Floor | 173 | N/A | none | 0.0937% | 2.7190% |
| GA16 | 1088 | Cellar Floor | 216 | N/A | none | 0.0937% | 2.7190% |
| GA17 | 1089 | Cellar Floor | 208 | N/A | none | 0.0937% | 2.7190% |
| GA18 | 1090 | Cellar Floor | 228 | N/A | none | 0.0937% | 2.7190% |
| GA19 | 1091 | Cellar Floor | 228 | N/A | none | 0.0937% | 2.7190% |
| GA20 | 1092 | Cellar Floor | 215 | N/A | none | 0.0937% | 2.7190% |
| GA21 | 1093 | Cellar Floor | 235 | N/A | none | 0.0937% | 2.7190% |
| GA22 | 1094 | Cellar Floor | 206 | N/A | none | 0.0937% | 2.7190% |
| GA23 | 1095 | Cellar Floor | 156 | N/A | none | 0.0937% | 2.7190% |
| GA24 | 1096 | Cellar Floor | 189 | N/A | none | 0.0937% | 2.7190% |
| GA25 | 1097 | Cellar Floor | 163 | N/A | none | 0.0937% | 2.7190% |
| GA26 | 1098 | Cellar Floor | 163 | N/A | none | 0.0937% | 2.7190% |
| GA27 | 1099 | Cellar Floor | 162 | N/A | none | 0.0937% | 2.7190% |
| GA28 | 1100 | Cellar Floor | 162 | N/A | none | 0.0937% | 2.7190% |

-5-

HP000191

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Types | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| GA29 | 1101 | Cellar Floor | 153 | N/A | none | 0.0937% | 2.7190% |
| GA30 | 1102 | Cellar Floor | 153 | N/A | none | 0.0937% | 2.7190% |
| GA31 | 1103 | Cellar Floor | 137 | N/A | none | 0.0936% | 2.7190% |
| GA32 | 1104 | Cellar Floor | 173 | N/A | none | 0.0936% | 2.7190% |
| GA33 | 1105 | Cellar Floor | 173 | N/A | none | 0.0936% | 2.7190% |
| GA34 | 1106 | Cellar Floor | 189 | N/A | none | 0.0936% | 2.7190% |
| GA35 | 1107 | Cellar Floor | 189 | N/A | none | 0.0936% | 2.7190% |
| GA36 | 1108 | Cellar Floor | 153 | N/A | none | 0.0936% | 2.7190% |
| GA37 | 1109 | Cellar Floor | 184 | N/A | none | 0.0936% | 2.7190% |
| Garage Unit Total | | | 6425 | | | | 100.0000% |

-6-

HP000192

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Types | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|------|-------------|----------|-------------------------|-------|-----------------------------------------------------------------------|------------------------------------------------|----------------------------------------------------|
| R1 | 1073 | Roof | 228 | N/A | none | 0.0874% | 8.1871% |
| R2 | 1074 | Roof | 186 | N/A | none | 0.0635% | 5.9454% |
| R3 | 1075 | Roof | 295 | N/A | none | 0.1114% | 10.4238% |
| R4 | 1076 | Roof | 221 | N/A | none | 0.0895% | 8.3821% |
| R5 | 1077 | Roof | 243 | N/A | none | 0.0885% | 8.2846% |
| R6 | 1078 | Roof | 220 | N/A | none | 0.0708% | 6.6277% |
| R7 | 1079 | Roof | 244 | N/A | none | 0.0843% | 7.8947% |
| R8 | 1080 | Roof | 165 | N/A | none | 0.0552% | 5.1657% |
| R9 | 1081 | Roof | 361 | N/A | none | 0.0864% | 8.0897% |
| R10 | 1082 | Roof | 224 | N/A | none | 0.0448% | 4.1910% |
| R11 | 1083 | Roof | 297 | N/A | none | 0.0666% | 6.2378% |
| R12 | 1084 | Roof | 223 | N/A | none | 0.0562% | 5.2632% |
| R13 | 1085 | Roof | 218 | N/A | none | 0.0562% | 5.2632% |
| R14 | 1086 | Roof | 212 | N/A | none | 0.0520% | 4.8733% |
| R15 | 1087 | Roof | 225 | N/A | none | 0.0552% | 5.1657% |
| Roof Unit Total | | | 3562 | | | | 100.0000% |
| General Common Interest Total | | | | | | 100.0000% | |

