# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*
345 Seventh Avenue • 23rd Floor
New York, New York 10001

212-564-9800
Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA♦
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

\* ALSO ADMITTED IN NJ
• ALSO ADMITTED IN CT
♦ ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

April 23, 2009

<u>**Via Federal Express (202) 708-0502 x. 3006**</u>
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re:  ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"), 11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred to as the "Developers")and Simone Development Company L.L.C., One Hunters Point Condominium ("Hunters Point"); I-09-096; I-09-131: and I-09-133, Hunters View Condominium, ("Hunters View") **I-09-97** (collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

As requested, this is our opinion regarding whether a residential condominium unit may be legally occupied in the City of New York upon the issuance of a temporary certificate of occupancy ("T C of O") but prior to the issuance of a permanent certificate of occupancy in the referenced Projects.

In connection with rendering this opinion we have reviewed the T C of O's issued by the New York City Department of Buildings for the Projects. Copies of said T C of O's are annexed herewith as Exhibits A and B. Our opinion is based upon the factual determinations made by NDG Architects, P.C. in its letter Dated April 10, 2009 a copy of which is annexed hereto as Exhibit C. We have made no independent investigation of the truth or accuracy of the factual determinations of NDG Architects, P. C.

G:\Tzimopoulos\Simone\HUD T C of OHabitability opinion (3).doc

HP000227

Mr. William Thomas
April 23, 2009

Based upon our review of the foregoing and applicable laws of the State and City of New York as of the date of this letter, we can state that a residential condominium unit may be legally occupied and is physically habitable at the Projects upon the issuance by the New York City Department of Buildings of a T C of O for said unit.

This opinion is solely for your use and may not be relied on by anyone other than the U.S. Department of Housing and Urban Development without our express permission.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
John D'Agostino

G:\Tzimopoulos\Simone\HUD T C of OHabitability opinion (3).doc

HP000228

**EXHIBIT "A"**

HP000229


**Buildings**

*Certificate of Occupancy*

Page 1 of 2

CO Number:   402115661T002

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. This document or a copy shall be available for inspection at the building at all reasonable times.

**A.**
| | |
|---|---|
| Borough: Queens | Block Number: 00034 |
| Address: 5-49 BORDEN AVE | Lot Number(s): 12 |
| Building Identification Number (BIN): 4860183 | |
| | Building Type: New |

Certificate Type: Temporary
Effective Date: 04/08/2009
Expiration Date: 06/07/2009

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
Construction classification:   1-C   (1968 Code)
Building Occupancy Group classification: J2   (1968 Code)
Multiple Dwelling Law Classification:   HACA

No. of stories: 12     Height in feet: 123     No. of dwelling units: 138

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 25 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:   None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000230



**Buildings**

## *Certificate of Occupancy*

Page 2 of 2

CO Number:        402115661T002

### Permissible Use and Occupancy

All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1933 Building Code occupancy group designations.

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 002  008 | 40 | | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009  012 | 40 | | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| | | | | | | |
| | | | END OF SECTION | | | |

Borough Commissioner

***END OF DOCUMENT***

Commissioner

402115661/002  4/8/2009 1:41:53 PM

HP000231


**Buildings**

*Certificate of Occupancy*

**CO Number:** 402115661T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| | | |
|---|---|---|
| **A.** Borough: Queens<br>Address: 5-49 BORDEN AVE<br>Building Identification Number (BIN): 4860183 | Block Number: 00034<br>Lot Number(s): 12<br><br>Building Type: New | Certificate Type: Temporary<br>Effective Date: 02/17/2009<br>Expiration Date: 04/18/2009 |

*For zoning lot metes & bounds, please see BISWeb.*

**B.** 
Construction classification: 1-C (1968 Code)

Building Occupancy Group classification: J2 (1968 Code)

Multiple Dwelling Law Classification: HACA

No. of stories: 12    Height in feet: 123    No. of dwelling units: 138

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

**Outstanding requirements for obtaining Final Certificate of Occupancy:**
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:**
THIS TEMP CERTIFICATE OF OCCUPANY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR.

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000232



**Buildings**

*Certificate of Occupancy*

CO Number:    402115661T001

| | | | | | | |
|---|---|---|---|---|---|---|
| **Permissible Use and Occupancy** | | | | | | |
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | OG | B-2 | | 2 | 25 ACCESSORY PARKING SPACES |
| 002  008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009  012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| | | | | END OF SECTION | | |

2 13
Y/104
144.

