

ARCHITECTURE · URBAN PLANNING · ENGINEERING

April 10, 2009

Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

        Re:    ILS 32438 and 32439, Borden East River Realty
                 LLC, 11/49 Realty LLC, and Simone Development
                 Company, L.L.C., One Hunters Point
                 Condominium, I-09-096; Hunters View
                 Condominium, I-09-07

Dear Mr. Thomas:

     My firm, NDG Architect, P.C., was retained and continues to represent Borden East River Realty LLC ("Borden"), the developer and sponsor of a twelve story high rise condominium project located at 5-49 Borden Avenue, Long Island City, Queens, New York (the "Hunters Point Project") and 11/49 Realty LLC ("11/49"), the developer of a twelve story high rise condominium project located at 48-15 11th Street, Long Island City, Queens, New York (the "Hunters View Project").

     On February 17, 2009, a temporary certificate of occupancy ("TCO") was issued for the Hunters Point Project, a copy of which is attached hereto as Exhibit 1. Also attached hereto as Exhibit 2 is a copy of the current renewal of that TCO issued on April 8, 2009. As set forth on the renewal TCO there are twenty-five (25) outstanding requirements for the issuance of the permanent certificate of occupancy ("PCO") for the Hunters Point Project (see attached Exhibit 3).

     On March 12, 2009, a TCO was issued for the Hunters View Project, a copy of which is attached hereto as Exhibit 4. As set forth on this TCO, there are twenty-four (24) outstanding requirements for the issuance of the PCO for the Hunters View Project (see attached Exhibit 5).

HP000279



Mr. William Thomas
Premises:     One Hunters Point Condominium, I-09-096
              Hunters View Condominium, I-09-97
April 10, 2009
Page 2


Pursuant to the Zoning Resolution of the City of New York, as amended, and the applicable Building Codes of the State and City of New York, all of the Units listed on the TCO for each Project are physically habitable and may legally be occupied for private residential use which is the intended use. None of the listed outstanding requirements for each Project prevent this occupancy and none of them effect the safety of either project for occupancy. In New York City, occupancy of a new residential building typically occurs pursuant to a TCO with the PCO obtained after the building is occupied. The existence of such outstanding requirements prior to obtaining a PCO are not unusual for this type of construction in the City of New York.

As the architects for the Projects, we hereby represent that Borden and 11/49 are presently addressing all outstanding requirements for the issuance of the PCO of each Project. Furthermore, the escrowed amounts set forth in the attached certifications of our firm issued on March 5th and 19th, 2009 respectively (see Exhibit 6) are more than sufficient to secure the issuance of each PCO.

Very truly yours,

NDG Architects, P.C.

By: _____
    Mitchell D. Newman, A.I.A., President

cc:    Borden East River Realty LLC
       11/49 Realty LLC
       D'Agostino, Levine & Landesman, LLP

**EXHIBIT "1"**

HP000281



**Buildings**

*Certificate of Occupancy*

Page 1 of 2

CO Number:     **402115661T001**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued.   *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | |
|---|---|
| Borough:   Queens | |
| Address:   5-49 BORDEN AVE | |
| Building Identification Number (BIN):   4860183 | |

| | |
|---|---|
| Block Number:   00034 | Certificate Type:   Temporary |
| Lot Number(s):   12 | Effective Date:   02/17/2009 |
| | Expiration Date:   04/18/2009 |
| Building Type:   New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification:     1-C                    (1968 Code)

Building Occupancy Group classification: J2        (1968 Code)

Multiple Dwelling Law Classification:     HACA

No. of stories:   12          Height in feet:   123          No. of dwelling units:   138

**C.**   Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.**   Type and number of open spaces:
None associated with this filing.

**E.**   This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:

There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:

THIS TEMP CERTIFICATE OF OCCUPANCY IS FOR FLOORS 1-11 AND ROOF ONLY, EXCLUDING THE ENTIRE 12TH FLOOR.

