received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

8/13/2009

HP000327

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions* ***or as an unofficial staff interpretation*** *by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000328

# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*
345 Seventh Avenue • 23rd Floor
New York, New York 10001

212-564-9800
Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA◆
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
◆ ALSO ADMITTED IN CT
• ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

May 18, 2009

**Via Email William.Thomas@HUD.gov**
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

<div style="margin-left:2em">

Re:    ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"), 11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred to as the "Developers")and Simone Development Company L.L.C., One Hunters Point Condominium ("Hunters Point"); I-09-096; I-09-131; and I-09-133, Hunters View Condominium, ("Hunters View")   I-09-97 (collectively the "Projects")

</div>

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

We are hereby responding to your request, via email dated May 18, 2009, regarding the status of the: 1) primary gas, water, sewer and telephone utility service lines and; 2) surrounding public roadways for the respective Projects.

Please note that the Developers have provided, and all primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the respective buildings comprising the condominium Projects. Additionally, please note that the gas, water, sewer, and telephone utility infrastructure within the respective condominium Projects have been extended to each residential Unit.

HP000329

Mr. William Thomas
May 18, 2009
Page 2

Further, please note that all surrounding public roadways, including the roadways providing access to the respective condominium Projects are maintained by the City of New York and are currently complete and open to the public. Said roadways include 11th Street and 49th Avenue, which are adjacent to Hunters View and Borden Avenue, which is adjacent to Hunters Point.

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
John D'Agostino

HP000330

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, May 18, 2009 4:43 PM |
| **To:** | Jose Rivera |
| **Subject:** | FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

**Attachments:** HUD Utility and Road Statement.pdf

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

HP000331

7/27/2009

Thank you.

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414

HP000332

7/27/2009

Fax (212) 564-9802
email: jrivera@dagll.com

## BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.*

HP000333

7/27/2009

*Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000334

# D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

Attorneys At Law
345 Seventh Avenue • 23rd Floor
New York, New York 10001

212-564-9800
Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA◆
JOSE M. RIVERA*
GEORGE TZIMOPOULOS●

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN CT
◆ ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

May 18, 2009

Via Email William.Thomas@HUD.gov
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re:   ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"),
11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred
to as the "Developers")and Simone Development Company L.L.C., One
Hunters Point Condominium ("Hunters Point"); I-09-096; I-09-131; and
I-09-133, Hunters View Condominium, ("Hunters View")   I-09-97
(collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

We are hereby responding to your request, via email dated May 18, 2009, regarding the
status of the: 1) primary gas, water, sewer and telephone utility service lines and; 2) surrounding
public roadways for the respective Projects.

Please note that the Developers have provided, and all primary gas, water, sewer, and
telephone utility service lines have been extended in front of, or adjacent to the respective
buildings comprising the condominium Projects.  Additionally, please note that the gas, water,
sewer, and telephone utility infrastructure within the respective condominium Projects have been
extended to each residential Unit.

HP000335

Mr. William Thomas
May 18, 2009
Page 2

Further, please note that all surrounding public roadways, including the roadways providing access to the respective condominium Projects are maintained by the City of New York and are currently complete and open to the public. Said roadways include 11th Street and 49th Avenue, which are adjacent to Hunters View and Borden Avenue, which is adjacent to Hunters Point.

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____
John D'Agostino

HP000336

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, May 18, 2009 4:53 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Thank you Sir.

The original is on its way.

Thanks again.


    Best regards,
    Jose


> [x] cid:image002.jpg@01C91CC7.5F57A9A0


    Jose M. Rivera, Esq., Partner
    D'Agostino, Levine & Landesman, L.L.P.
    345 Seventh Avenue
    23rd Floor
    New York, New York  10001
    email: jrivera@dagll.com
    (212) 564-9800 Ext. 414 Fax (212) 564-9802

    Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

HP000337

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagil.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

Best regards,

8/13/2009

HP000338

Jose


cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

## BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

8/13/2009

HP000339

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions. My e-mail address is william.thomas@hud.gov.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff*

HP000340

*pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000341

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 22, 2009 1:34 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

> Best regards,
> Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the

HP000342

original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require

that we forward the original to you.

Thank you.

    Best regards,
    Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email:  jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414

8/13/2009

HP000344

Fax (212) 564-9802
email: jrivera@dagll.com

**BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.**

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.*

8/13/2009

HP000345

*Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000346

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

Best regards,

HP000347

Jose


cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters
View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One
Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development

HP000348

7/27/2009

Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

Best regards,
Jose



cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

HP000349

7/27/2009

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

### Hunters View Condominium

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

HP000350

7/27/2009

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 22, 2009 2:18 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Bill:

Any updated ETA?

