## Jose Rivera

**From:**     Thomas, William [William.Thomas@hud.gov]
**Sent:**      Friday, May 29, 2009 3:48 PM
**To:**         Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View
Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company
LLC; One Hunters Point Condominium;

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

In preparing to submit the Advisory Opinions for Director Approval, upon my final review I have found that there may be one possible formal deficiency, Based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following Statements for each Development (if you feel uncomfortable providing such a statement, in an affirmation format, please have the Developer provide)

### Hunters View Condominium

The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not  engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and  the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

### One Hunters Point Condominium

The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not  engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and  the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

You can call me, William J. Thomas, on (202) 402-3006 if you have questions.   My e-mail address is

HP000389

william.thomas@hud.gov.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000390

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 29, 2009 4:52 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; |

Good afternoon Mr. Thomas.

I hope all is well.

I am hereby confirming receipt of the email below and will have our client provide you with affidavits very shortly.

Thank you for your assistance with this matter.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

8/13/2009

HP000391

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Friday, May 29, 2009 3:48 PM
**To:** Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

In preparing to submit the Advisory Opinions for Director Approval, upon my final review I have found that there may be one possible formal deficiency. Based upon our mutual working together in the last several weeks, this e-mail is being sent to offer the ability to modify the material for the Advisory Opinions. On behalf of the Developer, please provide the following Statements for each Development (if you feel uncomfortable providing such a statement, in an affirmation format, please have the Developer provide)

**Hunters View Condominium**

The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

**One Hunters Point Condominium**

The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

You can call me, William J. Thomas, on (202) 402-3006 if you have questions. My e-mail address is william.thomas@hud.gov.

8/13/2009

HP000392

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000393

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Friday, May 29, 2009 6:34 PM |
| **To:** | 'William.Thomas@HUD.gov'; John D'Agostino |
| **Subject:** | Fw: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

**Attachments:**   Developers affidavit - Hunters View.pdf; Developers affidavit - One Hunters Point.pdf

 

Developers   Developers
davit - Hunter davit - One Hu

Good afternoon Bill.

Here are copies of the affidavits which will be sent to you via fed ex on Monday.

Please let me know if you have any questions.

Have a great weekend.

Thanks
Best regards,

Jose

Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York  10001
Tel:  (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

----- Original Message -----
From: Brian Sampson <bsampson@simdev.com>
To: Jose Rivera
Cc: John D'Agostino
Sent: Fri May 29 18:18:34 2009
Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View

1

Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC;
One Hunters Point Condominium

Please see the attached executed Affidavits.  The originals will be overnighted to your
office for delivery Monday morning.


Brian

---

Brian T. Sampson

Vice President and General Counsel

Simone Development Companies

1000 Main Street

New Rochelle, NY 10801

Telephone:  914-576-5000 x7864

Facsimile:  914-576-4000

Email:  bsampson@simdev.com <http://by112fd.bay112.hotmail.msn.com/cgi-bin/compose?mailto=
1&msg=2E2B8879-F920-470A-B97B-4513D540B3E7&start=0&len=10603
&src=&type=x&to=bsampson@simdev.com&cc=&bcc=&subject=&body=&curmbox=
00000000-0000-0000-0000-000000000001
&a=b17d28b00e176a3db352fff04443f4fb9f2d1e2b1d6a8e2a2534340a9a6525fd>


################################################################

Disclaimer:
No principal, employee or agent of the sender is authorized to conclude any binding
agreement or the amendment/authorization of any contractual obligation mentioned herein on
behalf of this entity with another party by email unless such agreement is confirmed in a
writing signed by an official of the party to be charged.  The sender accepts no liability
for the content of this email, or for the consequences of any actions taken of the basis
of the information provided, unless that information is subsequently confirmed in a
writing signed by an official of the party to be charged.


Confidentiality Notice:
This email and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed.  If you have received this
email in error, please notify the systems manager.  If you are not the named addressee,
the dissemination, distribution or copying of this email is strictly prohibited.

################################################################

HP000395

**Developer's Affidavit**

STATE OF NEW YORK       )
                                 )ss:
COUNTY OF WESTCHESTER   )

       Joseph Simone, being duly sworn, deposes and says:

1.     I am the Manager of 11/49 Realty LLC with an office at 1000 Main Street, New Rochelle, NY 10801, hereinafter the "Developer," and I am authorized to make the representations hereunder. The Developer is the owner of the land, buildings and/or structures, also known as Hunters View Condominium, located at 48-15 11th Street, Long Island City, New York.

2.     I hereby certify that: The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

                                          Joseph Simone, as Manager of 11/49 Realty LLC

Sworn to before me this
29th day of May, 2009.

