**Jose Rivera**

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 10:40 AM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

As we discussed, I did receive your material and the letters have been submitted for approval.

Now it is a waiting time for the Director to review.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 29, 2009 6:34 PM
**To:** Thomas, William; John D'Agostino
**Subject:** Fw: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium


Good afternoon Bill.

Here are copies of the affidavits which will be sent to you via fed ex on Monday.

Please let me know if you have any questions.

Have a great weekend.

Thanks

HP000401

7/27/2009

Best regards,

Jose


Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.


----- Original Message -----
From: Brian Sampson <bsampson@simdev.com>
To: Jose Rivera
Cc: John D'Agostino
Sent: Fri May 29 18:18:34 2009
Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Please see the attached executed Affidavits. The originals will be overnighted to your office for delivery Monday morning.


Brian



_____

Brian T. Sampson

Vice President and General Counsel

Simone Development Companies

1000 Main Street

New Rochelle, NY 10801

Telephone: 914-576-5000 x7864

Facsimile: 914-576-4000

Email: bsampson@simdev.com <http://by112fd.bay112.hotmail.msn.com/cgi-bin/compose?mailto=1&msg=2E2B8879-F920-470A-B97B-

4513D540B3E7&start=0&len=10603&src=&type=x&to=bsampson@simdev.com&cc=&bcc=&subject=&body=&curmbox=-0000-0000-0000-000000000001&a=b17d28b00e176a3db352fff04443f4fb9f2d1e2b1d6a8e2a2534340a9a6525fd>

##################################################################

Disclaimer:
No principal, employee or agent of the sender is authorized to conclude any binding agreement or the amendment/authorization of any contractual obligation mentioned herein on behalf of this entity with another party by email unless such agreement is confirmed in a writing signed by an official of the party to be charged. The sender accepts no liability for the content of this email, or for the consequences of any actions taken of the basis of the information provided, unless that information is subsequently confirmed in a writing signed by an official of the party to be charged.

Confidentiality Notice:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the systems manager. If you are not the named addressee, the dissemination, distribution or copying of this email is strictly prohibited.

##################################################################

## Jose Rivera

**From:** Jose Rivera
**Sent:** Monday, June 01, 2009 10:47 AM
**To:** 'Thomas, William'
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Thank you Mr. Thomas.

Is that Ms. Reid?

How long does that process normally take?

> Best regards,
> Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 10:40 AM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

As we discussed, I did receive your material and the letters have been submitted for approval.

Now it is a waiting time for the Director to review.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 29, 2009 6:34 PM
**To:** Thomas, William; John D'Agostino
**Subject:** Fw: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Good afternoon Bill.

Here are copies of the affidavits which will be sent to you via fed ex on Monday.

Please let me know if you have any questions.

Have a great weekend.

Thanks
Best regards,

Jose

Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

----- Original Message -----
From: Brian Sampson <bsampson@simdev.com>
To: Jose Rivera
Cc: John D'Agostino
Sent: Fri May 29 18:18:34 2009
Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Please see the attached executed Affidavits. The originals will be overnighted to your office for delivery Monday morning.

Brian


Brian T. Sampson

Vice President and General Counsel

Simone Development Companies

1000 Main Street

New Rochelle, NY 10801

Telephone: 914-576-5000 x7864

Facsimile: 914-576-4000

Email: bsampson@simdev.com <http://by112fd.bay112.hotmail.msn.com/cgi-bin/compose?mailto=1&msg=2E2B8879-F920-470A-B97B-4513D540B3E7&start=0&len=10603&src=&type=x&to=bsampson@simdev.com&cc=&bcc=&subject=&body=&curmbox=-0000-0000-0000-000000000001&a=b17d28b00e176a3db352fff04443f4fb9f2d1e2b1d6a8e2a2534340a9a6525fd>

###################################################################

Disclaimer:
No principal, employee or agent of the sender is authorized to conclude any binding agreement or the amendment/authorization of any contractual obligation mentioned herein on behalf of this entity with another party by email unless such agreement is confirmed in a writing signed by an official of the party to be charged. The sender accepts no liability for the content of this email, or for the consequences of any actions taken of the basis of the information provided, unless that information is subsequently confirmed in a writing signed by an official of the party to be charged.

Confidentiality Notice:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the systems manager. If you are not the named addressee, the dissemination, distribution or copying of this email is strictly prohibited.

###################################################################

**Jose Rivera**

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 12:08 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

No. Ms Reid retired on Friday.

The person who will be reviewing and approving is the Director of the Office of RESPA and Interstate Land Sales, Ms Ivy Jackson.

The time frame is totally dependent on her schedule and availability which I am not privy to.

Once I receive a copy of the approved Opinions, I will convert them into ".pdf" files and then e-mail them to you.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 01, 2009 10:47 AM
**To:** Thomas, William
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Thank you Mr. Thomas.

Is that Ms. Reid?

How long does that process normally take?

>Best regards,
>Jose

[cid:image002.jpg@01C91CC7.5F57A9A0]

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 10:40 AM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

As we discussed, I did receive your material and the letters have been submitted for approval.

Now it is a waiting time for the Director to review.

*William J. Thomas*

7/27/2009

HP000409

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 29, 2009 6:34 PM
**To:** Thomas, William; John D'Agostino
**Subject:** Fw: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium


Good afternoon Bill.

