## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Thursday, June 04, 2009 2:56 PM |
| **To:** | Jose Rivera |
| **Subject:** | Parking and Roof Top |

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000420

**Jose Rivera**

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Thursday, June 04, 2009 3:32 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Parking and Roof Top |

Bill.

The unit numbers for the parking and roof tops are being added to the right of the residential unit numbers and they will correspond with the date of sale of the residential unit as the contract date is one in the same.

I have someone working on it now.

Thanks.


Best regards,
Jose


☒ cid:image002.jpg@01C91CC7.5F57A9A0




Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.


8/13/2009

HP000421

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000422

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Thursday, June 04, 2009 3:56 PM |
| **To:** | Jose Rivera |
| **Subject:** | RE: Parking and Roof Top |

Thanks

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Thursday, June 04, 2009 3:32 PM
**To:** Thomas, William
**Subject:** RE: Parking and Roof Top

Bill.

The unit numbers for the parking and roof tops are being added to the right of the residential unit numbers and they will correspond with the date of sale of the residential unit as the contract date is one in the same.

I have someone working on it now.

Thanks.


Best regards,
Jose

HP000423

7/27/2009

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

7/27/2009

HP000424

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000425

# Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Thursday, June 04, 2009 6:13 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Parking and Roof Top |
| **Attachments:** | 20090604180815.pdf |

Good afternoon Mr. Thomas.

Here are the unit schedules revised pursuant to your request.

Please let me know if you have any questions.

Thank you.

