**Jose Rivera**

---

**From:** Jose Rivera
**Sent:** Thursday, July 23, 2009 4:24 PM
**To:** 'Thomas, William'; 'ledermanb@verizon.net'
**Cc:** Hart, Anita L
**Subject:** RE: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Good afternoon Mr. Thomas.

I hope all is well.

Thank you very much for forwarding to us the corrected opinion.

Please confirm by return email::

1) That the corrected One Hunter's Point letter dated 7-17-09 and attached to your email of today supersedes and is a retraction of the advisory opinion issued by your office dated 7-15-09.
2) When your web HUD site will be updated to indicate that the One Hunters Point and Hunters View projects are exempt from the requirements of ILSA as apposed to the current "pending" status.

Thank you.

Best regards,
Jose and Bruce

[x] cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is

privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Thursday, July 23, 2009 3:09 PM
**To:** Jose Rivera; 'ledermanb@verizon.net'
**Cc:** Hart, Anita L
**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Jose & Bruce:

Here is the corrected document processed by Ms Hart.

You may in fact have received the original that was sent out by support staff.

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions* ***or as an unofficial staff interpretation*** *by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**Jose Rivera**

**From:** Thomas, William [William.Thomas@hud.gov]

**Sent:** Thursday, July 23, 2009 6:42 PM

**To:** Jose Rivera; 'ledermanb@verizon.net'

**Subject:** ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium; ILS-32438 Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium;

*JOSE WROTE Thursday, July 23, 2009 4:24 PM*

*Please confirm by return email:*

*1. That the corrected One Hunter's Point letter dated 7-17-09 and attached to your email of today supersedes and is a retraction of the advisory opinion issued by your office dated 7-15-09.*

*2. When your web HUD site will be updated to indicate that the One Hunters Point and Hunters View projects are exempt from the requirements of ILSA as opposed to the current "pending" status.*

**RESPONSE**

Because of prior discussions, as I had agreed to do, I sent you both by e-mail the copy of the *Advisory Opinion* prepared by Ms Hart. If there were any questions, they were to be directed to Ms Hart as the *Advisory Opinion* indicated. However, Ms Hart has asked me to respond to your e-mail of this afternoon.

1. Since the date of the *Advisory Opinion* which was sent is subsequent to the July 15, 2009 opinion which Ms Hart previously issued, the July 17, 2009 *Advisory Opinion* is to be considered the most current *Advisory Opinion* on the matter. I believe that based on additional information which she

HP000480

received, the *Advisory Opinion* was re-written by her on July 17, 2009 and sent out by her though the Department's support staff. When I got the *Advisory Opinion*, I forwarded it to you.

2. Because of the limitations of the website, the word "Exempt" will show once the Complaint issues are addressed. It is anticipated that the Complaints which have been filed will be addressed in the next week or so.

See the last paragraph in the *Advisory Opinion*. The paragraph indicates that the opinion which was issued does not apply to any method or operation not fully disclosed by the Developer and does not waive any requirements of 15 U.S.C. § 1701 *et seq*. The paragraph also indicates that willful violation of the Interstate Land Sales Full Disclosure Act may result in civil money penalties and or criminal prosecution.

Also note that as to the 100 Lot Exemption, the Developer must comply with the Act and its anti-fraud provisions as set forth in 24 CFR §1710.4 (b) and (c).

See 24 CFR 1710.4(a). The exemptions available under 24 CFR 1710.5 through 24 CFR 1710.16 are not applicable when the method of sale, lease or other disposition of land or an interest in land is adopted for the purpose of evasion of the Act.

Please note, that what was obtained was an *Advisory Opinion* which was issued pursuant to 24 CFR 1710.17 as opposed to a *Regulatory Exemption Order* pursuant to 24 CFR 1710.16. Also note, that the term "Exempt" deals with ***the requirements of registration of the developments and to transactions exempt pursuant to*** the Interstate Land Sales Full Disclosure Act, 15 U.S.C. 1701 et seq, (the "Act"). See also 24 CFR 1701.3 for additional information.

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*