## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, August 03, 2009 1:54 PM |
| **To:** | Jose Rivera |
| **Subject:** | ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

**Attachments:** 8-3-09 Close Out Hunter View.PDF; 8-3-03 Close Out One Hunters.PDF

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory*

HP000500

*opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000501

8/14/2009

 **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-8000

OFFICE OF HOUSING

August 03, 2009

Jose M. Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001

Subject: ILS-32438; Borden East River Realty LLC and Simone Development
Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133

Dear Mr. Rivera:

The purpose of this letter is to inform you that HUD has closed its investigation into
Borden East River Realty LLC and Simone Development Company LLC's alleged violation of
the Interstate Land Sales Full Disclosure Act (the "Act"), 15 U.S.C. §1701 *et seq.*

According to the April 2, 2009 material presented to HUD by you in response to the
Department's March 6, 2009 jurisdictional questionnaire and the additional information and
material presented in your request for an Advisory Opinion regarding the sales within the One
Hunters Point Condominium and the requirements for registration, the Department has
determined that the subdivision was exempt from the need for registration.

As set forth within the Advisory Opinion dated July 17, 2009, based on the facts cited in
the comprehensive statement, the representations of counsel for the Developer as outlined within
the Advisory Opinion and the affirmation from the Developer, the Department found that the sale
of the first 98 residential units within the One Hunters Point and Hunters View Condominium
projects were exempt under the 100 Lot Exemption and the remaining 58 Residential Units in
One Hunters Point and the Forty-eight (48) Residential Units in Hunters View will be exempt
under the Improved Lot Exemption.

The Department reserves the right to re-open its investigation.  Thank you for your cooperation. If there are any questions, please contact Consumer Protection Compliance Specialist William J. Thomas at (202) 402-3006.

Sincerely,

William Thomas
Consumer Protection Compliance Specialist
Office of RESPA and
    Interstate Land Sales

HP000503

 **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-8000

OFFICE OF HOUSING

August 03, 2009

Jose M Rivera, Esquire
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001

Subject: ILS-32439; 11/49 Realty LLC and Simone Development Company LLC;
Hunters View Condominium; I-09-097

Dear Mr. Rivera:

The purpose of this letter is to inform you that HUD has closed its investigation into
11/49 Realty LLC and Simone Development Company LLC's alleged violation of the Interstate
Land Sales Full Disclosure Act (the "Act"), 15 U.S.C. §1701 *et seq.*

According to the April 2, 2009 material presented to HUD by you in response to the
Department's March 6, 2009 jurisdictional questionnaire and the additional information and
material presented in your request for an Advisory Opinion regarding the sales within the
Hunters View Condominium and the requirements for registration, the Department has
determined that the subdivision was exempt from the need for registration.

As set forth within the Advisory Opinion dated July 17, 2009, based on the facts cited in
the comprehensive statement, the representations of counsel for the Developer as outlined within
the Advisory Opinion and the affirmation from the Developer, the Department found that the sale
of the first 98 residential units within the One Hunters Point and Hunters View Condominium
projects were exempt under the 100 Lot Exemption and the remaining 58 Residential Units in
One Hunters Point and the Forty-eight (48) Residential Units in Hunters View will be exempt
under the Improved Lot Exemption.

HP000504

The Department reserves the right to re-open its investigation.  Thank you for your cooperation. If there are any questions, please contact Consumer Protection Compliance Specialist William J. Thomas at (202) 402-3006.

Sincerely,

William Thomas
Office of RESPA and
Interstate Land Sales

HP000505

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, August 03, 2009 2:03 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

Thanks Bill.

Typically how long before the website is updated?


Best regards,
Jose


[x] cid:image002.jpg@01C91CC7.5F57A9A0



Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

HP000506

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

HP000507

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, August 03, 2009 2:01 PM |
| **To:** | Jose Rivera |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 and ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

Did you check it?

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:03 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 and ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Thanks Bill.

Typically how long before the website is updated?


Best regards,
Jose

HP000508

cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758

8/14/2009

HP000509

Tele:  516 541-8900
Fax:  516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/14/2009

HP000510

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, August 03, 2009 2:05 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

I just did.


Best regards,
Jose


[x] cid:image002.jpg@01C91CC7.5F57A9A0


Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website:  www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.


**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:01 PM

8/13/2009

HP000511

**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Did you check it?

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:03 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Thanks Bill.

Typically how long before the website is updated?


Best regards,
Jose

[x] cid:image002.jpg@01C91CC7.5F57A9A0

8/13/2009

HP000512

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

8/13/2009

HP000513

Attached are the close out letters

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/13/2009

HP000514

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, August 03, 2009 2:08 PM |
| **To:** | Jose Rivera |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

I was told immediately.

The person who knows is out but I will check when he returns later.

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:05 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

I just did.


Best regards,
Jose

HP000515

8/14/2009

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:01 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Did you check it?

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410

HP000516

8/14/2009

Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:03 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Thanks Bill.

Typically how long before the website is updated?

Best regards,
Jose

☒ cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele:  516 541-8900
Fax:  516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is*

HP000518

*intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000519

8/14/2009

## Jose Rivera

| | |
|---|---|
| **From:** | Jose Rivera |
| **Sent:** | Monday, August 03, 2009 2:12 PM |
| **To:** | 'Thomas, William' |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 and ILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

Please advise Thanks.

