

**Housing**
About Housing
Contact us
Keywords
▼ Single Family
 ▪ Audience groups
 ▪ Buying a home
 ▪ Events & training
 ▪ FHA insured loans
 ▪ Common questions
 ▪ Housing counseling
 ▪ HUD homes/ REO
 ▪ Owning a home
 ▪ Reference guide
 ▪ Regulatory programs
Hospitals
Multifamily
OAHP
Reading room
Online forums
Work online

**HUD news**

**Homes**

**Communities**

**Working with HUD**

**Resources**

**Tools**
Webcasts
Mailing lists
Contact us
Help

Housing

# Interstate Land Sales All States

The Interstate Land Sales program protects consumers from fraud and the sale or lease of land. In 1968 Congress enacted the Interstate Land Disclosure Act, which is patterned after the Securities Law of 1933 and land developers to register subdivisions of 100 or more non-exempt lot and to provide each purchaser with a disclosure document called a Prop Report. The Property Report contains relevant information about the su and must be delivered to each purchaser before the signing of the contr agreement.

There are 170 Subdivisions in the State of New York.

Home | By Name | By Developer | Previous Page | Next Page

AL | AK | AR | AZ | CA | CO | CT | CZ | DC | DE | FL | FO | GA | GU | HI | IA | ID | IL | LA | MA | MD | ME | MI | MID | MN | MO | MS | MT | NC | ND | NE | NH | NJ | NM | NY | NV | OH | OK | OR | P, SD | TN | TX | PR | UT | VA | VE | VI | WA | WI | WV | WY



| Subdivision Name | Status | Current Develo |
|---|---|---|
| G Lake Preserve | Exempt | Charmonex Char Corporation |
| Garnet Hill | Exempt | Garnett Hill Com |
| Garnet Hill | Exempt | Garnett Hill Com |
| Garondah Estates | Exempt | Gaylord Properti |
| Green Mansions | Exempt | John Palermo |
| Green Mansions Country Club | Exempt | John Palermo |
| Gulf Aire | Exempt | Suddath Realty ( Inc. |
| Guys Cedar Park | Exempt | Guy & Fleurange |
| Headlands, The | Registered-Suspended | Creative Propert |
| Highland | Registered-Suspended | Patten of New Y Corporation |
| Hiwassee On Norris Lake | Exempt-Active | Campbell County Dev Co |
| → Hunters View | Exempt | 11/49 Realty LLC |
| K. L. S. K. Inc. | Exempt | Lionel Chauve |
| Lake Breeze Acres | Exempt | Taylor Investmer Corporation |
| Lake Snow Forest & Snow Mountain | Exempt | Lake Snow Corpo |
| Land First | Exempt | Land First, Inc. |
| Land O Pines | Exempt | Robert Ruggles |

| | | |
|---|---|---|
| **Landcamps** | Exempt | Christmas & Ass Inc. |
| **Landlink USA LLC** | Pending | LandLink USA, L |
| **Larchmont and Others** | Exempt | Roger Abell |

Home    By Name    By Developer    Previous Page    Next Page

AL | AK | AR | AZ | CA | CO | CT | CZ | DC | DE | FL | FO | GA | GU | HI | IA | ID | IL | IA | MA | MD | ME | MI
MID | MN | MO | MS | MT | NC | ND | NE | NH | NJ | NM | NY | NV | OH | OK | OR | P.
SD | TN | TX | PR | UT | VA | VE | VI | WA | WI | WV | WY

Page 4

If you need more information about the act, or whether it applies to yo
or not, please e-mail us:

**Comments or Questions**

Last modified at : 08/05/2009 10:29:24 AM                                  

 U.S. Department of Housing and Urban Development
451 7th Street S.W., Washington, DC 20410
Telephone: (202) 708-1112   TTY: (202) 708-1455
Find the address of a HUD office near you                 Privac
                                                                         Home



Housing

# Interstate Land Sales All States

**Housing**
About Housing
Contact us
Keywords
☑ Single Family
 ▪ Audience groups
 ▪ Buying a home
 ▪ Events & training
 ▪ FHA insured loans
 ▪ Common questions
 ▪ Housing counseling
 ▪ HUD homes/ REO
 ▪ Owning a home
 ▪ Reference guide
 ▪ Regulatory programs
Hospitals
Multifamily
OAHP
Reading room
Online forums
Work online

**HUD news**

**Homes**

**Communities**

**Working with HUD**

**Resources**

**Tools**
Webcasts
Mailing lists
Contact us
Help

The Interstate Land Sales program protects consumers from fraud and the sale or lease of land. In 1968 Congress enacted the Interstate Land Disclosure Act, which is patterned after the Securities Law of 1933 and land developers to register subdivisions of 100 or more non-exempt lot and to provide each purchaser with a disclosure document called a Prop Report. The Property Report contains relevant information about the su and must be delivered to each purchaser before the signing of the conti agreement.

There are 170 Subdivisions in the State of New York.

| Home | By Name | By Developer | Previous Page | Nex |

AL | AK | AR | AZ | CA | CO | CT | CZ | DC | DE | FL | FO | GA | GU | HI | IA |
MA | MD | ME | MI
MID | MN | MO | MS | MT | NC | ND | NE | NH | NJ | NM | NY | NV | OH | OK
TN | TX | PR | UT | VA | VE | VI | WA | WI | WV | W

| Subdivision Name | Status | Current Dev |
|---|---|---|
| Leisurewood Recreational Community | Registered-Suspended | Leisurewood |
| Leisurewood Recreational Community | Exempt | Leisurewood |
| Mohawk Highlands | Registered-Active | New York La |
| Montauk Improvement | Exempt | Montauk Imp |
| Moss Farm | Exempt | United Kartla |
| Mount Greenery Developers Company | Exempt | Mt. Greenery |
| Mountain Air | Pending | Mountain Air |
| Mountain Meadow Park | Exempt | Camper Resc |
| Mountain Meadows Campground | Exempt | Camper Resc |
| Mountain View Land | Exempt | Mountain Vie |
| New York Land & Ranches 7-00037-34 | Exempt | Orchard Inve |
| Northshore At Chautauqua | Registered-Suspended | |
| One Hanson Place Condominium | Pending | CJUF II Hans Company, In |
| One Hunters Point Condominium | Exempt | Borden East |
| One Madison Park Condominium | Pending | Madison Parl |
| Pebble Beach Farms | Exempt | Pebble Beacl |
| Pebble Beach Farms | Exempt | Pebble Beacl |
| Pebble Beach Farms | Registered- | Pebble Beacl |



http://hhhqunp003.hud.gov/HSNG/ILS/ILSSubdivisions.nsf/All-States?OpenView&Restrict...  8/5/2009

HP000534

|  | Suspended |  |
|---|---|---|
| **Pine Grove** | Pending | Moose River |
| **Pork Bay** | Exempt | Charles Vosb |

Home | By Name | By Developer | Previous Page | Next

AL | AK | AR | AZ | CA | CO | CT | CZ | DC | DE | FL | FO | GA | GU | HI | IA | MA | MD | ME | MI | MID | MN | MO | MS | MT | NC | ND | NE | NH | NJ | NM | NY | NV | OH | OK | TN | TX | PR | UT | VA | VE | VT | WA | WI | WV | W

If you need more information about the act, or whether it applies to yo or not, please e-mail us:

**Comments or Questions**

Last modified at : 08/05/2009 10:30:15 AM 

 U.S. Department of Housing and Urban Development
451 7th Street S.W., Washington, DC 20410
Telephone: (202) 708-1112   TTY: (202) 708-1455
Find the address of a HUD office near you

 Privac
Home