-7-

C:\Documents and Settings\Kim\Local Settings\Temporary Internet Files\OLK65\w#3112I v12 - Exhibit B to Condo Dec - Hunters View.doc

HP000193

Ex B

HP000194

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City
Register will rely on the information provided
by you on this page for purposes of indexing
this instrument. The information on this page
will control for indexing purposes in the event
of any conflict with the rest of the document.

2008102400483001003E576A

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 130 |
|---|---|---|
| Document ID: 2008102400483001 | Document Date: 10-07-2008 | Preparation Date: 10-27-2008 |

Document Type: CONDO DECLARATION
Document Page Count: 116

| PRESENTER: | RETURN TO: |
|---|---|
| NATIONAL REAL ESTATE SERVICES INC (PICK-UP VICKIE) | RUSKIN MOSCOU FALTISCHEK, P.C. |
| 180 EAST POST ROAD -- ACR-6634 | 1425 REXCORP PLAZA |
| WHITE PLAINS, NY 10601 | EAST TOWER, 15TH FLOOR |
| 914-328-1515 | UNIONDALE, NY 11556-1425 |
| lclark@allnyt.com | |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 34 | 12 | Entire Lot | N/A BORDEN AVENUE |

Property Type: APARTMENT BUILDING

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 34 | 1001 | Entire Lot | A1 | 5-49 BORDEN AVE |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

x Additional Properties on Continuation Page

**CROSS REFERENCE DATA**

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page ____ or File Number_____

**PARTIES**

PARTY 1:
ONE HUNTERS POINT CONDOMINIUM
5-49 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 1,166.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed       10-30-2008 10:58
City Register File No.(CRFN):
2008000423814

*Jennette M Hill*

*City Register Official Signature*

*Condo № 604*
*Block 34*
*New lots 1001-1183*
*FKA lot 12*

## DECLARATION

Establishing a Plan for Condominium Ownership
of the Premises known as
5-49 Borden Avenue
Long Island City, Queens, New York
Pursuant to Article 9-B of the Real Property
Law of the State of New York

Name:                          One Hunters Point Condominium

Sponsor:                       Borden East River Realty LLC
                               c/o Simone Development Company LLC
                               1000 Main Street
                               New Rochelle, New York 10801

Date of Declaration:          October  7  , 2008

                               Prepared by:
                               Ruskin Moscou Faltischek, P.C.
                               Attorneys at Law
                               1425 RexCorp Plaza
                               East Tower, 15th Floor
                               Uniondale, New York 11556-1425
                               (516) 663-6600

The land affected by the within instrument lies in
Block 34, Lot Number 12
Tax Map of the Borough of Queens, City of New York

::ODMA\PCDOCS\RMF_DOC\360333\5

11

HP000196

## EXHIBIT A

## DESCRIPTION OF THE LAND

ONE HUNTER'S POINT CONDOMINIUM – 5-49 BORDEN AVENUE, LONG
ISLAND CITY, NEW YORK 11101, BLOCK 34, LOTS 1001-1183, F/K/A LOT 12

ALL that certain plot, piece or parcel of land situate, lying and being in the Borough and
County of Queens, City and State of New York, more particularly described as follows:

BEGINNING on the northerly side of Borden Avenue at a point which is distant 20'
westerly from the corner formed at the intersection of the northerly side of Borden
Avenue and the westerly side of Vernon Boulevard;

RUNNING thence westerly along the northerly side of Borden Avenue, a distance of
305.75 feet to a point;

THENCE northerly on a line at right angles to the northerly side of Borden Avenue, 90
feet;

THENCE easterly along on a line at right angles to the last mentioned course, a distance
of 225.75 feet to a point;

Thence southerly on a line at right angles to the last mentioned course, a distance of 25
feet;

Thence easterly on a line at right angles to the last mentioned course, 80 feet to a point
which is distant 20 feet as measured from a right angle from the westerly side of Vernon
Boulevard;

THENCE southerly at right angles to Vernon Boulevard, 65 feet to the northerly side of
Borden Avenue, the point or place of BEGINNING.