Borough Commissioner

**END OF DOCUMENT**

Commissioner

402115661/001  2/17/2009 9:05:38 AM

HP000233

EXHIBIT "B"

HP000234



# *Certificate of Occupancy*

**CO Number:**      **402437065T001**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | Borough: Queens | Block Number: 00061 | Certificate Type: Temporary |
|---|---|---|---|
| | Address: 48-15 11 STREET | Lot Number(s): 80 | Effective Date: 03/12/2009 |
| | Building Identification Number (BIN): 4862699 | | Expiration Date: 06/10/2009 |
| | | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**  Construction classification:      1-D      (1968 Code)

Building Occupancy Group classification: J2      (1968 Code)

Multiple Dwelling Law Classification:      HAEA

No. of stories: 12      Height in feet: 125      No. of dwelling units: 72

**C.**  Fire Protection Equipment:
None associated with this filing.

**D.**  Type and number of open spaces:
Parking spaces (37), Parking (14403 square feet)

**E.**  This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments: None

Borough Commissioner            Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000235



**Buildings**

## *Certificate of Occupancy*

CO Number:      402437065T001

| Permissible Use and Occupancy | | | | | |
|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE, |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner          Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000236


**Buildings**

*Certificate of Occupancy*

Page 3 of 3

CO Number:  402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS |
| END OF SECTION | | | | | | |

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402437065/001  3/12/2009 10:10:37 AM

HP000237

EXHIBIT "C"

HP000238



A R C H I T E C T U R E   •   U R B A N   P L A N N I N G   •   E N G I N E E R I N G

April 10, 2009

Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

         Re:    ILS 32438 and 32439, Borden East River Realty
                   LLC, 11/49 Realty LLC, and Simone Development
                   Company, L.L.C., One Hunters Point
                   Condominium, I-09-096; Hunters View
                   Condominium, I-09-07

Dear Mr. Thomas:

    My firm, NDG Architect, P.C., was retained and continues to represent Borden East River Realty LLC ("Borden"), the developer and sponsor of a twelve story high rise condominium project located at 5-49 Borden Avenue, Long Island City, Queens, New York (the "Hunters Point Project") and 11/49 Realty LLC ("11/49"), the developer of a twelve story high rise condominium project located at 48-15 11th Street, Long Island City, Queens, New York (the "Hunters View Project").

    On February 17, 2009, a temporary certificate of occupancy ("TCO") was issued for the Hunters Point Project, a copy of which is attached hereto as Exhibit 1. Also attached hereto as Exhibit 2 is a copy of the current renewal of that TCO issued on April 8, 2009. As set forth on the renewal TCO there are twenty-five (25) outstanding requirements for the issuance of the permanent certificate of occupancy ("PCO") for the Hunters Point Project (see attached Exhibit 3).

    On March 12, 2009, a TCO was issued for the Hunters View Project, a copy of which is attached hereto as Exhibit 4. As set forth on this TCO, there are twenty-four (24) outstanding requirements for the issuance of the PCO for the Hunters View Project (see attached Exhibit 5).

HP000239



Mr. William Thomas
Premises:        One Hunters Point Condominium, I-09-096
                 Hunters View Condominium, I-09-97
April 10, 2009
Page 2


Pursuant to the Zoning Resolution of the City of New York, as amended, and the applicable Building Codes of the State and City of New York, all of the Units listed on the TCO for each Project are physically habitable and may legally be occupied for private residential use which is the intended use. None of the listed outstanding requirements for each Project prevent this occupancy and none of them effect the safety of either project for occupancy. In New York City, occupancy of a new residential building typically occurs pursuant to a TCO with the PCO obtained after the building is occupied. The existence of such outstanding requirements prior to obtaining a PCO are not unusual for this type of construction in the City of New York.

As the architects for the Projects, we hereby represent that Borden and 11/49 are presently addressing all outstanding requirements for the issuance of the PCO of each Project. Furthermore, the escrowed amounts set forth in the attached certifications of our firm issued on March 5th and 19th, 2009 respectively (see Exhibit 6) are more than sufficient to secure the issuance of each PCO.

Very truly yours,

NDG Architects, P.C.