Borough Commissioner                          Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000282


**Buildings**

*Certificate of Occupancy*

**CO Number:**        402115661T001

| | | | | | | |
|---|---|---|---|---|---|---|
| **Permissible Use and Occupancy** | | | | | | |
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| 001 | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | 8 | OG | F-3 | | 2 | GYM |
| 001 | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 001 | | OG | B-2 | | 2 | 25 ACCESSORY PARKING SPACES |
| 002 008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| | | | **END OF SECTION** | | | |

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402115661/001  2/17/2009 9:05:38 AM

HP000283

EXHIBIT "2"

HP000284


**Buildings**

*Certificate of Occupancy*

Page 1 of 2

**CO Number:** 402115661T002

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| **Borough:** Queens | **Block Number:** 00034 | **Certificate Type:** Temporary |
| **Address:** 5-49 BORDEN AVE | **Lot Number(s):** 12 | **Effective Date:** 04/08/2009 |
| **Building Identification Number (BIN):** 4860183 | | **Expiration Date:** 06/07/2009 |
| | **Building Type:** New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

| | | |
|---|---|---|
| Construction classification: | 1-C | (1968 Code) |
| Building Occupancy Group classification: | J2 | (1968 Code) |
| Multiple Dwelling Law Classification: | HACA | |

| | | |
|---|---|---|
| No. of stories: 12 | Height in feet: 123 | No. of dwelling units: 138 |

**C.** Fire Protection Equipment:
Standpipe system, Fire alarm system, Sprinkler system

**D.** Type and number of open spaces:
None associated with this filing.

**E.** This Certificate is issued with the following legal limitations:
None

Outstanding requirements for obtaining Final Certificate of Occupancy:
There are 25 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments: None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*



### Certificate of Occupancy

**CO Number:**   402115661T002

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |

| Floor From To | | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming. Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|---|
| 001 | | 8 | OG | B-2 | | 2 | STORAGE REFUSE ROOMS |
| 001 | | 14 | OG | D-2 | | 2 | MECHANICAL ROOMS |
| 001 | | 12 | OG | J-2 | | 2 | LOBBY, LOUNGE |
| 001 | | 8 | OG | F-3 | | 2 | GYM |
| 001 | | | OG | J-2 | 1 | 2 | ONE (1) APARTMENT |
| 002 | 008 | | 40 | J-2 | 13 | 2 | THIRTEEN (13) APARTMENTS ON EACH FLOOR |
| 009 | 012 | | 40 | J-2 | 10 | 2 | TEN (10) APARTMENTS ON EACH FLOOR |
| ROF | | | 100 | J-2 | | 2 | TENANT RECREATION AREA (26 CABANAS) |
| | | | | | | | |

| END OF SECTION |
|---|

Borough Commissioner

*END OF DOCUMENT*

Commissioner

402115661/002  4/8/2009 1:41:53 PM

HP000286

EXHIBIT "3"

HP000287

B-SCAN List of Required Items

**NYC Department of Buildings**

**B-SCAN List of Required Items**

Premises: 5-49 BORDEN AVENUE QUEENS
BIN: 4060183  Block: 34  Lot: 1

Job No: 402115661
Job Type: NB - NEW BUILDING

25 OPEN ITEMS OF 91 REQUIRED FOR JOB

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED | W/V |
|---|---|---|---|---|---|---|
| ADDRESS: NEW HOUSE NUMBER APPROVED | N | | SGN 04/20/2005 | | | |
| CERTIFICATE OF OCCUPANCY | N | | SGN 04/20/2005 | | | |
| SPRINKLER (SP) SIGNOFF | N | | SGN 04/20/2005 | | | |
| STANDPIPE (SD) SIGNOFF | N | | SGN 04/20/2005 | | | |
| ELEVATOR JOB SIGNOFF | N | | SGN 04/20/2005 | | | |
| MECHANICAL (MH) SIGNOFF | N | | SGN 04/20/2005 | | | |
| CURB CUT (CC) SIGNOFF | N | | SGN 04/20/2005 | | | |
| EQUIPMENT USE PERMITS | N | | SGN 04/20/2005 | | | |
| SITE SURVEY: FINAL | N | | SGN 04/20/2005 | | | |
| BOILER (BL) SIGNOFF | N | | SGN 04/20/2005 | | | |
| BPP: FINAL SIGNOFF | N | | SGN 04/20/2005 | | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | | SGN 04/20/2005 | | | |
| FINAL PLUMBING SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL ELEVATOR SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL ELECTRICAL SIGNOFF | N | | SGN 04/20/2005 | | | |
| FINAL CONST. SIGNOFF | N | | SGN 04/20/2005 | | | |
| VERIFY TAX LOT | N | | SGN 04/20/2005 | | | |
| CO OBJ.: VERIFY ADDRESS-TOPO STAMP | N | | SGN 04/20/2005 | | | |
| VIOLATIONS SEARCH | N | | SGN 04/20/2005 | | | |
| OPEN APPLICATIONS SEARCH | N | | SGN 04/20/2005 | | | |
| FOLDER REVIEW | N | | SGN 04/20/2005 | | | |
| ELECTRICAL OBJ.: OPEN APPLICATIONS | N | | SGN 09/15/2008 | | | |
| ELEVATOR OBJ.: OPEN ELV APP | N | | SGN 10/27/2008 | | | |
| 3'-6" FENCE IN CITY WIDENING STREET, OBTAIN REVOCABLE CONSENT | T | | SGN 01/23/2009 | | | |