> Best regards,
> Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]

8/13/2009

HP000352

**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions* **or as an unofficial staff interpretation** *by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

Best regards,
Jose

HP000353



Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410

8/13/2009

HP000354

Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing

8/13/2009

HP000355

authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

8/13/2009

HP000356

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

The Department is still reviewing the documentation.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Bill:

Any updated ETA?

    Best regards,
    Jose

[×] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error,*

HP000359

*please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

    Best regards,
    Jose

> [x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the

7/27/2009

HP000360

designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

HP000361

7/27/2009

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

Best regards,
Jose

---
| |
|---|
| [x] cid:image002.jpg@01C91CC7.5F57A9A0 |
---

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

HP000363

7/27/2009

Case 1:09-cv-00665-ARR-JMA   Document 26-13   Filed 01/13/10   Page 38 of 62

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000364

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 22, 2009 2:20 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Thanks.

Best regards,
Jose

[×] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Jose Rivera

HP000365

**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

The Department is still reviewing the documentation.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Bill:

Any updated ETA?

   Best regards,
   Jose

| x | cid:image002.jpg@01C91CC7.5F57A9A0 |

   Jose M. Rivera, Esq., Partner
   D'Agostino, Levine & Landesman, L.L.P.
   345 Seventh Avenue

8/13/2009

HP000366

23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an*

HP000367

*official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

8/13/2009

HP000368

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

8/13/2009

HP000369

Thank you.

    Best regards,
    Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802

8/13/2009

HP000370

email: jrivera@dagll.com

**BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.**

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public. [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions. My e-mail address is william.thomas@hud.gov.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information*

HP000371

contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions *or as an unofficial staff interpretation* by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.

8/13/2009

HP000372

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 22, 2009 2:42 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Thanks.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Jose Rivera

8/13/2009

HP000373

**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

The Department is still reviewing the documentation.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Bill:

Any updated ETA?

     Best regards,
     Jose

[x]   cid:image002.jpg@01C91CC7.5F57A9A0

     Jose M. Rivera, Esq., Partner
     D'Agostino, Levine & Landesman, L.L.P.
     345 Seventh Avenue

8/13/2009

HP000374

23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an*

8/13/2009

HP000375

*official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

> Best regards,
> Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

8/13/2009

HP000376

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

8/13/2009

HP000377

Thank you.

Best regards,
Jose



cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802

8/13/2009

HP000378

email: jrivera@dagll.com

**BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.**

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information*

8/13/2009

HP000379

contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.

HP000380

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 2:42 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Have a great weekend.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 2:42 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Thanks.

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

HP000381

7/27/2009

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters
View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One
Hunters Point Condominium

The Department is still reviewing the documentation.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail
system. No expectation of privacy should be expected of information transmitted through this system.
This message is intended for designated recipients only.  If you have received this message in error,*

HP000382

*please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 2:18 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Bill:

Any updated ETA?

     Best regards,
     Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

HP000383

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 22, 2009 1:33 PM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Not yet

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 22, 2009 1:34 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

Just confirming that you have received the original letter regarding the utilities and roads.

Also just following up as to how you are progressing with our matters.

Please advise.  Thanks.

Have a great Memorial Day Weekend!!!

    Best regards,

HP000384

Jose



cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 4:43 PM
**To:** Jose Rivera
**Subject:** FW: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Received

Please provide hard copy regular mail is fine.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development

HP000385

7/27/2009

Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, May 18, 2009 3:53 PM
**To:** Thomas, William
**Subject:** RE: Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Mr. Thomas.

I hope all is well.

In response to your request regarding the utilities and roadways please see our response which is annexed hereto.

Please confirm that you received this email and let us know if the attached letter is sufficient or if you will require that we forward the original to you.

Thank you.

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

HP000386

7/27/2009

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, May 18, 2009 12:18 PM
**To:** Jose Rivera
**Subject:** Advisory Opinions ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

**BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.**

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Instead of sending a formal deficiency, based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the  Advisory Opinions. On behalf of the Developer, please provide the following two Statements on your letterhead for each Development :

**Hunters View Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

HP000387

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

**One Hunters Point Condominium**

All primary gas, water, sewer, and telephone utility service lines have been extended in front of, or adjacent to the building comprising the condominium project and that the gas, water, sewer, and telephone utility infrastructure within the condominium project has been extended to each Unit.

All surrounding public roadways, including the roadways providing access to the condominium are currently complete and open to the public.  [Enumerate the roadways].

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is william.thomas@hud.gov.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000388