               Notary Public

        BRIAN T. SAMPSON
    Notary Public, State of New York
       No. 02SA6162480
     Qualified in New York County
Commission Expires March 12, 20 11

**Developer's Affidavit**

STATE OF NEW YORK       )
                            )ss:
COUNTY OF WESTCHESTER   )

      Joseph Simone, being duly sworn, deposes and says:

1.    I am the Manager of Simone Borden LLC, the Managing Member of Borden East River Realty LLC with an office at 1000 Main Street, New Rochelle, NY 10801 hereinafter the "Developer," and I am authorized to make the representations hereunder.  The Developer is the owner of the land, buildings and/or structures, also known as One Hunters Point Condominium, located at 5-49 Borden Avenue, Long Island City, New York.

2.    I hereby certify that:  The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

                                      Joseph Simone, as Manager of Simone
                                      Borden LLC, the Managing Member of
                                      Borden East River Realty LLC

Sworn to before me this
29 day of May, 2009.

               Notary Public

        BRIAN T. SAMPSON
    Notary Public, State of New York
        No. 02SA6162480
     Qualified in New York County
Commission Expires March 12, 20 ⅟⅟

## D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

*Attorneys At Law*

345 Seventh Avenue • 23rd Floor

New York, New York 10001

212-564-9800

Fax 212-564-9802

JOHN D'AGOSTINO
MICHAEL J. LEVINE*
WAYNE R. LANDESMAN*
BETTINA M. MIRAGLIA♦
JOSE M. RIVERA*
GEORGE TZIMOPOULOS•

KELLYANN S. MONAGHAN
JARED B. VAN VLEET
JONATHAN D. GOTTLIEB*
JULIA L. WACHTER
BROOKE N. ESTREN
ERIC R. GARCIA

* ALSO ADMITTED IN NJ
♦ ALSO ADMITTED IN CT
• ALSO ADMITTED IN MA

COUNSEL
BRUCE H. LEDERMAN*

WRITER'S E-MAIL:

jdagostino@dagll.com

June 1, 2009

**Via Fed Ex**
Mr. William Thomas
U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 Seventh Street, SW, Room 9154
Washington, DC 20410

Re:    ILS 32438 and ILS 32439, Borden East River Realty LLC ("Borden"),
11/49 Realty LLC ("11/49"), (collectively Borden and 11/49 are referred
to as the "Developers")and Simone Development Company L.L.C., One
Hunters Point Condominium ("Hunters Point"); I-09-096; I-09-131; and
I-09-133, Hunters View Condominium, ("Hunters View")   I-09-97
(collectively the "Projects")

Dear Mr. Thomas:

As you know we are counsel to Borden and 11/49.

We are hereby responding to your request, via email dated May 29, 2009, requesting anti fraud affidavits from the Developers of the respective Projects.

Please see the enclosed original anti fraud affidavits executed by the Developers of the respective Projects.

Should you require any additional information please call.

Very truly yours,

D'AGOSTINO, LEVINE & LANDESMAN, L.L.P.

By: _____

John D'Agostino

G:\Tzimopoulos\Simone\HUD anti fraud affidavits transmission.doc

HP000398

## Developer's Affidavit

STATE OF NEW YORK       )
                              )ss:
COUNTY OF WESTCHESTER   )

       Joseph Simone, being duly sworn, deposes and says:

1.     I am the Manager of 11/49 Realty LLC with an office at 1000 Main Street, New Rochelle, NY 10801, hereinafter the "Developer," and I am authorized to make the representations hereunder. The Developer is the owner of the land, buildings and/or structures, also known as Hunters View Condominium, located at 48-15 11th Street, Long Island City, New York.

2.     I hereby certify that: The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

                                  Joseph Simone, as Manager of 11/49 Realty LLC

Sworn to before me this
29th day of May, 2009.

Notary Public

BRIAN T. SAMPSON
Notary Public, State of New York
No. 02SA6162480
Qualified in New York County
Commission Expires March 12, 20__

HP000399

Developer's Affidavit

STATE OF NEW YORK            )
                             )ss:
COUNTY OF WESTCHESTER        )

Joseph Simone, being duly sworn, deposes and says:

1.    I am the Manager of Simone Borden LLC, the Managing Member of Borden East River Realty LLC with an office at 1000 Main Street, New Rochelle, NY 10801 hereinafter the "Developer," and I am authorized to make the representations hereunder.  The Developer is the owner of the land, buildings and/or structures, also known as One Hunters Point Condominium, located at 5-49 Borden Avenue, Long Island City, New York.

2.    I hereby certify that:  The Developer did not employ and will not employ any device, scheme or artifice to defraud, obtain money or property by means of any untrue statement of a material fact, omit to state a material fact necessary in order to make the statements made not misleading, with respect to any information pertinent to the Condominium or has not engaged in or will not engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit on a purchaser and the anti-fraud provisions of 24 CFR § 1710.4(b) and (c).

Joseph Simone, as Manager of Simone
Borden LLC, the Managing Member of
Borden East River Realty LLC

Sworn to before me this

29 day of May, 2009.

Notary Public

BRIAN T. SAMPSON
Notary Public, State of New York
No. 02SA6162480
Qualified in New York County
Commission Expires March 12, 20 //

HP000400