Here are copies of the affidavits which will be sent to you via fed ex on Monday.

Please let me know if you have any questions.

Have a great weekend.

Thanks
Best regards,

Jose


Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

----- Original Message -----
From: Brian Sampson <bsampson@simdev.com>
To: Jose Rivera
Cc: John D'Agostino
Sent: Fri May 29 18:18:34 2009
Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Please see the attached executed Affidavits. The originals will be overnighted to your office for delivery Monday morning.

Brian



Brian T. Sampson

Vice President and General Counsel

Simone Development Companies

1000 Main Street

New Rochelle, NY 10801

Telephone:  914-576-5000 x7864

Facsimile:  914-576-4000

Email:  bsampson@simdev.com <http://by112fd.bay112.hotmail.msn.com/cgi-bin/compose?mailto=1&msg=2E2B8879-F920-470A-B97B-4513D540B3E7&start=0&len=10603&src=&type=x&to=bsampson@simdev.com&cc=&bcc=&subject=&body=&curmbox=-0000-0000-0000-000000000001&a=b17d28b00e176a3db352fff04443f4fb9f2d1e2b1d6a8e2a2534340a9a6525fd>


###############################################################

Disclaimer:
No principal, employee or agent of the sender is authorized to conclude any binding agreement or the amendment/authorization of any contractual obligation mentioned herein on behalf of this entity with another party by email unless such agreement is confirmed in a writing signed by an official of the party to be charged. The sender accepts no liability for the content of this email, or for the consequences of any actions taken of the basis of the information provided, unless that information is subsequently confirmed in a writing signed by an official of the party to be charged.


Confidentiality Notice:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.  If you have received this email in error, please notify the systems manager.  If you are not the named addressee, the dissemination, distribution or copying of this email is strictly prohibited.

##################################################################

### Jose Rivera

**From:** Jose Rivera
**Sent:** Monday, June 01, 2009 12:11 PM
**To:** 'Thomas, William'
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Thank you.

    Best regards,
    Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 12:08 PM

**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

No. Ms Reid retired on Friday.

The person who will be reviewing and approving is the Director of the Office of RESPA and Interstate Land Sales, Ms Ivy Jackson.

The time frame is totally dependent on her schedule and availability which I am not privy to.

Once I receive a copy of the approved Opinions, I will convert them into ".pdf" files and then e-mail them to you.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 01, 2009 10:47 AM
**To:** Thomas, William
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Thank you Mr. Thomas.

Is that Ms. Reid?

How long does that process normally take?

    Best regards,
    Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 01, 2009 10:40 AM
**To:** Jose Rivera
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

As we discussed, I did receive your material and the letters have been submitted for approval.

Now it is a waiting time for the Director to review.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006

HP000415

8/13/2009

Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Friday, May 29, 2009 6:34 PM
**To:** Thomas, William; John D'Agostino
**Subject:** Fw: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium


Good afternoon Bill.

Here are copies of the affidavits which will be sent to you via fed ex on Monday.

Please let me know if you have any questions.

Have a great weekend.

Thanks
Best regards,

Jose


Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

----- Original Message -----
From: Brian Sampson <bsampson@simdev.com>
To: Jose Rivera
Cc: John D'Agostino
Sent: Fri May 29 18:18:34 2009
Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Please see the attached executed Affidavits. The originals will be overnighted to your office for delivery Monday morning.

Brian

Brian T. Sampson

Vice President and General Counsel

Simone Development Companies

1000 Main Street

New Rochelle, NY 10801

Telephone: 914-576-5000 x7864

Facsimile: 914-576-4000

Email: bsampson@simdev.com <http://by112fd.bay112.hotmail.msn.com/cgi-bin/compose?mailto=1&msg=2E2B8879-F920-470A-B97B-4513D540B3E7&start=0&len=10603&src=&type=x&to=bsampson@simdev.com&cc=&bcc=&subject=&body=&curmbox=-0000-0000-0000-000000000001&a=b17d28b00c176a3db352fff04443f4fb9f2d1e2b1d6a8e2a2534340a9a6525fd>

##############################################################

Disclaimer:
No principal, employee or agent of the sender is authorized to conclude any binding agreement or the amendment/authorization of any contractual obligation mentioned herein on behalf of this entity with another party by email unless such agreement is confirmed in a writing signed by an official of the party to be charged. The sender accepts no liability for the content of this email, or for the consequences of any actions taken of the basis of the information provided, unless that information is subsequently confirmed in a writing signed by an official of the party to be charged.

Confidentiality Notice:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the systems manager. If you are not the named addressee, the dissemination, distribution or copying of this email is strictly prohibited.

##############################################################

**Jose Rivera**

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:16 PM
**To:** 'ledermanb@verizon.net'; Jose Rivera
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Bruce H. Lederman
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
516-551-0446
Fax (212) 564-9802
email: ledermanb@verizon.net

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

This confirms our discussion concerning your phone call to Director Jackson which was turned over to me. You wanted to know the status and what was time frame as to the Advisory Opinions and to make sure she is aware of the importance.

I indicated that the Advisory Opinions are being reviewed by her and as soon as they are signed, scanned copies will be sent to both you and Jose Rivera. If the Advisory Opinions are done tomorrow while I am away, I will notify others to try and handle and send out the scanned-email copies. The originals will be sent by normal course by mail.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal*

7/27/2009

HP000418

*discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*