Best regards,
Jose

| |
|---|
| ☒ cid:image002.jpg@01C91CC7.5F57A9A0 |

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

HP000426

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000427

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

As of March 26, 2009

| COUNT | UNIT # | FULLY EXECUTED CONTRACT RECEIVED | PURCHASER | |
|---|---|---|---|---|
| 1 | 2C | 10/23/07 | Andrea Modica & Melissa Paduck | |
| 2 | 2E & R1 | 11/29/07 | Lora Kaye | |
| 3 | 2G | 11/8/07 | Nicole Goetz and Mark Goetz | |
| 4 | 2J | 2/11/06 | Kendra Merrell | |
| 5 | 2L | 1/7/08 | Michael Pennisi & Allison Curinga | |
| 6 | 2M | 2/17/09 | Jason Moraitis and Catherine Moraitis | |
| 7 | 2N | 10/16/08 | Louis Scarnati | |
| 8 | 3B | 11/1/07 | Tadashi Saito & Mari Saito (Hirano) | |
| 9 | 3C | 10/23/07 | Raymond Curiale | |
| 10 | 3D | 10/30/07 | Victoria Lau and David Hom | |
| | 3E | | Marlon A. Escobar & Carmen R. Boggio | |
| 11 | 3F | 10/23/07 | David Jackson | |
| 12 | 3G | 10/30/07 | Elizabeth Tuckerman & Hector Armstrong | |
| 13 | 3H | 10/23/07 | Matthew Marlaci & Simona Kovacova | |
| 14 | 3J | 11/1/07 | Zack Ferguson-Steger | |
| 15 | 3K | 10/25/07 | Gene Matthews & Didem Ulserim | |
| 16 | 3L | | Jennifer Sun | |
| 17 | 3N | 11/1/07 | Alvin Yven Chu | |
| 18 | 4B | 2/11/09 | Liling Huang | |
| 19 | 4C | 1/4/08 | Gawa Dorjee | |
| 20 | 4D | 2/11/08 | Joseph Minaudo and Christina Valdemira (Minaudo) | |
| 21 | 4F | 11/16/07 | Kayla S. Lee and James H. Lee | |
| 22 | 4G | 11/8/07 | Peter E. Pisapia | |
| 23 | 4H | 10/23/07 | Brian Mihelic and Lorraine Camacho | |
| 24 | 4J | 2/7/06 | Ou He | |
| 25 | 4K | 1/23/08 | Robert Blandi | |
| 26 | 4L | 2/7/08 | Eric A. Garcia | |
| 27 | 4M | 10/31/07 | Kyung Yeol Shin | |
| 28 | 4N | 10/15/07 | Michael & Lauren Ranish | |
| 29 | 5B & R2 | 10/15/07 | Karen Lote (Bray) and Kevin Bray | |
| 30 | 5C | 11/8/07 | Branko Kolvek & Lois Saldana | |
| 31 | 5F | 11/26/07 | Yat Fai Lau & Hailey Choi | |
| 32 | 5H & R3 | 10/15/07 | Terrence O'Malley | |
| 33 | 5K | 12/19/07 | Daniel Romero & Joann Ragusa | |
| 34 | 5L | 10/25/07 | Bryan Chuah & Carol Chuang | |
| 35 | 5N | 3/12/08 | Anup Uniyal & Rochelle Uniyal | |
| 36 | 6B | 3/3/08 | Karen Yee Leen Hui & Ping-Tai Hui | |
| 37 | 6C | 11/9/07 | Edward Chien and Wendy Leung | |
| 38 | 6D | 1/7/08 | William Lee & Szuyu Pan | |
| 39 | 6F | 7/7/08 | Philip DeMaiolo and Kathleen DeMaiolo | |
| 40 | 6G | 11/21/07 | Dorothy Chen | |
| 41 | 6H | 11/30/07 | Annemaria Kis | |
| 42 | 6J | 8/18/08 | Stacey Sy/Susan Sy and Lan-Bon Sy | |
| 43 | 6K | 5/6/08 | Greg Schaffert | |
| 44 | 6L | 10/25/07 | Anthony Allkins | |
| 45 | 6N | 10/30/07 | Anna Jonsson | |
| 46 | 7C | 11/21/07 | Amanda Mendes Salvato | |
| 47 | 7D & R17 | 10/18/07 | Sara Mosonso-Gaenzler and John Gaenzler | |
| 48 | 7F | 5/8/08 | Ovena Omoikus | |
| 49 | 7G | 10/30/07 | David Decicco and Kyle Jacobi | |
| 50 | 7H | 12/13/07 | Chirag R. Kadia | |
| 51 | 7K | 12/17/07 | Jason Salvador | |
| 52 | 7L | 1/31/08 | David M. Escew and Kiera LoBreglio | |
| 53 | 7N | 10/30/07 | Dexter Hosang and Elizabeth Giler | |
| 54 | 8C | 1/7/08 | Gianna DeSena | |
| 55 | 8D | 2/11/08 | Cara Sciortino (Brasor) and Winston Brasor | |
| 56 | 8E & GA22 | 12/12/07 | Robert L. Finale, Jr., and Randall W. Vetiquette | |
| 57 | 8F & R18 | 7/9/08 | Bartosz David Dynak and Michelle DelaCruz | |
| 58 | 8H | 12/12/07 | Brittney Beck | |
| 59 | 8K | 2/11/08 | Ivan Kam and Wan Foog Tsoi | |
| 60 | 8N | 12/12/07 | Edward Lee | |
| 61 | 9B | 9/19/08 | Martin J. Towey | |
| 62 | 9C | 10/14/08 | Artemis DiCiero and Luca DiCiero | |
| 63 | 9E | 10/1/08 | Zehra Naqvi | |
| 64 | 9F | 8/27/08 | Andrea Toochin | |
| 65 | 9H | 9/29/08 | Clifford S. Toy | |
| 66 | 9J | 11/12/08 | Anna Brescia | |
| 67 | 10B | 12/8/08 | Meredith Barsky | |
| 68 | 10E | 10/17/08 | Richard Yeam & Sean Yeam | |
| 69 | 10F | 12/8/08 | Beth Zaccaro | |
| 70 | 10K | 11/29/07 | Julie & David Llewe | |
| 71 | 11E | 1/23/08 | Dharma Frederick & Ivonhoe Frederick | |
| 72 | 11F | 12/2/08 | Mordechai Borochov | |
| 73 | 12C | 11/19/08 | John Christopher Whitelaw & Ana Sofia Mendonca Correia Whitelaw | |
| 74 | 12F | 8/18/08 | Sunnie Guglielmo & Eric Lenkowitz | |
| 75 | 12H | 6/18/08 | Chintan A. Panchal | |
| 76 | 1A | | | |
| 77 | 2A | | | |
| 78 | 2B | | | |
| 79 | 2D | | | |
| 80 | 2F | | | |
| 81 | 2H | | | |