I just check again.


Best regards,
Jose





Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

8/13/2009

HP000520

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:08 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

I was told immediately.

The person who knows is out but I will check when he returns later.

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:05 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

I just did.


Best regards,
Jose


[×] cid:image002.jpg@01C91CC7.5F57A9A0


8/13/2009

HP000521

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York  10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:01 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Did you check it?

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No*

8/13/2009

HP000522

*expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:03 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Thanks Bill.

Typically how long before the website is updated?


Best regards,
Jose


☒ cid:image002.jpg@01C91CC7.5F57A9A0



Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have

HP000523

received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414
Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only. If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery. Federal law prohibits the disclosure or other use of this information. Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request*

HP000524

*for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

HP000525

## Jose Rivera

| | |
|---|---|
| **From:** | Thomas, William [William.Thomas@hud.gov] |
| **Sent:** | Monday, August 03, 2009 3:17 PM |
| **To:** | Jose Rivera |
| **Subject:** | RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium |

Should Update after midnight

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions or as an unofficial staff interpretation by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:12 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Please advise Thanks.

I just check again.


   Best regards,
   Jose

8/14/2009

HP000526

cid:image002.jpg@01C91CC7.5F57A9A0

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing
authorities, we inform you that any tax advice contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be
imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

The information contained in this e-mail message is intended only for the personal and confidential use of the
designated recipients named herein. The message may be an attorney client communication, and as such is
privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error,
and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone or e-mail and delete the
original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:08 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters
Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development
Company LLC; Hunters View Condominium

I was told immediately.

The person who knows is out but I will check when he returns later.

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154

8/14/2009

HP000527

451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:05 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

I just did.


     Best regards,
     Jose


     ☒ cid:image002.jpg@01C91CC7.5F57A9A0


     Jose M. Rivera, Esq., Partner
     D'Agostino, Levine & Landesman, L.L.P.
     345 Seventh Avenue
     23rd Floor
     New York, New York  10001
     email: jrivera@dagll.com
     (212) 564-9800 Ext. 414 Fax (212) 564-9802

     Website: www.dagll.com

     IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

     The information contained in this e-mail message is intended only for the personal and confidential use of the

8/14/2009

designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion.  Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 2:01 PM
**To:** Jose Rivera
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Did you check it?

Best regards,

*William J. Thomas*

William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

---

**From:** Jose Rivera [mailto:jrivera@dagll.com]
**Sent:** Monday, August 03, 2009 2:03 PM
**To:** Thomas, William
**Subject:** RE: ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Thanks Bill.

Typically how long before the website is updated?

8/14/2009

HP000529

Best regards,
Jose

| x | cid:image002.jpg@01C91CC7.5F57A9A0 |

Jose M. Rivera, Esq., Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue
23rd Floor
New York, New York 10001
email: jrivera@dagll.com
(212) 564-9800 Ext. 414 Fax (212) 564-9802

Website: www.dagll.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you.

---

**From:** Thomas, William [mailto:William.Thomas@hud.gov]
**Sent:** Monday, August 03, 2009 1:54 PM
**To:** Jose Rivera
**Subject:** ILS-32438; Borden East River Realty LLC and Simone Development Company LLC; One Hunters Point Condominium; I-09-096; I-09-113; and I-09-133 andILS-32439; 11/49 Realty LLC and Simone Development Company LLC; Hunters View Condominium

Jose M Rivera, Esquire, Partner
D'Agostino, Levine & Landesman, L.L.P.
345 Seventh Avenue, 23rd Floor
New York NY 10001
(212) 564-9800 Ext. 414

HP000530

8/14/2009

Fax (212) 564-9802
email: jrivera@dagll.com

Bruce H. Lederman, Esq.
Lederman Abrahams & Lederman, LLP
567 Broadway
Massapequa, NY 11758
Tele: 516 541-8900
Fax: 516 541-9232
516-551-0446
email: ledermanb@verizon.net

Attached are the close out letters

Best regards,

*William J. Thomas*
William J. Thomas, MBA, Certified Paralegal
*Consumer Protection Compliance Specialist*
Office of RESPA/Interstate Land Sales
Department of Housing and Urban Development
Room 9154
451 7th Street SW
Washington DC 20410
Phone: 202-402-3006
Fax: 202-708-4559

*WARNING: Any reply e-mail to this message will be sent through a United States Government e-mail system. No expectation of privacy should be expected of information transmitted through this system. This message is intended for designated recipients only.  If you have received this message in error, please delete the original and all copies and notify the sender immediately as to any errors in delivery.  Federal law prohibits the disclosure or other use of this information.  Please note that any information contained herein is to be considered as advice of a general nature as to the preparation of a filing and/or as a response to an informal inquiry or request for information or as a response to informal discussions **or as an unofficial staff interpretation** by the Office of RESPA/Interstate Land Sales staff pursuant to 24 CFR §1720-35 and is not deemed to be a formal advisory opinion as described under 24 CFR §1710-17 and does not provide any additional protection as that which may be afforded if an official advisory opinion was obtained.*

8/14/2009

HP000531