HP000197

**EXHIBIT B**

**DESCRIPTION OF THE UNITS**

**One Hunter's Point Condominium, 5-49 Borden Avenue Long Island City, New York 11101, Block 34, Lots 1001-1183, F/K/A Lot 12**

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| A1 | 1001 | First Floor | 892 | 2 Bed/2Ba | None – 0 sq. ft. | 0.5994% | 0.6126% |
| A2 | 1002 | Second Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 0.9559% | 0.9789% |
| A3 | 1015 | Third Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 0.9732% | 0.9966% |
| A4 | 1028 | Fourth Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 0.9905% | 1.0143% |
| A5 | 1041 | Fifth Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 1.0077% | 1.0320% |
| A6 | 1054 | Sixth Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 1.0250% | 1.0496% |
| A7 | 1067 | Seventh Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 1.0423% | 1.0673% |
| A8 | 1080 | Eighth Floor | 1,168 | 2 Bed/2Ba | Balcony – 71 sq. ft. | 1.0596% | 1.0850% |
| A9 | 1093 | Ninth Floor | 1,175 | 2 Bed/2Ba | Terrace – 323 sq. ft. | 1.2669% | 1.2973% |
| A10 | 1103 | Tenth Floor | 1,175 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 1.0653% | 1.0909% |
| A11 | 1113 | Eleventh Floor | 1,175 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 1.0826% | 1.1086% |
| A12/PH | 1123 | Twelfth Floor | 1,175 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 1.0999% | 1.1263% |
| B2 | 1003 | Second Floor | 1,043 | 2 Bed/2Ba | Balcony – 118 sq. ft. Private Garden – 1,505 sq. ft. | 0.9962% | 1.0202% |
| B3 | 1016 | Third Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.7601% | 0.7784% |
| B4 | 1029 | Fourth Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.7774% | 0.7961% |
| B5 | 1042 | Fifth Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.7947% | 0.8138% |
| B6 | 1055 | Sixth Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.8063% | 0.8256% |
| B7 | 1068 | Seventh Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.8177% | 0.8374% |
| B8 | 1081 | Eighth Floor | 1,043 | 2 Bed/2Ba | Balcony – 106 sq. ft. | 0.8292% | 0.8491% |
| B9 | 1094 | Ninth Floor | 607 | 1 Bed/1Ba | Balcony – 118 sq. ft. | 0.5053% | 0.5174% |
| B10 | 1104 | Tenth Floor | 607 | 1 Bed/1Ba | Balcony – 118 sq. ft. | 0.5168% | 0.5292% |
| B11 | 1114 | Eleventh Floor | 607 | 1 Bed/1Ba | Balcony – 118 sq. ft. | 0.5283% | 0.5410% |
| B12/PH | 1124 | Twelfth Floor | 607 | 1 Bed/1Ba | Balcony – 118 sq. ft. | 0.5398% | 0.5528% |

C:\Documents and Settings\Kim\ALocal Settings\Temporary Internet Files\OLK65\#432702 v8 - Exhibit B to Condo Dec - One Hunters Point.doc