By: _____
      Mitchell D. Newman, A.I.A., President

cc:      Borden East River Realty LLC
         11/49 Realty LLC
         D'Agostino, Levine & Landesman, LLP

HP000240

EXHIBIT "1"

HP000241



**Certificate of Occupancy**

Page 1 of 2

CO Number:     402115661T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified.  No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued.   *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | Borough: Queens | Block Number: 00034 | Certificate Type: Temporary |
|---|---|---|---|
| | Address: 5-49 BORDEN AVE | Lot Number(s): 12 | Effective Date: 02/17/2009 |
| | Building Identification Number (BIN): 4860183 | | Expiration Date: 04/18/2009 |
| | | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

| B. | Construction classification: | 1-C | (1968 Code) |
|---|---|---|---|
| | Building Occupancy Group classification: J2 | | (1968 Code) |
| | Multiple Dwelling Law Classification: | HACA | |

| No. of stories:  12 | Height in feet:   123 | No. of dwelling units:  138 |
|---|---|---|

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:

There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:

THIS TEMP CERTIFICATE OF OCCUPANY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR,

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000242


**Buildings**

*Certificate of Occupancy*

Page 2 of 2

CO Number:     402115661T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | OG | B-2 | | 2 | 25 ACCESSORY PARKING SPACES |
| 002 008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| END OF SECTION | | | | | | |

Borough Commissioner

Commissioner

*END OF DOCUMENT*

402115661/001  2/17/2009 9:05:38 AM

HP000243

EXHIBIT "2"

HP000244



**Buildings**

*Certificate of Occupancy*

Page 1 of 2

**CO Number:**    **402115661T002**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | | | | |
|---|---|---|---|---|
| **Borough:** | Queens | **Block Number:** | 00034 | **Certificate Type:** Temporary |
| **Address:** | 5-49 BORDEN AVE | **Lot Number(s):** | 12 | **Effective Date:** 04/08/2009 |
| **Building Identification Number (BIN):** | 4860183 | | | **Expiration Date:** 06/07/2009 |
| | | **Building Type:** | New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**
Construction classification:                1-C                (1968 Code)

Building Occupancy Group classification: J2                (1968 Code)

Multiple Dwelling Law Classification:      HACA

No. of stories:  12          Height in feet:  123          No. of dwelling units:  138

**C.**
Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.**
Type and number of open spaces:
None associated with this filing.

**E.**
This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:

There are 25 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:   None

Borough Commissioner                                    Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000245


**Buildings**

*Certificate of Occupancy*

Page 2 of 2

CO Number:          402115661T002

### Permissible Use and Occupancy

All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations.

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 002  008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009  012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |

**END OF SECTION**

Borough Commissioner

Commissioner

**END OF DOCUMENT**

402115661/002  4/8/2009 1:41:53 PM

HP000246

EXHIBIT "3"

HP000247

B-SCAN List of Required Items

**NWC Buildings**

**NYC.gov**
**always open**

☒ Click HERE to SIGN UP FOR BUILDINGS News

**NYC Department of Buildings**

**B-SCAN List of Required Items**

Premises: 5-49 BORDEN AVENUE QUEENS
BIN: 4060183   Block: 34   Lot: 1

Job No: 402115661
Job Type: NB - NEW BUILDING

25 OPEN ITEMS OF 81 REQUIRED FOR JOB

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE W CERTIFIED V |
|---|---|---|---|---|---|
| ADDRESS: NEW HOUSE NUMBER APPROVED | N | SGN | 04/20/2005 | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 04/20/2005 | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 04/20/2005 | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 04/20/2005 | | |
| ELEVATOR JOB SIGNOFF | N | SGN | 04/20/2005 | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 04/20/2005 | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 04/20/2005 | | |
| EQUIPMENT USE PERMITS | N | SGN | 04/20/2005 | | |
| SITE SURVEY: FINAL | N | SGN | 04/20/2005 | | |
| BOILER (BL) SIGNOFF | N | SGN | 04/20/2005 | | |
| BPP: FINAL SIGNOFF | N | SGN | 04/20/2005 | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 04/20/2005 | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 04/20/2005 | | |
| FINAL ELEVATOR SIGNOFF | N | SGN | 04/20/2005 | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 04/20/2005 | | |
| FINAL CONST. SIGNOFF | N | SGN | 04/20/2005 | | |
| VERIFY TAX LOT | N | SGN | 04/20/2005 | | |
| CO OBJ: VERIFY ADDRESS-TOPO STAMP | N | SGN | 04/20/2005 | | |
| VIOLATIONS SEARCH | N | SGN | 04/20/2005 | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 04/20/2005 | | |
| FOLDER REVIEW | N | SGN | 04/20/2005 | | |
| ELECTRICAL OBJ: OPEN APPLICATIONS | N | SGN | 09/15/2008 | | |
| ELEVATOR OBJ: OPEN ELV APP | N | SGN | 10/27/2008 | | |
| 3'-6" FENCE IN CITY WIDENING STREET, OBTAIN REVOKABLE CONSENT | T | SGN | 01/23/2009 | | |

HP000248

B-SCAN List of Required Items

FROM D.O.T.
TCO NOT ISSUED AS STATED ABOVE                                    N   SGN 04/08/2009

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
        Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:              Which Items Should Be Displayed?