HP000288

Page 2 of 2

B-SCAN List of Required Items

FROM D.O.T.
TCO NOT ISSUED AS STATED ABOVE                               N   SGN 04/08/2009

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:            Which Items Should Be Displayed?

☑ Approval                                  ○ All Items

☑ Permit                                    ◉ Open Items Only

☑ Signoff                                   [Redisplay] [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW
YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?rqidpriortoa=on&rqidpriortop=on&rqiditemstatus=open&rqidpr...   4/8/2009

HP000289

EXHIBIT "4"

HP000290

Case 1:09-cv-00665-ARR-JMA   Document 26-12   Filed 01/13/10   Page 13 of 48



Page 1 of 3

## *Certificate of Occupancy*

**CO Number:** 402437065T001

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified. No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued. *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | | |
|---|---|---|
| **Borough:** Queens | **Block Number:** 00061 | **Certificate Type:** Temporary |
| **Address:** 48-15 11 STREET | **Lot Number(s):** 80 | **Effective Date:** 03/12/2009 |
| **Building Identification Number (BIN):** 4862699 | | **Expiration Date:** 06/10/2009 |
| | **Building Type:** New | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

Construction classification:                1-D              (1968 Code)

Building Occupancy Group classification: J2          (1968 Code)

Multiple Dwelling Law Classification:       HAEA

No. of stories:   12          Height in feet:   125          No. of dwelling units:  72

**C.** Fire Protection Equipment:
None associated with this filing.

**D.** Type and number of open spaces:
Parking spaces (37), Parking (14403 square feet)

**E.** This Certificate is issued with the following legal limitations:
None

---

Outstanding requirements for obtaining Final Certificate of Occupancy:

There are 24 outstanding requirements. Please refer to BISWeb for further detail.

Borough Comments:   None

Borough Commissioner

Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000291



## *Certificate of Occupancy*

**CO Number:**        402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
| CEL | | | J-2 | | 2B | ACCESSORY (22) PARKING SPACES |
| CEL | | | D-2 | | 2B | MECHANICAL ROOM |
| CEL | | OG | B-2 | | 2B | TENANT STORAGE. |
| OSP | | 100 | J-2 | | 2B | OUTSIDE RECREATION AREA |
| 001 | | 40 | J-2 | | 2B | ACCESSORY (15) PARKING SPACES |
| 001 | | 40 | J-2 | | 2B | ACCESSORY EXERCISE ROOM |
| 001 | | 40 | J-2 | | 2B | LOBBY, LOUNGE |
| 002 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 003 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 004 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 005 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 006 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |
| 007 | | 40 | J-2 | 7 | 2 | (7) CLASS 'A' APARTMENTS |

Borough Commissioner                    Commissioner

*DOCUMENT CONTINUES ON NEXT PAGE*

HP000292

Case 1:09-cv-00665-ARR-JMA   Document 26-12   Filed 01/13/10   Page 15 of 48



## Certificate of Occupancy

**CO Number:**      402437065T001

| Permissible Use and Occupancy | | | | | | |
|---|---|---|---|---|---|---|
| All Building Code occupancy group designations are 1968 designations, except RES, COM, or PUB which are 1938 Building Code occupancy group designations. | | | | | | |