HP000428

ONE HUNTERS POINT CONDOMINIUM
STATUS REPORT

As of March 26, 2009

| | |
|---|---|
| 82 | 2K |
| 83 | 3A |
| 84 | 3E |
| 85 | 3M |
| 86 | 4A |
| 87 | 4E |
| 88 | 5A |
| 89 | 5D |
| 90 | 5E |
| 91 | 5G |
| 92 | 5J |
| 93 | 5M |
| 94 | 6A |
| 95 | 6E |
| 96 | 6M |
| 97 | 7A |
| 98 | 7E |
| 99 | 7E |
| 100 | 7J |
| 101 | 7M |
| 102 | 8A |
| 103 | 8B |
| 104 | 8G |
| 105 | 8J |
| 106 | 8L |
| 107 | 8M |
| 108 | 9A |
| 109 | 9D |
| 110 | 9G |
| 111 | 9K |
| 112 | 10A |
| 113 | 10C |
| 114 | 10D |
| 115 | 10G |
| 116 | 10H |
| 117 | 10J |
| 118 | 11A |
| 119 | 11B |
| 120 | 11C |
| 121 | 11D |
| 122 | 11G |
| 123 | 11H |
| 124 | 11J |
| 125 | 11K |
| 126 | 12A |
| 127 | 12B |
| 128 | 12D |
| 129 | 12E |
| 130 | 12G |
| 131 | 12J |
| 132 | 12K |

HP000429

HUNTERS VIEW CONDOMINIUM
STATUS REPORT

As of March 26, 2009

| COUNT | UNIT # | DATE FULLY EXECUTED CONTRACT RECEIVED | PURCHASER | |
|---|---|---|---|---|
| 1 | 2A | 6/20/06 | James McDonough | |
| 2 | 2C | 11/1/07 | Alex Eshmoili | |
| 3 | 2G | 11/14/08 | Anthony Martello | |
| 4 | 3A | 3/6/08 | Erik Riveras & Ilene Wolf | |
| 5 | 3C | 11/6/07 | Hector Nazario | |
| 6 | 3D & GA10 | 11/26/07 | Mark Shulman & Dorothy Balocco-Shulman | |
| 7 | 3F | 11/1/07 | Clara L. Rivera | |
| 8 | 3G | 1/3/08 | Keith Cahill | |
| 9 | 4A & GA14 | 11/8/07 | Richard Chang | |
| 10 | 4B & GA24 | 11/26/07 | Eric Weiser | |
| 11 | 4C & GA11 | 11/5/07 | Hyesol Yang & Sehee Yang | |
| 12 | 4D & GA9 | 10/23/07 | Teresa Malorca & Mark Wade | |
| 13 | 4F | 1/4/08 | Luz Astudillo & Kenneth M. Sanchez | |
| 14 | 4G | 3/13/08 | Venita A. Farrier | |
| 15 | 5C | 2/11/08 | Marco Orniccioli | |
| 16 | 5F | 2/28/08 | Efsun Yilmaz & Oguz Kegan Yilmez | |
| 17 | 5G | 2/29/08 | Marc Hyun, Micky Hyun & Charlie Hyun | |
| 18 | 6C | 2/14/08 | Amarsingh Ghorpade | |
| 19 | 6F | 9/12/08 | Anthony C. Ko | |
| 20 | 7C | 2/7/08 | Susie Ng | |
| 21 | 7F | 9/2/08 | Shaina Ara & Joshua S. Bloom | |
| 22 | 8A/8B & GA5/GA6* | 1/25/08 | Richard Shiu | |
| 23 | 8C | 9/16/08 | Leonidas G. Sarvas & Petra Kasova | |
| 24 | 8F | 7/17/08 | Dr. Aruna Shreth | |
| 25 | 9F | 10/14/08 | Mari C. Rivera | |
| 26 | 2B | | | |
| 27 | 2D | | | |
| 28 | 2E | | | |
| 29 | 2F | | | |
| 30 | 3B | | | |
| 31 | 3E | | | |
| 32 | 4E | | | |
| 33 | 5A | | | |
| 34 | 5B | | | |
| 35 | 5D | | | |
| 36 | 5E | | | |
| 37 | 6A | | | |
| 38 | 6B | | | |
| 39 | 6D | | | |
| 40 | 6E | | | |
| 41 | 6G | | | |
| 42 | 7A | | | |
| 43 | 7B | | | |
| 44 | 7D | | | |
| 45 | 7E | | | |
| 46 | 7G | | | |
| 47 | 8D | | | |
| 48 | 8E | | | |
| 49 | 8G | | | |
| 50 | 9A | | | |
| 51 | 9B | | | |
| 52 | 9C | | | |
| 53 | 9D | | | |
| 54 | 9E | | | |
| 55 | 10A | | | |
| 56 | 10B | | | |
| 57 | 10C | | | |
| 58 | 10D | | | |
| 59 | 10E | | | |
| 60 | 10F | | | |
| 61 | 11A | | | |
| 62 | 11B | | | |
| 63 | 11C | | | |
| 64 | 11D | | | |
| 65 | 11E | | | |
| 66 | 11F | | | |
| 67 | 12A | | | |
| 68 | 12B | | | |
| 69 | 12C | | | |
| 70 | 12D | | | |
| 71 | 12E | | | |
| 72 | 12F | | | |