HP000198

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| C2 | 1004 | Second Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.4854% | 0.4970% |
| C3 | 1017 | Third Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.4906% | 0.5024% |
| C4 | 1030 | Fourth Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.5079% | 0.5201% |
| C5 | 1043 | Fifth Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.5252% | 0.5378% |
| C6 | 1056 | Sixth Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.5425% | 0.5555% |
| C7 | 1069 | Seventh Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.5597% | 0.5732% |
| C8 | 1082 | Eighth Floor | 692 | 1 Bed/1Ba | Balcony – 67 sq. ft. | 0.5770% | 0.5909% |
| C9 | 1095 | Ninth Floor | 957 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7529% | 0.7710% |
| C10 | 1105 | Tenth Floor | 957 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7701% | 0.7886% |
| C11 | 1115 | Eleventh Floor | 957 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7874% | 0.8063% |
| C12/PH | 1125 | Twelfth Floor | 957 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.8047% | 0.8240% |
| D2 | 1005 | Second Floor | 967 | 2 Bed/2Ba | Balcony – 135 sq. ft. Private Garden – 1,625 sq. ft. | 0.9375% | 0.9600% |
| D3 | 1018 | Third Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6953% | 0.7120% |
| D4 | 1031 | Fourth Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7068% | 0.7238% |
| D5 | 1044 | Fifth Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7183% | 0.7356% |
| D6 | 1057 | Sixth Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7298% | 0.7474% |
| D7 | 1070 | Seventh Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7414% | 0.7592% |
| D8 | 1083 | Eighth Floor | 967 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7529% | 0.7710% |
| D9 | 1096 | Ninth Floor | 1,247 | 2 Bed/2Ba | Terrace – 596 sq. ft. | 1.0676% | 1.0933% |
| D10 | 1106 | Tenth Floor | 1,247 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 1.0095% | 1.0337% |
| D11 | 1116 | Eleventh Floor | 1,247 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 1.0210% | 1.0455% |
| D12/PH | 1126 | Twelfth Floor | 1,247 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 1.0325% | 1.0573% |

HP000199

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| E2 | 1006 | Second Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7405% | 0.7583% |
| E3 | 1019 | Third Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7578% | 0.7760% |
| E4 | 1032 | Fourth Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7751% | 0.7937% |
| E5 | 1045 | Fifth Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7924% | 0.8114% |
| E6 | 1058 | Sixth Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8097% | 0.8291% |
| E7 | 1071 | Seventh Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8269% | 0.8468% |
| E8 | 1084 | Eighth Floor | 1,037 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8442% | 0.8645% |
| E9 | 1097 | Ninth Floor | 933 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7647% | 0.7831% |
| E10 | 1107 | Tenth Floor | 933 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7820% | 0.8008% |
| E11 | 1117 | Eleventh Floor | 933 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.7993% | 0.8185% |
| E12/PH | 1127 | Twelfth Floor | 933 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.8166% | 0.8362% |
| F2 | 1007 | Second Floor | 936 | 2 Bed/2Ba | Terrace – 910 sq. ft. | 0.8698% | 0.8907% |
| F3 | 1020 | Third Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6576% | 0.6734% |
| F4 | 1033 | Fourth Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6498% | 0.6654% |
| F5 | 1046 | Fifth Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6613% | 0.6772% |
| F6 | 1059 | Sixth Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6728% | 0.6890% |
| F7 | 1072 | Seventh Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6843% | 0.7008% |
| F8 | 1085 | Eighth Floor | 936 | 2 Bed/2Ba | Balcony – 137 sq. ft. | 0.6959% | 0.7126% |
| F9 | 1098 | Ninth Floor | 689 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5499% | 0.5632% |
| F10 | 1108 | Tenth Floor | 689 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5615% | 0.5749% |
| F11 | 1118 | Eleventh Floor | 689 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5730% | 0.5867% |
| F12/PH | 1128 | Twelfth Floor | 689 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5845% | 0.5985% |
| G2 | 1008 | Second Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7650% | 0.7833% |
| G3 | 1021 | Third Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.7889% | 0.8079% |
| G4 | 1034 | Fourth Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8062% | 0.8256% |
| G5 | 1047 | Fifth Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8235% | 0.8433% |
| G6 | 1060 | Sixth Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8407% | 0.8609% |
| G7 | 1073 | Seventh Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8580% | 0.8786% |