☑ Approval                                    ○ All Items

☑ Permit                                      ◉ Open Items Only

☑ Signoff                                     [ Redisplay ]  [ Reset ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
                                          YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?rqidpriortoa=on&rqidpriortop=on&rqiditemstatus=open&rqidpr...   4/8/2009

HP000249

EXHIBIT "4"

HP000250



Buildings

*Certificate of Occupancy*

Page 1 of 3

**CO Number:** 402437065T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

| A. | Borough: Queens | Block Number: 00061 | Certificate Type: Temporary |
|---|---|---|---|
| | Address: 48-15 11 STREET | Lot Number(s): 80 | Effective Date: 03/12/2009 |
| | Building Identification Number (BIN): 4862699 | | Expiration Date: 06/10/2009 |
| | | Building Type: New | |

*For zoning lot metes & bounds, please see BISWeb.*

| B. | Construction classification: | 1-D | (1968 Code) |
|---|---|---|---|
| | Building Occupancy Group classification: | J2 | (1968 Code) |
| | Multiple Dwelling Law Classification: | HAEA | |
| | No. of stories: 12 | Height in feet: 125 | No. of dwelling units: 72 |

| C. | Fire Protection Equipment: |
|---|---|
| | None associated with this filing. |

| D. | Type and number of open spaces: |
|---|---|
| | Parking spaces (37), Parking (14403 square feet) |

| E. | This Certificate is issued with the following legal limitations: |
|---|---|
| | None |

**Outstanding requirements for obtaining Final Certificate of Occupancy:**
There are 24 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:** None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000251



**Buildings**

## *Certificate of Occupancy*

CO Number:     402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE, |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner                                    Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000252


**Buildings**

Page 3 of 3

*Certificate of Occupancy*

CO Number:   402437065T001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Permissible Use and Occupancy | | | | | | | |
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use | |
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS | |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. | |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. | |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. | |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. | |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. | |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS | |
| END OF SECTION | | | | | | | |

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402437065/001  3/12/2009 10:10:37 AM

HP000253

EXHIBIT "5"

HP000254

B-SCAN List of Required Items

nyc
.gov
always open

NYC Department of Buildings
B-SCAN List of Required Items

Buildings

Premises: 48-15 11 STREET QUEENS
BIN: 4862699   Block: 61   Lot: 80

Job No: 402487065
Job Type: NB - NEW BUILDING

☑ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

24 OPEN ITEMS OF 66 REQUIRED FOR JOB

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED W V |
|---|---|---|---|---|---|
| * DEMOLITION (DM) JOB SIGNOFF | N | PER | 08/21/2006 | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 08/21/2006 | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 08/21/2006 | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 08/21/2006 | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 08/21/2006 | | |
| DETECTOR:SMOKE-CERT. OF INSTALLATION | N | SGN | 08/21/2006 | | |
| SITE SURVEY: FINAL | N | SGN | 08/21/2006 | | |
| PLUMBING (PL) SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER (BL) SIGNOFF | N | SGN | 08/21/2006 | | |
| CONSTRUCTION (OT) SIGNOFF | N | SGN | 08/21/2006 | | |
| BPP: FINAL SIGNOFF | N | SGN | 08/21/2006 | | |
| DEMOLITION (DM) JOB SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER APPROVAL: 900A | T | SGN | 08/21/2006 | | |
| DETECTOR:CARBON MONOXIDE-CERT.OF INSTALL | N | SGN | 08/21/2006 | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 08/21/2006 | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL CONST. SIGNOFF | N | SGN | 08/21/2006 | | |
| VERIFY TAX LOT | N | SGN | 08/21/2006 | | |
| VIOLATIONS SEARCH | N | SGN | 08/21/2006 | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 08/21/2006 | | |
| FOLDER REVIEW | N | SGN | 08/21/2006 | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 12/06/2006 | | |
| CURB CUT # REQUIRED | N | SGN | 12/01/2008 | | |

HP000255

B-SCAN List of Required Items

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner

Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:     Which Items Should Be Displayed?

☑ Approval                            ◯ All Items

☑ Permit                              ◉ Open Items Only

☑ Signoff                             [Redisplay]  [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?requestid=4&rqidpriortoa=on&rqidpriortop=on&rqidpriortos=o...   4/8/2009

HP000256

**EXHIBIT "6"**

HP000257