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code occupancy group | Dwelling or Rooming Units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|
| 008 | | 40 | J-2 | 6 | 2 | (6) CLASS 'A' APARTMENTS |
| 009 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 010 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 011 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| 012 | | 40 | J-2 | 6 | 2 | (6) CLASS A APTS. |
| ROF | 31 | 100 | J-2 | | 2 | TENANT RECREATION SPACE (15 CABANAS) 31 MAX OCCUPANTS. |
| ROF | | | | | | MECHANICAL & ELEVATOR ROOMS |

END OF SECTION

Borough Commissioner

Commissioner

*END OF DOCUMENT*                402437065/001  3/12/2009 10:10:37 AM

HP000293

EXHIBIT "5"

HP000294

B-SCAN List of Required Items

Page 1 of 2

# NYC
## .gov
always open

NYC Department of Buildings
B-SCAN List of Required Items

# NYC
## Buildings

Premises: 48-15 11 STREET QUEENS
BIN: 4062699   Block: 61   Lot: 80

Job No.: 402437065
Job Type: NB - NEW BUILDING

24 OPEN ITEMS OF 66 REQUIRED FOR JOB

| | WHO RECV* | PRI TO | REQUIRED DATE | RECEIVED DATE | DATE CERTIFIED W V |
|---|---|---|---|---|---|
| * DEMOLITION (DM) JOB SIGNOFF | N | PER | 08/21/2006 | | |
| CERTIFICATE OF OCCUPANCY | N | SGN | 08/21/2006 | | |
| SPRINKLER (SP) SIGNOFF | N | SGN | 08/21/2006 | | |
| STANDPIPE (SD) SIGNOFF | N | SGN | 08/21/2006 | | |
| CURB CUT (CC) SIGNOFF | N | SGN | 08/21/2006 | | |
| DETECTOR:SMOKE-CERT. OF INSTALLATION | N | SGN | 08/21/2006 | | |
| SITE SURVEY: FINAL | N | SGN | 08/21/2006 | | |
| PLUMBING (PL) SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER (BL) SIGNOFF | N | SGN | 08/21/2006 | | |
| CONSTRUCTION (CT) SIGNOFF | N | SGN | 08/21/2006 | | |
| BPP: FINAL SIGNOFF | N | SGN | 08/21/2006 | | |
| DEMOLITION (DM) JOB SIGNOFF | N | SGN | 08/21/2006 | | |
| BOILER APPROVAL : 900A | T | SGN | 08/21/2006 | | |
| DETECTOR:CARBON MONOXIDE-CERT.OF INSTALL | N | SGN | 08/21/2006 | | |
| MASONRY SUPPLIER'S STATEMENT-FORM 10J | N | SGN | 08/21/2006 | | |
| FINAL PLUMBING SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL ELECTRICAL SIGNOFF | N | SGN | 08/21/2006 | | |
| FINAL CONST. SIGNOFF | N | SGN | 08/21/2006 | | |
| VERIFY TAX LOT | N | SGN | 08/21/2006 | | |
| VIOLATIONS SEARCH | N | SGN | 08/21/2006 | | |
| OPEN APPLICATIONS SEARCH | N | SGN | 08/21/2006 | | |
| FOLDER REVIEW | N | SGN | 08/21/2006 | | |
| MECHANICAL (MH) SIGNOFF | N | SGN | 12/06/2006 | | |
| CURB CUT # REQUIRED | N | SGN | 12/01/2008 | | |

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?requestid=4&crqidpriortoa=on&crqidpriortop=on&crqidpriortos=...   4/8/2009

HP000295

B-SCAN List of Required Items

(*) N = Can be received by clerical staff; T = Can only be received by a plan examiner
Some items may not be required for your specific work filing.

Enter Criteria for Required Item Display

Display Items Required Prior To:

☑ Approval

☑ Permit

☑ Signoff

Which Items Should Be Displayed?

○ All Items

◉ Open Items Only

[Redisplay]  [Reset]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/BScanItemsRequiredServlet?requestid=4&rqidpriortoa=on&rqidpriortop=on&rqidpriortos=o...   4/8/2009

HP000296

EXHIBIT "6"

HP000297



ARCHITECTURE • URBAN PLANNING • ENGINEERING

### Certification of Sponsor's Architect

March 5, 2009

New York State Department of Law
Investment Protection Bureau
Real Estate Financing Section
120 Broadway, 23rd Floor
New York, New York 10271

Re:     One Hunters Point Condominium (the "Condominium")
        5-49 Borden Avenue, Long Island City, New York (the "Property")
        CD07-0082

To Whom It May Concern:

I, Mitchell D. Newman, am an Architect licensed to practice in the State of New York. This firm prepared a report dated January 16, 2007 describing the construction of the Property in connection with the submission of an offering for the sale of condominium units (the "Plan") by Borden East River Realty LLC ("Sponsor") which Plan was accepted for filing by the Department of Law on September 11, 2007.