*Pursuant to Amendment No. 17 to the Offering Plan, the garage unit number designations were changed. Accordingly, the garage unit ancillary to residential unit 8A/8B is GA5/GA6 rather than GA14/GA15 as stated in the Purchase Agreement.

HP000430

**Jose Rivera**

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, June 08, 2009 4:38 PM |
| **To:** | Jose Rivera |
| **Subject:** | RE: Parking and Roof Top |

Thanks for the documentation

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Thursday, June 04, 2009 6:13 PM
**To:** Thomas, William
**Subject:** RE: Parking and Roof Top

Good afternoon Mr. Thomas.

Here are the unit schedules revised pursuant to your request.

Please let me know if you have any questions.

Thank you.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

HP000431

7/27/2009

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error,*

HP000432

please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, June 08, 2009 4:51 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Parking and Roof Top |

Bill:

You are welcome.

How was your trip to New York?

When do you think we can anticipate receiving a copy of the opinion via email.

Thanks.

> Best regards,
> Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

8/13/2009

HP000434

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 08, 2009 4:38 PM
**To:** Jose Rivera
**Subject:** RE: Parking and Roof Top

Thanks for the documentation

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Thursday, June 04, 2009 6:13 PM
**To:** Thomas, William
**Subject:** RE: Parking and Roof Top

Good afternoon Mr. Thomas.

Here are the unit schedules revised pursuant to your request.

Please let me know if you have any questions.

Thank you.

    Best regards,
    Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

8/13/2009

HP000435

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.*

8/13/2009

HP000436

*Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000437

# Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Monday, June 08, 2009 5:06 PM
**To:** Jose Rivera
**Subject:** RE: Parking and Roof Top

Trip fine. Rained Friday and we drove in heavy traffic up and down 7th as we toured downtown. Probably passed your building

As you know, it was beautiful Saturday and Sunday. (Saturday night saw the One Hunters Point atop the Manhattan West tunnel as we went under).

Documents have been re-submitted this afternoon after reviews and corrections of initial submissions.

Once signed by all that are to sign, I will convert into pdf and send.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 08, 2009 4:51 PM
**To:** Thomas, William
**Subject:** RE: Parking and Roof Top

Bill:

You are welcome.

How was your trip to New York?

When do you think we can anticipate receiving a copy of the opinion via email.

HP000438

7/27/2009

Thanks.

Best regards,
Jose

| ☒ cid:image002.jpg@01C91CC7.5F57A9A0 |

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, June 08, 2009 4:38 PM
**To:** Jose Rivera
**Subject:** RE: Parking and Roof Top

Thanks for the documentation

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development

HP000439

7/27/2009

Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Thursday, June 04, 2009 6:13 PM
**To:** Thomas, William
**Subject:** RE: Parking and Roof Top

Good afternoon Mr. Thomas.

Here are the unit schedules revised pursuant to your request.

Please let me know if you have any questions.

Thank you.

Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or

HP000440

matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 04, 2009 2:56 PM
**To:** Jose Rivera
**Subject:** Parking and Roof Top

Parking and Roof tap

Unit Numbers and Dates of Sales

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000441

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Thursday, June 11, 2009 8:20 AM |
| **To:** | Jose Rivera |
| **Cc:** | 'edermanb@verizon.net' |
| **Subject:** | ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

I was in a meeting when Jose called almost to the end of my day. I did get Jose's message and called back this morning and left a message on his voice mail. The opinions are still circulating and Jose will be the first to know as to the status. I will both FAX and e-mail a copy of each to Jose in addition to calling him and placing them in the mail to his attention.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

HP000442

7/27/2009

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000443

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Thursday, June 11, 2009 8:48 AM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium |

Good morning Bill.