C:\Documents and Settings\Kim\Local Settings\Temporary Internet Files\OLK65\W432702_v8 - Exhibit B to Condo Doc - One Hunters Point.doc

HP000200

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| G8 | 1086 | Eighth Floor | 1,065 | 2 Bed/2Ba | Balcony – 69 sq. ft. | 0.8753% | 0.8963% |
| G9 | 1099 | Ninth Floor | 1,230 | 2 Bed/2Ba | Terrace – 596 sq. ft. | 1.1229% | 1.1499% |
| G10 | 1109 | Tenth Floor | 1,230 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 0.9958% | 1.0197% |
| G11 | 1119 | Eleventh Floor | 1,230 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 1.0130% | 1.0374% |
| G12/PH | 1129 | Twelfth Floor | 1,230 | 2 Bed/2Ba | Balcony – 68.5 sq. ft. Balcony – 68.5 sq. ft. | 1.0303% | 1.0551% |
| H2 | 1009 | Second Floor | 690 | 1 Bed/1Ba | Terrace – 820 sq. ft. | 0.6507% | 0.6663% |
| H3 | 1022 | Third Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4848% | 0.4964% |
| H4 | 1035 | Fourth Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4856% | 0.4972% |
| H5 | 1048 | Fifth Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4971% | 0.5090% |
| H6 | 1061 | Sixth Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5086% | 0.5208% |
| H7 | 1074 | Seventh Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5201% | 0.5326% |
| H8 | 1087 | Eighth Floor | 690 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5316% | 0.5444% |
| H9 | 1100 | Ninth Floor | 646 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5431% | 0.5562% |
| H10 | 1110 | Tenth Floor | 646 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5547% | 0.5680% |
| H11 | 1120 | Eleventh Floor | 646 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5662% | 0.5798% |
| H12/PH | 1130 | Twelfth Floor | 645 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5777% | 0.5916% |

HP000201

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| J2 | 1010 | Second Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5188% | 0.5313% |
| J3 | 1023 | Third Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5361% | 0.5490% |
| J4 | 1036 | Fourth Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5534% | 0.5667% |
| J5 | 1049 | Fifth Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5759% | 0.5897% |
| J6 | 1062 | Sixth Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5931% | 0.6074% |
| J7 | 1075 | Seventh Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6104% | 0.6251% |
| J8 | 1088 | Eighth Floor | 728 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6277% | 0.6428% |
| J9 | 1101 | Ninth Floor | 1,020 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 0.8141% | 0.8337% |
| J10 | 1111 | Tenth Floor | 1,020 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 0.8314% | 0.8514% |
| J11 | 1121 | Eleventh Floor | 1,020 | 2 Bed/2 Ba | Balcony – 68 sq. ft. | 0.8487% | 0.8691% |
| J12/PH | 1131 | Twelfth Floor | 1,020 | 2 Bed/2Ba | Balcony – 68 sq. ft. | 0.8660% | 0.8868% |
| K2 | 1011 | Second Floor | 661 | 1 Bed/1Ba | Terrace – 820 sq. ft. | 0.6392% | 0.6546% |
| K3 | 1024 | Third Floor | 661 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4644% | 0.4755% |
| K4 | 1037 | Fourth Floor | 661 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4674% | 0.4786% |
| K5 | 1050 | Fifth Floor | 661 | 1 Bed/1 Ba | Balcony – 68 sq. ft. | 0.4789% | 0.4904% |
| K6 | 1063 | Sixth Floor | 661 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4904% | 0.5022% |
| K7 | 1076 | Seventh Floor | 661 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5019% | 0.5140% |
| K8 | 1089 | Eighth Floor | 661 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.5134% | 0.5258% |
| K9 | 1102 | Ninth Floor | 1,220 | 3 Bed/2Ba | Terrace – 356 sq. ft. | 1.2845% | 1.3154% |
| K10 | 1112 | Tenth Floor | 1,220 | 3 Bed/2Ba | Balcony – 68 sq. ft. | 1.1117% | 1.1384% |
| K11 | 1122 | Eleventh Floor | 1,220 | 3 Bed/2Ba | Balcony – 68 sq. ft. | 1.1223% | 1.1502% |
| K12/PH | 1132 | Twelfth Floor | 1,220 | 3 Bed/2Ba | Balcony – 68 sq. ft. | 1.1344% | 1.1617% |