We understand that this firm is responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in part 20 of Title 13 NYCRR.

The Sponsor has advised that the first residential unit closing has taken place prior to the issuance of a permanent certificate of occupancy. Pursuant to the requirements of Section 20.3(t)(12) of Title 13 NYCRR, Sponsor will need to deposit with the escrow agent the sum of $    300,000           , which we estimate to be the amount reasonably needed to complete the outstanding work required to obtain a permanent certificate of occupancy more specifically [attach schedule describing work to be done and cost].

210 WEST ROGUES PATH • COLD SPRING HILLS, NY 11743 • TEL: 631.673.3111 • FAX: 631.673.2091
www.ndarchitects.com

HP000298



We certify that this letter:

1. Sets forth the required work to be completed to obtain a permanent certificate of occupancy.

2. Provides potential purchasers and current unit owners an adequate basis upon which to found their judgment concerning the condition of the Property as it will exist upon receipt of the permanent certificate of occupancy;

3. Does not omit any material facts;
4. Does not contain any fraud, deception, concealment or suppression;

5. Does not contain any promise or representation as to the future which is beyond reasonable explanation or unwarranted by existing circumstances; and

6. Does not contain any representation or statement which is false where we (i) knew the truth; (b) with reasonable effort could have known the truth; (c) made no reasonable effort to ascertain the truth; (d) did not have knowledge concerning the representation or statement made.

We further certify that we are not owned or controlled by and have no beneficial interest in the Sponsor and that our compensation for preparing this letter is not contingent on the Condominium receiving the permanent certificate of occupancy or on the profitability of the Sponsor. This letter is not intended as a guarantee or warranty of the total cost to obtain the permanent certificate of occupancy.

NDG Architect, P.C.

By: ___Mitchell D. Newman, A.I.A.___
President

Sworn to before me this 5th
of March 2009

___Elisa Spada___
Notary Public

ELISA SPADA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6137227
Qualified in Nassau County
My Commission Expires November 21, 2009

HP000299



Date:  March 5, 2009

RE:    5-49 Borden Avenue, Long Island City, NY

The following is the schedule of work to be completed for the above referenced project:

| | |
|---|---:|
| • Balcony/Terrace Glass Railings | $20,000 |
| • 9th Floor Terrace Waterproofing | 20,000 |
| • Interior Frame/Doors | 5,000 |
| • Painting | 25,000 |
| • Signage/Directory | 20,000 |
| • Privacy Screens | 10,000 |
| • Lobby | 30,000 |
| • Bathroom Mirrors | 5,000 |
| • Plumbing (Misc.) | 25,000 |
| • HVAC (Start-Up/Balancing/Misc.) | 25,000 |
| • Electrical | 25,000 |
| • Close-Out Paperwork | 41,250 |
| • Canopy | 35,000 |
| • Completion of Builders Pavement Plan & Planting of Street Trees ($78,200 in separate escrow account by Sponsor with DOT/NYC Parks Dept.) | 0 |
| • Miscellaneous | 13,750 |
| **TOTAL** | **$300,000** |



**ARCHITECTURE • URBAN PLANNING • ENGINEERING**

### Certification of Sponsor's Architect

March 19, 2009

New York State Department of Law
Investment Protection Bureau
Real Estate Financing Section
120 Broadway, 23rd Floor
New York, New York 10271

Re:   Hunters View Condominium (the "Condominium")
48-15 11th Street, Long Island City, New York 11101 (the "Property")
CD07-0240

To Whom It May Concern:

I, Mitchell D. Newman, am an Architect licensed to practice in the State of New York. This firm prepared a report dated March 15, 2007 describing the construction of the Property in connection with the submission of an offering for the sale of condominium units (the "Plan") by 11/49 Realty LLC ("Sponsor") which Plan was accepted for filing by the Department of Law on September 11, 2007.