I hope all is well.

Sorry to be a pain.

Thanks for getting back to me.

We are anxiously awaiting receipt of the opinions.

Thanks again.


Best regards,
Jose


[x] cid:image002.jpg@01C91CC7.5F57A9A0



Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have

HP000444

received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, June 11, 2009 8:20 AM
**To:** Jose Rivera
**Cc:** 'edermanb@verizon.net'
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium and ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

### BY WAY OF REPLY, PLEASE CONFIRM RECEIPT OF THIS E-MAIL.

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium;

ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

I was in a meeting when Jose called almost to the end of my day. I did get Jose's message and called back this morning and left a message on his voice mail. The opinions are still circulating and Jose will be the first to know as to the status. I will both FAX and e-mail a copy of each to Jose in addition to calling him and placing them in the mail to his attention.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW

8/13/2009

HP000445

Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

HP000446

**Jose Rivera**

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, June 22, 2009 4:30 PM |
| **To:** | 'William.Thomas@HUD.gov' |
| **Subject:** | Advisory Opinion |

Good afternoon Bill.

I hope all is well and that you had a nice father's day if you are a father.

Just following up on the status of the opinions.

Please advise.

Thanks
Best regards,

Jose


Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York  10001
Tel:  (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS
and other taxing authorities, we inform you that any tax advice contained in this
communication (including any attachments) is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any
taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

The information contained in this e-mail message is intended only for the personal and
confidential use of the designated recipients named herein. The message may be an attorney
client communication, and as such is privileged and confidential. If the reader of this
message is not the intended recipient or an agent responsible for delivering it to the
intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately
by telephone or e-mail and delete the original message from your system and thereafter
confirm its deletion.  Thank you.

HP000447

## Jose Rivera

**From:** Thomas, William [William.Thomas@hud.gov]
**Sent:** Tuesday, June 23, 2009 9:58 AM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinion

Father's day was fine.

Hope yours was well as well.

I am still waiting for the documents to be returned.

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 22, 2009 4:30 PM
**To:** Thomas, William
**Subject:** Advisory Opinion


Good afternoon Bill.

I hope all is well and that you had a nice father's day if you are a father.

Just following up on the status of the opinions.

Please advise.

Thanks
Best regards,

HP000448

Jose

Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York  10001
Tel:  (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we
inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated
recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If
the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you
are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of
this message is strictly prohibited. If you have received this communication in error, please notify us immediately by
telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

HP000449

7/27/2009

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Tuesday, June 23, 2009 10:09 AM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinion |

Thank you Sir.

Mine was a little rainy but nice Thanks.

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]

8/13/2009

**Sent:** Tuesday, June 23, 2009 9:58 AM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinion

Father's day was fine.

Hope yours was well as well.

I am still waiting for the documents to be returned.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 22, 2009 4:30 PM
**To:** Thomas, William
**Subject:** Advisory Opinion

Good afternoon Bill.

I hope all is well and that you had a nice father's day if you are a father.

Just following up on the status of the opinions.

Please advise.

Thanks
Best regards,

Jose

Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue

HP000451

23rd Floor
New York, New York  10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

8/13/2009

HP000452

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, July 13, 2009 3:25 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: Advisory Opinion |

Good afternoon Bill.

I hope all is well.

Any word on the advisory opinion?

Please advise.

Thanks.

Best regards,
Jose

[×] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion. Thank you.

8/13/2009                                                                HP000453

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Tuesday, June 23, 2009 9:58 AM
**To:** Jose Rivera
**Subject:** RE: Advisory Opinion

Father's day was fine.

Hope yours was well as well.

I am still waiting for the documents to be returned.

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, June 22, 2009 4:30 PM
**To:** Thomas, William
**Subject:** Advisory Opinion

Good afternoon Bill.

I hope all is well and that you had a nice father's day if you are a father.

Just following up on the status of the opinions.

Please advise.

Thanks
Best regards,

Jose

8/13/2009

HP000454

Jose M. Rivera, Esq., Partner
D'Agostino Levine & Landesman, LLP
345 Seventh Avenue
23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802
Jrivera@dagll.com. Website www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we
inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated
recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If
the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you
are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of
this message is strictly prohibited. If you have received this communication in error, please notify us immediately by
telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

HP000455