HP000202

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| L2 | 1012 | Second Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5816% | 0.5956% |
| L3 | 1025 | Third Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.5989% | 0.6133% |
| L4 | 1038 | Fourth Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6162% | 0.6310% |
| L5 | 1051 | Fifth Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6334% | 0.6487% |
| L6 | 1064 | Sixth Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6507% | 0.6663% |
| L7 | 1077 | Seventh Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6680% | 0.6840% |
| L8 | 1090 | Eighth Floor | 782 | 1 Bed/1Ba | Balcony – 69 sq. ft. | 0.6853% | 0.7017% |
| M2 | 1013 | Second Floor | 1,173 | 2 Bed/2Ba | Terrace – 415 sq. ft. Balcony – 74 sq. ft. | 0.9041% | 0.9258% |
| M3 | 1026 | Third Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.8532% | 0.8737% |
| M4 | 1039 | Fourth Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.8705% | 0.8914% |
| M5 | 1052 | Fifth Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.8877% | 0.9091% |
| M6 | 1065 | Sixth Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.9050% | 0.9268% |
| M7 | 1078 | Seventh Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.9223% | 0.9444% |
| M8 | 1091 | Eighth Floor | 1,173 | 2 Bed/2Ba | Balcony – 74 sq. ft. | 0.9396% | 0.9621% |
| N2 | 1014 | Second Floor | 608 | 1 Bed/1Ba | Terrace – 745 sq. ft. | 0.6507% | 0.6663% |
| N3 | 1027 | Third Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4274% | 0.4377% |
| N4 | 1040 | Fourth Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4389% | 0.4495% |
| N5 | 1053 | Fifth Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4504% | 0.4613% |
| N6 | 1066 | Sixth Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4620% | 0.4730% |
| N7 | 1079 | Seventh Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4735% | 0.4848% |
| N8 | 1092 | Eighth Floor | 608 | 1 Bed/1Ba | Balcony – 68 sq. ft. | 0.4850% | 0.4966% |
| Residential Unit Total | | | | | | | 100.0000% |

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/Garage Common Interest |
|---|---|---|---|---|---|---|---|
| R1 | 1133 | Roof | 216 | N/A | N/A | 0.0265% | 2.5089% |
| R2 | 1134 | Roof | 216 | N/A | N/A | 0.0265% | 2.5089% |
| R3 | 1135 | Roof | 216 | N/A | N/A | 0.0265% | 2.5089% |
| R4 | 1136 | Roof | 225 | N/A | N/A | 0.0311% | 2.9452% |
| R5 | 1137 | Roof | 289 | N/A | N/A | 0.0346% | 3.2723% |
| R6 | 1138 | Roof | 287 | N/A | N/A | 0.0484% | 4.5814% |
| R7 | 1139 | Roof | 218 | N/A | N/A | 0.0399% | 3.7797% |
| R8 | 1140 | Roof | 218 | N/A | N/A | 0.0399% | 3.7797% |
| R9 | 1141 | Roof | 218 | N/A | N/A | 0.0399% | 3.7797% |
| R10 | 1142 | Roof | 357 | N/A | N/A | 0.0508% | 4.8105% |
| R11 | 1143 | Roof | 331 | N/A | N/A | 0.0490% | 4.6387% |
| R12 | 1144 | Roof | 269 | N/A | N/A | 0.0453% | 4.2951% |
| R13 | 1145 | Roof | 245 | N/A | N/A | 0.0447% | 4.2378% |
| R14 | 1146 | Roof | 221 | N/A | N/A | 0.0423% | 4.0087% |
| R15 | 1147 | Roof | 185 | N/A | N/A | 0.0387% | 3.6651% |
| R16 | 1148 | Roof | 246 | N/A | N/A | 0.0447% | 4.2378% |
| R17 | 1149 | Roof | 246 | N/A | N/A | 0.0447% | 4.2378% |
| R18 | 1150 | Roof | 292 | N/A | N/A | 0.0605% | 5.7268% |
| R19 | 1151 | Roof | 230 | N/A | N/A | 0.0484% | 4.5814% |
| R20 | 1152 | Roof | 230 | N/A | N/A | 0.0484% | 4.5814% |
| R21 | 1153 | Roof | 301 | N/A | N/A | 0.0580% | 5.4977% |
| R22 | 1154 | Roof | 218 | N/A | N/A | 0.0334% | 3.1633% |
| R23 | 1155 | Roof | 218 | N/A | N/A | 0.0334% | 3.1633% |
| R24 | 1156 | Roof | 218 | N/A | N/A | 0.0334% | 3.1633% |
| R25 | 1157 | Roof | 218 | N/A | N/A | 0.0334% | 3.1633% |
| R26 | 1158 | Roof | 218 | N/A | N/A | 0.0334% | 3.1633% |
| **Roof Unit Total** | | | | | | | 100.0000% |