We understand that this firm is responsible for complying with Article 23-A of the General Business Law and the regulations promulgated by the Department of Law in part 20 of Title 13 NYCRR.

The Sponsor has advised that the first residential unit closing has taken place prior to the issuance of a permanent certificate of occupancy. Pursuant to the requirements of Section 20.3(t)(12) of Title 13 NYCRR, Sponsor will need to deposit with the escrow agent the sum of $____$110,000_____, which we estimate to be the amount reasonably needed to complete the outstanding work required to obtain a permanent certificate of occupancy more specifically [attach schedule describing work to be done and cost].

210 WEST ROGUES PATH • COLD SPRING HILLS, NY 11743 • TEL: 631.673.3111 • FAX: 631.673.2031
w w w . n d a r c h i t e c t s . c o m

HP000301



We certify that this letter:

1.  Sets forth the required work to be completed to obtain a permanent certificate of occupancy.

2.  Provides potential purchasers and current unit owners an adequate basis upon which to found their judgment concerning the condition of the Property as it will exist upon receipt of the permanent certificate of occupancy;

3.  Does not omit any material facts;
4.  Does not contain any fraud, deception, concealment or suppression;

5.  Does not contain any promise or representation as to the future which is beyond reasonable explanation or unwarranted by existing circumstances; and

6.  Does not contain any representation or statement which is false where we (i) knew the truth; (b) with reasonable effort could have known the truth; (c) made no reasonable effort to ascertain the truth; (d) did not have knowledge concerning the representation or statement made.

We further certify that we are not owned or controlled by and have no beneficial interest in the Sponsor and that our compensation for preparing this letter is not contingent on the Condominium receiving the permanent certificate of occupancy or on the profitability of the Sponsor. This letter is not intended as a guarantee or warranty of the total cost to obtain the permanent certificate of occupancy.

NDG Architect, P.C.

By: _____

Mitchell D. Newman, A.I.A., President

Sworn to before me this 19th
of March 2009

Elisa Spada
Notary Public

ELISA SPADA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6137227
Qualified in Nassau County
My Commission Expires November 21, 2009



Date: March 19, 2009

RE:   48-15 11th Street, Long Island City, NY

The following is the schedule of work to be completed for the above referenced project:

| | |
|---|---|
| • Painting Touch-Up | 5,000 |
| • Signage | 10,000 |
| • Plumbing (Misc.) | 10,000 |
| • HVAC (Start-Up/Balancing/Misc.) | 10,000 |
| • Electrical (Misc.) | 15,000 |
| • Close-Out Paperwork | 30,000 |
| • Canopy | 20,000 |
| • Completion of Builders Pavement Plan & Planting of Street Trees | 0 |
| ($48,128 in separate escrow account by Sponsor with DOT/NYC Parks Dept.) | |
| • Miscellaneous | 10,000 |
| **TOTAL** | **$110,000** |

HP000303

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, April 24, 2009 2:51 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133 |

Good afternoon Mr. Thomas.

I hope all is well.

We are just confirming that you have received our opinion letter regarding the ability to occupy a unit in New York City with a T C of O.

Please advise.

Thank you.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

8/13/2009

HP000304

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Wednesday, April 22, 2009 3:46 PM
**To:** Jose Rivera; 'ledermanb@verizon.net'
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Bruce H. Lederman, Esquire
Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com
ledermanb@verizon.net

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097

ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

It was a pleasure to talk to the two of you again.

I appreciate the perspective that you have in representing your client as well as your recognition of the Department's position of addressing the public interest of the American consumer.

You indicated that you may be providing 24 CFR 1710.4(d) evidence of the exemptions at the time of first offering which they believe they are entitled to, However, as we discussed, in the event that your clients' amended response to the complaints involves a decision to address a potential settlement negotiation, please request that the complaints be transitioned to the Office of Finance and Regulatory Compliance Program Compliance Division for negotiation. At that point, I will prepare the detailed Case Summary and transfer the cases to that Division.