C:\Documents and Settings\KmA\Local Settings\Temporary Internet Files\OLK65#4337002.v8 - Exhibit B to Condo Doc - One Hunters Point.doc

HP000204

| Unit | Tax Lot No. | Location | Approx. Area in Sq. Ft. | Type | Limited Residential Common Elements to Which Unit has Immediate Access | Percentage Interest in General Common Interest | Percentage Residential/Roof/ Garage Common Interest |
|---|---|---|---|---|---|---|---|
| GA1 | 1159 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA2 | 1160 | 1st Floor | 156 | N/A | N/A | 0.0518% | 4.0179% |
| GA3 | 1161 | 1st Floor | 171 | N/A | N/A | 0.0518% | 4.0179% |
| GA4 | 1162 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA5 | 1163 | 1st Floor | 171 | N/A | N/A | 0.0518% | 4.0179% |
| GA6 | 1164 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA7 | 1165 | 1st Floor | 156 | N/A | N/A | 0.0518% | 4.0179% |
| GA8 | 1166 | 1st Floor | 179 | N/A | N/A | 0.0518% | 4.0179% |
| GA9 | 1167 | 1st Floor | 179 | N/A | N/A | 0.0518% | 4.0179% |
| GA10 | 1168 | 1st Floor | 170 | N/A | N/A | 0.0518% | 4.0179% |
| GA11 | 1169 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA12 | 1170 | 1st Floor | 170 | N/A | N/A | 0.0518% | 4.0179% |
| GA13 | 1171 | 1st Floor | 170 | N/A | N/A | 0.0518% | 4.0179% |
| GA14 | 1172 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA15 | 1173 | 1st Floor | 156 | N/A | N/A | 0.0518% | 4.0179% |
| GA16 | 1174 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA17 | 1175 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA18 | 1176 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA19 | 1177 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA20 | 1178 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA21 | 1179 | 1st Floor | 144 | N/A | N/A | 0.0461% | 3.5704% |
| GA22 | 1180 | 1st Floor | 158 | N/A | N/A | 0.0518% | 4.0179% |
| GA23 | 1181 | 1st Floor | 184 | N/A | N/A | 0.0518% | 4.0179% |
| GA24 | 1182 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| GA25 | 1183 | 1st Floor | 153 | N/A | N/A | 0.0518% | 4.0179% |
| **Garage Unit Total** | | | | | | | |
| **General Common Interest Total** | | | | | | 100.0000% | 100.0000% |

HP000205

Ex C

HP000206

Developer's Affirmation

Name of Subdivisions: One Hunters Point Condominium and Hunters View Condominium

Location (Including County and State): Long Island City, Queens New York

Developer: Borden East River Realty LLC and 11/49 Realty LLC

Address of Developer: c/o Simone Development Company LLC, 1000 Main Street, New Rochelle, New York, 10801

Name of Agent: D'Agostino, Levine & Landesman, L.L.P.