Also, since a potential outcome in the negotiation process may involve complete registration of both projects, you should also address the issues regarding the Advisory Opinions requested and paid for. Other than assembly of the materials for review and preparing the additonal paragraphs in the e-mail dated April 20, 2009, to date, no real work has yet to be initiated. I was awaiting your amended request for the Advisory Opinion based on the April 20, 2009 e-mail. If you desire to withdraw your request for both properties, you can do so. If you do, please advise in a separate request letter for each subdivision. Once I receive your formal request, the process can then begin to get the moneys refunded.

Thank you for your and your client's past cooperation and the current willingness to proceed in a spirit of cooperation for both your client's and the public's interest.

HP000305

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

HP000306

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Friday, April 24, 2009 3:20 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Received the FEDEX and your e-mail

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, April 24, 2009 2:51 PM
**To:** Thomas, William
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Good afternoon Mr. Thomas.

I hope all is well.

We are just confirming that you have received our opinion letter regarding the ability to occupy a unit in New York City with a T C of O.

Please advise.

Thank you.

Best regards,
Jose

HP000307

[×] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Wednesday, April 22, 2009 3:46 PM
**To:** Jose Rivera; 'ledermanb@verizon.net'
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Bruce H. Lederman, Esquire
Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com
ledermanb@verizon.net

HP000308

7/27/2009

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097

ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

It was a pleasure to talk to the two of you again.

I appreciate the perspective that you have in representing your client as well as your recognition of the Department's position of addressing the public interest of the American consumer.

You indicated that you may be providing 24 CFR 1710.4(d) evidence of the exemptions at the time of first offering which they believe they are entitled to, However, as we discussed, in the event that your clients' amended response to the complaints involves a decision to address a potential settlement negotiation, please request that the complaints be transitioned to the Office of Finance and Regulatory Compliance Program Compliance Division for negotiation. At that point, I will prepare the detailed Case Summary and transfer the cases to that Division.

Also, since a potential outcome in the negotiation process may involve complete registration of both projects, you should also address the issues regarding the Advisory Opinions requested and paid for. Other than assembly of the materials for review and preparing the additonal paragraphs in the e-mail dated April 20, 2009, to date, no real work has yet to be initiated. I was awaiting your amended request for the Advisory Opinion based on the April 20, 2009 e-mail. If you desire to withdraw your request for both properties, you can do so. If you do, please advise in a separate request letter for each subdivision. Once I receive your formal request, the process can then begin to get the moneys refunded.

Thank you for your and your client's past cooperation and the current willingness to proceed in a spirit of cooperation for both your client's and the public's interest.


*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

7/27/2009

HP000309

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, April 27, 2009 9:23 AM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133 |

Thank you Sir.

Please let us know if you require any additional information.


Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0


Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

HP000310

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, April 24, 2009 3:20 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Received the FEDEX and your e-mail

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, April 24, 2009 2:51 PM
**To:** Thomas, William
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

Good afternoon Mr. Thomas.

I hope all is well.

We are just confirming that you have received our opinion letter regarding the ability to occupy a unit in New York City with a T C of O.

Please advise.

Thank you.

Best regards,
Jose

HP000311



Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Wednesday, April 22, 2009 3:46 PM
**To:** Jose Rivera; 'ledermanb@verizon.net'
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-
09-097 and ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters
Point Condominium; I-09-096; I-09-131 and I-09-133

Bruce H. Lederman, Esquire
Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com
ledermanb@verizon.net

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;
I-09-097

8/13/2009

HP000312

ILS-32438 and Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-131 and I-09-133

It was a pleasure to talk to the two of you again.

I appreciate the perspective that you have in representing your client as well as your recognition of the Department's position of addressing the public interest of the American consumer.

You indicated that you may be providing 24 CFR 1710.4(d) evidence of the exemptions at the time of first offering which they believe they are entitled to,  However, as we discussed, in the event that your clients' amended response to the complaints involves a decision to address a potential settlement negotiation, please request that the complaints be transitioned to the Office of Finance and Regulatory Compliance Program Compliance Division for negotiation.  At that point, I will prepare the detailed Case Summary and transfer the cases to that Division.

Also, since a potential outcome in the negotiation process may involve complete registration of both projects, you should also address the issues regarding the Advisory Opinions requested and paid for. Other than assembly of the materials for review and preparing the additonal paragraphs in the e-mail dated April 20, 2009, to date, no real work has yet to be initiated. I was awaiting your amended request for the Advisory Opinion based on the April 20, 2009 e-mail.  If you desire to withdraw your request for both properties, you can do so. If you do, please advise in a separate request letter for each subdivision. Once I receive your formal request, the process can then begin to get the moneys refunded.