Address of Agent: 345 7th Avenue, 23rd Floor, NY, NY 10001

Number of Lots in Subdivision: 98 Lots

Number of Acres in Subdivision: _Hunters View Condominium = .319 acres and_
_One Hunters Point Condominium = .615 acres_

     I affirm that I am the developer or owner of the property described above or will be the developer or owner of at the time the lots are offered for sale to the public, or that I am the agent authorized by the developer or owner to complete this statement.

     I further affirm that the statements contained in all documents submitted with the request for an Advisory Opinion are true and complete.

April 14, 2009

                                 Joseph Simone, as manager of Simone Borden
                                 LLC, the manager of Borden East River
                                 Realty LLC and manager of 11/49 Realty LLC

     WARNING: Section 1418 of the Housing and Urban Development Act of 1968 (83 Stat. 598, 15 U.S.C. 1717 as amended) provides: "Any person who willfully violates any of the provisions of this title or the rules and regulations prescribed pursuant thereto * * *, shall upon conviction be fined not more than $10,000.00 or imprisoned not more than five years, or both."

[45 FR 40479, June 13, 1980, as amended at 49 FR 31370, 31373, Aug. 6 1984]

G:\D'Agostino\Simone Development\Developer's Affirmation.wpd

HP000207

# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*
345 Seventh Avenue • 23rd Floor
New York, New York 10001

212-564-9800
Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA♦
JOSE M. RIVERA*
GEORGE TZIMOPOULOS♦

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JARED P. TURMAN*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
♦ ALSO ADMITTED IN CT
● ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jrivera@dagll.com

April 16, 2009

**Via Federal Express (202) 708-0502 x. 3006**
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

> Re:  ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"), 11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred to as the "Developers")and Simone Development Company L.L.C., One Hunters Point Condominium ("Hunters Point"); I-09-096, Hunters View Condominium, ("Hunters View") I-09-97 (collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

Pursuant to our telephone conversation of Wednesday April 15 and your email correspondence to me of Thursday April 16 enclosed herewith please find a Chase cashier's check No. 9802101975, dated April 16, 2009, in the amount of five hundred dollars ($500.00) made payable to the Treasurer of the United States and representing the additional requisite Advisory Opinion non refundable filing fee in accordance with 24 CRF 1710.17 (b)(1)and 1710.35(c) for Hunters Point.

We hereby respectfully request that the Advisory Opinions for the Projects be processed as expeditiously as possible.

HP000208

Mr. William Thomas
April 16, 2009

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
Jose M. Rivera



HP000210

From:   Origin ID: TSSA   (212) 564-9800
Jose M. Rivera, Esq.
DAgostino, Levine & Landesman, LLP
345 7th Avenue
23rd Floor
New York, NY 10001



Ship Date: 16APR09
ActWgt: 1.0 LB
CAD: 1436481/INET9011
Account#: S **********

Delivery Address Bar Code

SHIP TO:   (202) 708-0502   X 3006   BILL SENDER
**Mr. William Thomas**
**U.S. Dept. of Housing and Urban Dev**
**451 7TH ST SW RM 9154**
**OFFICE OF RESPA AND INTERSTATE LAND**
**WASHINGTON, DC 20410**

Ref #    Simone 3
Invoice #
PO #
Dept #



TRK#   7965 2506 2376
0201

FRI - 17APR        A1
**PRIORITY OVERNIGHT**
ASR

**ZD WASA**

20410
DC-US
DCA

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



https://www.fedex.com/shipping/html/en//PrintIFrame.html

HP000211
4/16/2009

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Tuesday, April 21, 2009 2:32 PM
**To:** Jose Rivera
**Subject:** E-mail from 4-20-09

Did you receive my e-mail from yesterday 4-20-09? If so, please confirm receipt.

Please note that 24 CFR 1701.4(d) should actual be *24 CFR 1710.4(d)*

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000212

7/27/2009