Thank you for your and your client's past cooperation and the current willingness to proceed in a spirit of cooperation for both your client's and the public's interest.


*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Friday, May 01, 2009 9:14 AM
**To:** Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-09 and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096

Jose M Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;
I-09-097

ILS-32438;  Borden East River Realty LLC and Simone Development Company LLC; One Hunters
Point Condominium; I-09-096

Regarding our phone conversation yesterday, the material received will be reviewed in due course by the Department. You will be contacted should the Department need further information or upon the completion of the Department's investigation as well as when the Advisory Opinions are issued. This e-mail it not to be construed as an opinion on the part of this office that the subdivisions referenced above are exempt or not covered by the Interstate Land Sales Full Disclosure Act.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an*

HP000314

*official advisory opinion was obtained.*

HP000315

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 01, 2009 9:32 AM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-09 and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096 |

Good morning Mr. Thomas.

I hope all is well.

Thank you for your correspondence.

Please keep us posted.  Thank you.

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

HP000316

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 01, 2009 9:14 AM
**To:** Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-09 and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096

Jose M Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;
I-09-097

ILS-32438;  Borden East River Realty LLC and Simone Development Company LLC; One Hunters
Point Condominium; I-09-096

Regarding our phone conversation yesterday, the material received will be reviewed in due course by the Department. You will be contacted should the Department need further information or upon the completion of the Department's investigation as well as when the Advisory Opinions are issued. This e-mail it not to be construed as an opinion on the part of this office that the subdivisions referenced above are exempt or not covered by the Interstate Land Sales Full Disclosure Act.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an*

HP000317

*official advisory opinion was obtained.*

HP000318

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Thursday, May 14, 2009 12:14 PM |
| **To:** | Jose Rivera |
| **Subject:** | ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096 |

Jose M Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097

ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096

As we discussed in our phone call I will attempt to begin review today or tomorrow. Confirmed with e-mail.


*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000319

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Thursday, May 14, 2009 1:24 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096 |

Thank you Mr. Thomas.


Best regards,
Jose


| |
|---|
| ☒ cid:Image002.jpg@01C91CC7.5F57A9A0 |


Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

_____

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, May 14, 2009 12:14 PM

8/13/2009

HP000320

**To:** Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097 and ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096

Jose M Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; I-09-097

ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096

As we discussed in our phone call I will attempt to begin review today or tomorrow. Confirmed with e-mail.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

HP000321

# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*

345 Seventh Avenue • 23rd Floor

New York, New York 10001

212-564-9800

Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA+
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

\* ALSO ADMITTED IN NJ
+ ALSO ADMITTED IN CT
• ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

May 18, 2009

**Via Email William.Thomas@HUD.gov**
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re:     ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"),
11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred
to as the "Developers")and Simone Development Company L.L.C., One
Hunters Point Condominium ("Hunters Point"); I-09-096; I-09-131; and
I-09-133, Hunters View Condominium, ("Hunters View")   I-09-97
(collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

We are hereby responding to your request, via email dated May 18, 2009, regarding the status of the: 1) primary gas, water, sewer and telephone utility service lines and; 2) surrounding public roadways for the respective Projects.

Please note that the Developers have provided, and all primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the respective buildings comprising the condominium Projects. Additionally, please note that the gas, water, sewer, and telephone utility infrastructure within the respective condominium Projects have been extended to each residential Unit.

HP000322

Mr. William Thomas
May 18, 2009
Page 2

Further, please note that all surrounding public roadways, including the roadways providing access to the respective condominium Projects are maintained by the City of New York and are currently complete and open to the public. Said roadways include 11th Street and 49th Avenue, which are adjacent to Hunters View and Borden Avenue, which is adjacent to Hunters Point.

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
John D'Agostino

HP000323

**Jose Rivera**

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, May 18, 2009 12:18 PM |
| **To:** | Jose Rivera |
| **Subject:** | Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

HP000324

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000325

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, May 18, 2009 3:53 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |
| **Attachments:** | HUD Utility and Road Statement.pdf |

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

> Best regards,
> Jose

---

[x] cid:image002.jpg@01C91CC7.5F57A9A0

---

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have

HP000326