AMENDMENT NO. 2

To the Offering Plan of

*ONE HUNTERS POINT CONDOMINIUM*

Located at:
5-49 Borden Avenue
Long Island City, Queens County, New York

This Amendment modifies and supplements the terms of the Offering Plan accepted for filing on September 11, 2007 and amended September 25, 2007 (Amendment No. 1) (hereinafter called the "Plan") and should be read in conjunction with the Plan. The terms of this Amendment are as follows:

1.  **Revised Schedule A**

Schedule A to the Offering Plan is amended to disclose revised Initial Purchase Prices of the following Units:

| Unit | Revised Purchase Price |
|---|---|
| D5 | $663,000.00 |
| H6 | 485,000.00 |
| C6 | 515,000.00 |
| N6 | 445,000.00 |
| N5 | 433,000.00 |
| K3 | 403,210.00 |
| C2 | 421,428.00 |
| H3 | 420,900.00 |
| F3 | 570,960.00 |
| K9 | 1,115,300.00 |
| K10 | 965,300.00 |
| K11 | 975,300.00 |
| K12 | 985,000.00 |
| B2 | 865,000.00 |
| D2 | 814,000.00 |
| M2 | 785,000.00 |

The revisions of the initial purchase prices resulted in slight modifications to financial information in Schedule A. An entire revised Schedule A is annexed hereto.

The provisions of this Paragraph shall only apply to purchase agreements entered into subsequent to the date of this Amendment.

2.  **Incorporation of Plan**

The Plan, as modified and supplemented hereby, is incorporated herein by reference with the same effect as if set forth at length.

3.  **Definitions**

All terms used in this Amendment, not otherwise defined herein, shall have the same meanings ascribed to them in the Plan.

4.  **No Material Changes**

Except as set forth in this Amendment, there have been no material changes in the Plan.

Dated: _____

*BORDEN EAST RIVER REALTY LLC*
Sponsor

SCHEDULE A
PROJECTED COMMON CHARGES AND REAL ESTATE TAXES
FIRST YEAR OF OPERATION
JULY 1, 2008 TO JUNE 30, 2009

| | Unit | Type | Balcony / Terrace | Bal / Terr Sq.Ft. | Floor Area Sq. Ft. | Initial Price | Percentage Common Interest | Res/Roof/Garage Percentage Common Interest | Projected Monthly Common Charges | Projected Monthly Real Estate Taxes With 421-a Exemption | Projected Monthly Real Estate Taxes Without 421-a Exemption | Projected Monthly Carrying Charges With 421-a Exemption | Projected Monthly Carrying Charges Without 421-a Exemption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ONE HUNTERS POINT** | | | | | | | | | | | | | |
| Residential Unit | A1 | 2 Bed/2Ba | None | | 892 | $520,000 | 0.5989% | 0.6133% | $481.83 | $20.11 | $1,210.03 | $501.94 | $1,691.86 |
| Residential Unit | A2 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $830,000 | 0.9559% | 0.9789% | $769.08 | $32.09 | $1,931.40 | $801.17 | $2,700.48 |
| Residential Unit | A3 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $845,000 | 0.9732% | 0.9966% | $782.98 | $32.67 | $1,966.30 | $815.65 | $2,749.28 |
| Residential Unit | A4 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $860,000 | 0.9905% | 1.0143% | $796.88 | $33.25 | $2,001.21 | $830.13 | $2,798.08 |
| Residential Unit | A5 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $875,000 | 1.0077% | 1.0320% | $810.78 | $33.83 | $2,036.11 | $844.61 | $2,846.89 |
| Residential Unit | A6 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $890,000 | 1.0250% | 1.0496% | $824.68 | $34.41 | $2,071.02 | $859.09 | $2,895.69 |
| Residential Unit | A7 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $905,000 | 1.0423% | 1.0673% | $838.58 | $34.99 | $2,105.92 | $873.57 | $2,944.50 |
| Residential Unit | A8 | 2 Bed/2Ba | Balcony | 71 | 1,168 | $920,000 | 1.0596% | 1.0850% | $852.47 | $35.57 | $2,140.82 | $888.05 | $2,993.30 |
| Residential Unit | A9 | 2 Bed/2Ba | Terrace | 323 | 1,175 | $1,100,000 | 1.2669% | 1.2973% | $1,019.26 | $42.53 | $2,559.68 | $1,061.80 | $3,578.94 |
| Residential Unit | A10 | 2 Bed/2Ba | Balcony | 68 | 1,175 | $925,000 | 1.0653% | 1.0909% | $857.11 | $35.77 | $2,152.46 | $892.87 | $3,009.57 |
| Residential Unit | A11 | 2 Bed/2Ba | Balcony | 67 | 1,175 | $940,000 | 1.0826% | 1.1086% | $871.01 | $36.35 | $2,187.36 | $907.35 | $3,058.37 |
| Residential Unit | A12 | 2 Bed/2Ba | Balcony | 66 | 1,175 | $955,000 | 1.0999% | 1.1263% | $884.91 | $36.93 | $2,222.27 | $921.83 | $3,107.17 |
| Residential Unit | B2 | 2 Bed/2Ba | Terrace | 1,664 | 1,043 | $865,000 | 0.9962% | 1.0202% | $801.51 | $33.45 | $2,012.84 | $834.96 | $2,814.35 |
| Residential Unit | B3 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $660,000 | 0.7601% | 0.7784% | $611.56 | $25.52 | $1,535.81 | $637.08 | $2,147.37 |
| Residential Unit | B4 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $675,000 | 0.7774% | 0.7961% | $625.46 | $26.10 | $1,570.71 | $651.56 | $2,196.17 |
| Residential Unit | B5 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $690,000 | 0.7947% | 0.8138% | $639.36 | $26.68 | $1,605.62 | $666.04 | $2,244.97 |
| Residential Unit | B6 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $700,000 | 0.8062% | 0.8256% | $648.62 | $27.07 | $1,628.89 | $675.69 | $2,277.51 |
| Residential Unit | B7 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $710,000 | 0.8177% | 0.8374% | $657.89 | $27.45 | $1,652.16 | $685.34 | $2,310.05 |
| Residential Unit | B8 | 2 Bed/2Ba | Balcony | 106 | 1,043 | $720,000 | 0.8292% | 0.8491% | $667.15 | $27.84 | $1,675.43 | $694.99 | $2,342.58 |
| Residential Unit | B9 | 1 Bed/1Ba | Balcony | 118 | 607 | $438,700 | 0.5053% | 0.5174% | $406.50 | $16.96 | $1,020.85 | $423.46 | $1,427.35 |
| Residential Unit | B10 | 1 Bed/1Ba | Balcony | 118 | 607 | $448,700 | 0.5168% | 0.5292% | $415.77 | $17.35 | $1,044.12 | $433.12 | $1,459.88 |
| Residential Unit | B11 | 1 Bed/1Ba | Balcony | 118 | 607 | $458,700 | 0.5283% | 0.5410% | $425.03 | $17.74 | $1,067.39 | $442.77 | $1,492.42 |
| Residential Unit | B12 | 1 Bed/1Ba | Balcony | 118 | 607 | $468,700 | 0.5398% | 0.5528% | $434.30 | $18.12 | $1,090.66 | $452.42 | $1,524.96 |
| Residential Unit | C2 | 1 Bed/1Ba | Balcony | 67 | 692 | $421,428 | 0.4854% | 0.4970% | $390.50 | $16.29 | $980.66 | $406.79 | $1,371.15 |
| Residential Unit | C3 | 1 Bed/1Ba | Balcony | 67 | 692 | $426,000 | 0.4906% | 0.5024% | $394.73 | $16.47 | $991.29 | $411.20 | $1,386.03 |
| Residential Unit | C4 | 1 Bed/1Ba | Balcony | 67 | 692 | $441,000 | 0.5079% | 0.5201% | $408.63 | $17.05 | $1,026.20 | $425.68 | $1,434.83 |
| Residential Unit | C5 | 1 Bed/1Ba | Terrace | 1,762 | 692 | $456,000 | 0.5252% | 0.5378% | $422.53 | $17.63 | $1,061.10 | $440.16 | $1,483.64 |
| Residential Unit | C6 | 1 Bed/1Ba | Balcony | 67 | 692 | $515,000 | 0.5425% | 0.5555% | $436.43 | $18.21 | $1,096.01 | $454.64 | $1,532.44 |
| Residential Unit | C7 | 1 Bed/1Ba | Balcony | 67 | 692 | $486,000 | 0.5597% | 0.5732% | $450.33 | $18.79 | $1,130.91 | $469.12 | $1,581.24 |
| Residential Unit | C8 | 1 Bed/1Ba | Balcony | 67 | 692 | $501,500 | 0.5770% | 0.5909% | $464.23 | $19.37 | $1,165.82 | $483.60 | $1,630.05 |
| Residential Unit | C9 | 2 Bed/2Ba | Balcony | 137 | 957 | $653,700 | 0.7529% | 0.7710% | $605.72 | $25.28 | $1,521.15 | $631.00 | $2,126.87 |
| Residential Unit | C10 | 2 Bed/2Ba | Terrace | 596 | 957 | $668,700 | 0.7701% | 0.7886% | $619.62 | $25.86 | $1,556.05 | $645.48 | $2,175.67 |
| Residential Unit | C11 | 2 Bed/2Ba | Balcony | 137 | 957 | $683,700 | 0.7874% | 0.8063% | $633.52 | $26.44 | $1,590.96 | $659.95 | $2,224.48 |
| Residential Unit | C12 | 2 Bed/2Ba | Balcony | 137 | 957 | $698,700 | 0.8047% | 0.8240% | $647.42 | $27.02 | $1,625.86 | $674.43 | $2,273.28 |
| Residential Unit | D2 | 2 Bed/2Ba | Terrace | 137 | 967 | $814,000 | 0.9375% | 0.9600% | $754.25 | $31.47 | $1,894.16 | $785.73 | $2,648.42 |
| Residential Unit | D3 | 2 Bed/2Ba | Balcony | 67 | 967 | $603,700 | 0.6953% | 0.7120% | $559.39 | $23.34 | $1,404.80 | $582.73 | $1,964.19 |
| Residential Unit | D4 | 2 Bed/2Ba | Balcony | 137 | 967 | $613,700 | 0.7068% | 0.7238% | $568.66 | $23.73 | $1,428.07 | $592.39 | $1,996.73 |
| Residential Unit | D5 | 2 Bed/2Ba | Balcony | 137 | 967 | $663,000 | 0.7186% | 0.7356% | $577.92 | $24.12 | $1,451.34 | $602.04 | $2,029.26 |
| Residential Unit | D6 | 2 Bed/2Ba | Balcony | 137 | 967 | $633,700 | 0.7298% | 0.7474% | $587.19 | $24.50 | $1,474.61 | $611.69 | $2,061.80 |
| Residential Unit | D7 | 2 Bed/2Ba | Balcony | 137 | 967 | $680,000 | 0.7414% | 0.7592% | $596.45 | $24.89 | $1,497.88 | $621.34 | $2,094.33 |
| Residential Unit | D8 | 2 Bed/2Ba | Balcony | 137 | 967 | $653,700 | 0.7529% | 0.7710% | $605.72 | $25.28 | $1,521.15 | $631.00 | $2,126.87 |
| Residential Unit | D9 | 2 Bed/2Ba | Terrace | 596 | 1,247 | $927,000 | 1.0676% | 1.0933% | $858.96 | $35.84 | $2,157.11 | $894.80 | $3,016.07 |
| Residential Unit | D10 | 2 Bed/2Ba | Balcony | 137 | 1,247 | $876,500 | 1.0095% | 1.0337% | $812.17 | $33.89 | $2,039.60 | $846.06 | $2,851.77 |
| Residential Unit | D11 | 2 Bed/2Ba | Balcony | 137 | 1,247 | $886,500 | 1.0210% | 1.0455% | $821.43 | $34.28 | $2,062.87 | $855.71 | $2,884.30 |
| Residential Unit | D12 | 2 Bed/2Ba | Balcony | 137 | 1,247 | $896,500 | 1.0325% | 1.0573% | $830.70 | $34.66 | $2,086.14 | $865.36 | $2,916.84 |
| Residential Unit | E2 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $643,000 | 0.7405% | 0.7583% | $595.81 | $24.86 | $1,496.25 | $620.67 | $2,092.06 |
| Residential Unit | E3 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $658,000 | 0.7578% | 0.7760% | $609.70 | $25.44 | $1,531.15 | $635.15 | $2,140.86 |
| Residential Unit | E4 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $673,000 | 0.7751% | 0.7937% | $623.60 | $26.02 | $1,566.06 | $649.63 | $2,189.66 |
| Residential Unit | E5 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $688,000 | 0.7924% | 0.8114% | $637.50 | $26.60 | $1,600.96 | $664.10 | $2,238.47 |
| Residential Unit | E6 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $703,000 | 0.8097% | 0.8291% | $651.40 | $27.18 | $1,635.87 | $678.58 | $2,287.27 |

Hunters Point Common Charge Final Rev 7-23-07

SCHEDULE A
PROJECTED COMMON CHARGES AND REAL ESTATE TAXES
FIRST YEAR OF OPERATION
JULY 1, 2008 TO JUNE 30, 2009

| | Unit | Type | Balcony / Terrace | Bal / Terr Sq.Ft. | Floor Area Sq. Ft. | Initial Price | Percentage Common Interest | Res/Roof/Garage Percentage Common Interest | Projected Monthly Common Charges | Projected Monthly Real Estate Taxes With 421-a Exemption | Projected Monthly Real Estate Taxes Without 421-a Exemption | Projected Monthly Carrying Charges With 421-a Exemption | Projected Monthly Carrying Charges Without 421-a Exemption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential Unit | E7 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $718,000 | 0.8269% | 0.8468% | $665.30 | $27.76 | $1,670.77 | $693.06 | $2,336.07 |
| Residential Unit | E8 | 2 Bed/2Ba | Balcony | 69 | 1,037 | $733,000 | 0.8442% | 0.8645% | $679.20 | $28.34 | $1,705.68 | $707.54 | $2,384.88 |
| Residential Unit | E9 | 2 Bed/2Ba | Balcony | 137 | 933 | $664,000 | 0.7647% | 0.7831% | $615.26 | $25.67 | $1,545.12 | $640.94 | $2,160.38 |
| Residential Unit | E10 | 2 Bed/2Ba | Balcony | 137 | 933 | $679,000 | 0.7820% | 0.8008% | $629.16 | $26.25 | $1,580.02 | $655.42 | $2,209.19 |
| Residential Unit | E11 | 2 Bed/2Ba | Balcony | 137 | 933 | $694,000 | 0.7993% | 0.8185% | $643.06 | $26.83 | $1,614.93 | $669.90 | $2,257.99 |
| Residential Unit | E12 | 2 Bed/2Ba | Balcony | 137 | 933 | $709,000 | 0.8166% | 0.8362% | $656.96 | $27.41 | $1,649.83 | $684.38 | $2,306.79 |
| Residential Unit | F2 | 2 Bed/2Ba | Terrace | 1,351 | 936 | $755,200 | 0.8698% | 0.8907% | $699.77 | $29.20 | $1,757.34 | $728.97 | $2,457.11 |
| Residential Unit | F3 | 2 Bed/2Ba | Balcony | 137 | 936 | $570,950 | 0.6576% | 0.6734% | $529.05 | $22.08 | $1,328.61 | $551.13 | $1,857.67 |
| Residential Unit | F4 | 2 Bed/2Ba | Balcony | 137 | 936 | $564,200 | 0.6498% | 0.6654% | $522.79 | $21.82 | $1,312.88 | $544.60 | $1,835.67 |
| Residential Unit | F5 | 2 Bed/2Ba | Balcony | 137 | 936 | $574,200 | 0.6613% | 0.6772% | $532.06 | $22.20 | $1,336.15 | $554.26 | $1,868.21 |
| Residential Unit | F6 | 2 Bed/2Ba | Balcony | 137 | 936 | $584,200 | 0.6728% | 0.6890% | $541.32 | $22.59 | $1,359.42 | $563.91 | $1,900.75 |
| Residential Unit | F7 | 2 Bed/2Ba | Balcony | 137 | 936 | $594,200 | 0.6843% | 0.7008% | $550.59 | $22.98 | $1,382.69 | $573.56 | $1,933.28 |
| Residential Unit | F8 | 2 Bed/2Ba | Balcony | 137 | 936 | $604,200 | 0.6959% | 0.7126% | $559.85 | $23.36 | $1,405.96 | $583.22 | $1,985.82 |
| Residential Unit | F9 | 1 Bed/1Ba | Balcony | 68 | 689 | $477,500 | 0.5499% | 0.5632% | $442.45 | $18.46 | $1,111.13 | $460.92 | $1,553.59 |
| Residential Unit | F10 | 1 Bed/1Ba | Balcony | 68 | 689 | $487,500 | 0.5615% | 0.5749% | $451.72 | $18.85 | $1,134.40 | $470.57 | $1,586.12 |
| Residential Unit | F11 | 1 Bed/1Ba | Balcony | 68 | 689 | $497,500 | 0.5730% | 0.5867% | $460.98 | $19.24 | $1,157.67 | $480.22 | $1,618.66 |
| Residential Unit | F12 | 1 Bed/1Ba | Balcony | 68 | 689 | $507,500 | 0.5845% | 0.5985% | $470.25 | $19.62 | $1,180.94 | $489.87 | $1,651.20 |
| Residential Unit | G2 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $664,200 | 0.7650% | 0.7833% | $615.45 | $25.68 | $1,545.58 | $641.13 | $2,161.03 |
| Residential Unit | G3 | 2 Bed/2Ba | Balcony | 137 | 1,065 | $685,000 | 0.7889% | 0.8079% | $634.72 | $26.49 | $1,593.98 | $661.21 | $2,228.71 |
| Residential Unit | G4 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $700,000 | 0.8062% | 0.8256% | $648.62 | $27.07 | $1,628.89 | $675.69 | $2,277.51 |
| Residential Unit | G5 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $715,000 | 0.8235% | 0.8433% | $662.52 | $27.65 | $1,663.79 | $690.17 | $2,326.31 |
| Residential Unit | G6 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $730,000 | 0.8407% | 0.8609% | $676.42 | $28.23 | $1,698.70 | $704.65 | $2,375.12 |
| Residential Unit | G7 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $745,000 | 0.8580% | 0.8786% | $690.32 | $28.81 | $1,733.60 | $719.13 | $2,423.92 |
| Residential Unit | G8 | 2 Bed/2Ba | Balcony | 69 | 1,065 | $760,000 | 0.8753% | 0.8963% | $704.22 | $29.39 | $1,768.51 | $733.60 | $2,472.73 |
| Residential Unit | G9 | 2 Bed/2Ba | Terrace | 596 | 1,230 | $975,000 | 1.1229% | 1.1499% | $903.44 | $37.70 | $2,268.81 | $941.14 | $3,172.25 |
| Residential Unit | G10 | 2 Bed/2Ba | Balcony | 137 | 1,230 | $864,600 | 0.9958% | 1.0197% | $801.14 | $33.43 | $2,011.91 | $834.57 | $2,813.05 |
| Residential Unit | G11 | 2 Bed/2Ba | Balcony | 137 | 1,230 | $879,600 | 1.0130% | 1.0374% | $815.04 | $34.01 | $2,046.81 | $849.05 | $2,861.85 |
| Residential Unit | G12 | 2 Bed/2Ba | Balcony | 137 | 1,230 | $894,600 | 1.0303% | 1.0551% | $828.94 | $34.59 | $2,081.72 | $863.53 | $2,910.66 |
| Residential Unit | H2 | 1 Bed/1Ba | Terrace | 820 | 690 | $565,000 | 0.6507% | 0.6663% | $523.53 | $21.85 | $1,314.75 | $545.38 | $1,838.28 |
| Residential Unit | H3 | 1 Bed/1Ba | Balcony | 68 | 690 | $420,900 | 0.4848% | 0.4964% | $390.01 | $16.27 | $979.43 | $406.28 | $1,369.43 |
| Residential Unit | H4 | 1 Bed/1Ba | Balcony | 68 | 690 | $421,600 | 0.4856% | 0.4972% | $390.66 | $16.30 | $981.06 | $406.96 | $1,371.71 |
| Residential Unit | H5 | 1 Bed/1Ba | Balcony | 68 | 690 | $431,600 | 0.4971% | 0.5090% | $399.92 | $16.69 | $1,004.33 | $416.61 | $1,404.25 |
| Residential Unit | H6 | 1 Bed/1Ba | Balcony | 68 | 690 | $441,600 | 0.5086% | 0.5208% | $409.19 | $17.07 | $1,027.60 | $426.26 | $1,436.78 |
| Residential Unit | H7 | 1 Bed/1Ba | Balcony | 68 | 690 | $451,600 | 0.5201% | 0.5326% | $418.45 | $17.46 | $1,050.87 | $435.92 | $1,469.32 |
| Residential Unit | H8 | 1 Bed/1Ba | Balcony | 68 | 646 | $461,600 | 0.5316% | 0.5444% | $427.72 | $17.85 | $1,074.14 | $445.57 | $1,501.86 |
| Residential Unit | H9 | 1 Bed/1Ba | Balcony | 68 | 646 | $471,600 | 0.5431% | 0.5562% | $436.99 | $18.23 | $1,097.41 | $455.22 | $1,534.39 |
| Residential Unit | H10 | 1 Bed/1Ba | Balcony | 68 | 646 | $481,600 | 0.5547% | 0.5680% | $446.25 | $18.62 | $1,120.68 | $464.87 | $1,566.93 |
| Residential Unit | H11 | 1 Bed/1Ba | Balcony | 68 | 646 | $491,600 | 0.5662% | 0.5798% | $455.52 | $19.01 | $1,143.94 | $474.53 | $1,599.46 |
| Residential Unit | H12 | 1 Bed/1Ba | Balcony | 68 | 646 | $501,600 | 0.5777% | 0.5916% | $464.78 | $19.39 | $1,167.21 | $484.18 | $1,632.00 |
| Residential Unit | J2 | 1 Bed/1Ba | Balcony | 69 | 728 | $450,500 | 0.5188% | 0.5313% | $417.43 | $17.42 | $1,048.31 | $434.85 | $1,465.74 |
| Residential Unit | J3 | 1 Bed/1Ba | Balcony | 69 | 728 | $465,500 | 0.5361% | 0.5490% | $431.33 | $18.00 | $1,083.21 | $449.33 | $1,514.54 |
| Residential Unit | J4 | 1 Bed/1Ba | Balcony | 69 | 728 | $480,500 | 0.5534% | 0.5667% | $445.23 | $18.58 | $1,118.12 | $463.81 | $1,563.35 |
| Residential Unit | J5 | 1 Bed/1Ba | Balcony | 69 | 728 | $500,000 | 0.5759% | 0.5897% | $463.30 | $19.33 | $1,163.49 | $482.63 | $1,626.79 |
| Residential Unit | J6 | 1 Bed/1Ba | Balcony | 69 | 728 | $515,000 | 0.5931% | 0.6074% | $477.20 | $19.91 | $1,198.40 | $497.11 | $1,675.60 |
| Residential Unit | J7 | 1 Bed/1Ba | Balcony | 69 | 728 | $530,000 | 0.6104% | 0.6251% | $491.10 | $20.49 | $1,233.30 | $511.59 | $1,724.40 |
| Residential Unit | J8 | 1 Bed/1Ba | Balcony | 69 | 728 | $545,000 | 0.6277% | 0.6428% | $505.00 | $21.07 | $1,268.21 | $526.07 | $1,773.20 |
| Residential Unit | J9 | 2 Bed/2Ba | Balcony | 68 | 1,020 | $706,900 | 0.8141% | 0.8337% | $655.02 | $27.33 | $1,644.94 | $682.35 | $2,299.96 |
| Residential Unit | J10 | 2 Bed/2Ba | Balcony | 68 | 1,020 | $721,900 | 0.8314% | 0.8514% | $668.91 | $27.91 | $1,679.85 | $696.83 | $2,348.76 |
| Residential Unit | J11 | 2 Bed/2Ba | Balcony | 68 | 1,020 | $736,900 | 0.8487% | 0.8691% | $682.81 | $28.49 | $1,714.75 | $711.31 | $2,397.57 |
| Residential Unit | J12 | 2 Bed/2Ba | Balcony | 68 | 1,020 | $751,900 | 0.8660% | 0.8868% | $696.71 | $29.07 | $1,749.66 | $725.79 | $2,446.37 |
| Residential Unit | K2 | 1 Bed/1Ba | Terrace | 820 | 661 | $555,000 | 0.6392% | 0.6546% | $514.26 | $21.46 | $1,291.48 | $535.72 | $1,805.74 |

**SCHEDULE A**
**PROJECTED COMMON CHARGES AND REAL ESTATE TAXES**
**FIRST YEAR OF OPERATION**
**JULY 1, 2008 TO JUNE 30, 2009**

| | Unit | Type | Balcony / Terrace | Bal / Terr Sq.Ft. | Floor Area Sq.Ft. | Initial Price | Percentage Common Interest | Res/Roof/Garage Percentage Common Interest | Projected Monthly Common Charges | Projected Monthly Real Estate Taxes With 421-a Exemption | Projected Monthly Real Estate Taxes Without 421-a Exemption | Projected Monthly Carrying Charges With 421-a Exemption | Projected Monthly Carrying Charges Without 421-a Exemption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential Unit | K3 | 1 Bed/1Ba | Balcony | 68 | 661 | $403,210 | 0.4644% | 0.4755% | $373.62 | $15.59 | $938.26 | $389.21 | $1,311.88 |
| Residential Unit | K4 | 1 Bed/1Ba | Balcony | 68 | 661 | $405,800 | 0.4674% | 0.4786% | $376.02 | $15.69 | $944.29 | $391.71 | $1,320.31 |
| Residential Unit | K5 | 1 Bed/1Ba | Balcony | 68 | 661 | $415,800 | 0.4789% | 0.4904% | $385.28 | $16.08 | $967.56 | $401.36 | $1,352.84 |
| Residential Unit | K6 | 1 Bed/1Ba | Balcony | 68 | 661 | $425,800 | 0.4904% | 0.5022% | $394.55 | $16.46 | $990.83 | $411.01 | $1,385.38 |
| Residential Unit | K7 | 1 Bed/1Ba | Balcony | 68 | 661 | $435,800 | 0.5019% | 0.5140% | $403.81 | $16.85 | $1,014.10 | $420.66 | $1,417.91 |
| Residential Unit | K8 | 1 Bed/1Ba | Balcony | 68 | 661 | $445,800 | 0.5134% | 0.5258% | $413.08 | $17.24 | $1,037.37 | $430.32 | $1,450.45 |
| Residential Unit | K9 | 3 Bed/2Ba | Terrace | 356 | 1,220 | $1,115,300 | 1.2845% | 1.3154% | $1,033.44 | $43.12 | $2,595.28 | $1,076.56 | $3,628.72 |
| Residential Unit | K10 | 3 Bed/2Ba | Balcony | 68 | 1,220 | $965,300 | 1.1117% | 1.1384% | $894.45 | $37.32 | $2,246.24 | $931.77 | $3,140.69 |
| Residential Unit | K11 | 3 Bed/2Ba | Balcony | 68 | 1,220 | $975,300 | 1.1233% | 1.1502% | $903.72 | $37.71 | $2,269.51 | $941.43 | $3,173.22 |
| Residential Unit | K12 | 3 Bed/2Ba | Balcony | 68 | 1,220 | $985,000 | 1.1344% | 1.1617% | $912.70 | $38.09 | $2,292.08 | $950.79 | $3,204.78 |
| Residential Unit | L2 | 1 Bed/1Ba | Balcony | 69 | 782 | $505,000 | 0.5816% | 0.5956% | $467.93 | $19.53 | $1,175.13 | $487.46 | $1,643.06 |
| Residential Unit | L3 | 1 Bed/1Ba | Balcony | 69 | 782 | $520,000 | 0.5989% | 0.6133% | $481.83 | $20.11 | $1,210.03 | $501.94 | $1,691.86 |
| Residential Unit | L4 | 1 Bed/1Ba | Balcony | 69 | 782 | $535,000 | 0.6162% | 0.6310% | $495.73 | $20.69 | $1,244.94 | $516.42 | $1,740.67 |
| Residential Unit | L5 | 1 Bed/1Ba | Balcony | 69 | 782 | $550,000 | 0.6334% | 0.6487% | $509.63 | $21.27 | $1,279.84 | $530.90 | $1,789.47 |
| Residential Unit | L6 | 1 Bed/1Ba | Balcony | 69 | 782 | $565,000 | 0.6507% | 0.6663% | $523.53 | $21.85 | $1,314.75 | $545.38 | $1,838.28 |
| Residential Unit | L7 | 1 Bed/1Ba | Balcony | 69 | 782 | $580,000 | 0.6680% | 0.6840% | $537.43 | $22.43 | $1,349.65 | $559.86 | $1,887.08 |
| Residential Unit | L8 | 1 Bed/1Ba | Balcony | 69 | 782 | $595,000 | 0.6853% | 0.7017% | $551.33 | $23.01 | $1,384.56 | $574.33 | $1,935.88 |
| Residential Unit | M2 | 2 Bed/2Ba | Terrace | 489 | 1,173 | $785,000 | 0.9041% | 0.9258% | $727.38 | $30.35 | $1,826.68 | $757.74 | $2,554.07 |
| Residential Unit | M3 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $740,800 | 0.8532% | 0.8737% | $686.43 | $28.64 | $1,723.83 | $715.07 | $2,410.26 |
| Residential Unit | M4 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $755,800 | 0.8705% | 0.8914% | $700.33 | $29.22 | $1,758.73 | $729.55 | $2,459.06 |
| Residential Unit | M5 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $770,800 | 0.8877% | 0.9091% | $714.23 | $29.80 | $1,793.64 | $744.03 | $2,507.86 |
| Residential Unit | M6 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $785,800 | 0.9050% | 0.9268% | $728.12 | $30.38 | $1,828.54 | $758.51 | $2,556.67 |
| Residential Unit | M7 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $800,800 | 0.9223% | 0.9444% | $742.02 | $30.96 | $1,863.45 | $772.99 | $2,605.47 |
| Residential Unit | M8 | 2 Bed/2Ba | Balcony | 74 | 1,173 | $815,800 | 0.9396% | 0.9621% | $755.92 | $31.54 | $1,898.35 | $787.47 | $2,654.28 |
| Residential Unit | N2 | 1 Bed/1Ba | Terrace | 1166 | 608 | $565,000 | 0.6507% | 0.6663% | $523.53 | $21.85 | $1,314.75 | $545.38 | $1,838.28 |
| Residential Unit | N3 | 1 Bed/1Ba | Balcony | 68 | 608 | $371,100 | 0.4274% | 0.4377% | $343.86 | $14.35 | $863.54 | $358.21 | $1,207.41 |
| Residential Unit | N4 | 1 Bed/1Ba | Balcony | 68 | 608 | $381,100 | 0.4389% | 0.4495% | $353.13 | $14.74 | $886.81 | $367.86 | $1,239.94 |
| Residential Unit | N5 | 1 Bed/1Ba | Balcony | 68 | 608 | $433,000 | 0.4504% | 0.4613% | $362.39 | $15.12 | $910.08 | $377.52 | $1,272.48 |
| Residential Unit | N6 | 1 Bed/1Ba | Balcony | 68 | 608 | $445,000 | 0.4620% | 0.4730% | $371.66 | $15.51 | $933.35 | $387.17 | $1,305.01 |
| Residential Unit | N7 | 1 Bed/1Ba | Balcony | 68 | 608 | $411,100 | 0.4735% | 0.4848% | $380.93 | $15.90 | $956.62 | $396.82 | $1,337.55 |
| Residential Unit | N8 | 1 Bed/1Ba | Balcony | 68 | 608 | $421,100 | 0.4850% | 0.4966% | $390.19 | $16.28 | $979.89 | $406.47 | $1,370.09 |
| Residential Units Total | 132 | | | 20,420 | 120,638 | 85,039,598 | 97.8543% | 100.0000% | $78,567.41 | $3,278.48 | $197,306.77 | $81,845.88 | $275,874.17 |
| Parking Space Unit | GA1 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA2 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA3 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA4 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA5 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA6 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA7 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA8 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA9 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA10 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA11 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA12 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA13 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA14 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA15 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA16 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA17 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA18 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA19 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |

**SCHEDULE A**
**PROJECTED COMMON CHARGES AND REAL ESTATE TAXES**
**FIRST YEAR OF OPERATION**
**JULY 1, 2008 TO JUNE 30, 2009**

| | Unit | Type | Balcony / Terrace | Bal / Terr Sq.Ft. | Floor Area Sq.Ft. | Initial Price | Percentage Common Interest | Res/Roof/Garage Percentage Common Interest | Projected Monthly Common Charges | Projected Monthly Real Estate Taxes With 421-a Exemption | Projected Monthly Real Estate Taxes Without 421-a Exemption | Projected Monthly Carrying Charges With 421-a Exemption | Projected Monthly Carrying Charges Without 421-a Exemption |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parking Space Unit | GA20 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA21 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA22 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA23 | | | | | $45,000 | 0.0518% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA24 | | | | | $45,000 | 0.0461% | 4.0179% | $41.70 | $1.74 | $104.71 | $43.44 | $146.41 |
| Parking Space Unit | GA25 | Handicap | | | | $40,000 | 0.0461% | 3.5714% | $37.06 | $1.55 | $93.08 | $38.61 | $130.14 |
| Parking Space Unit Total | 25 | | | | | $1,120,000 | 1.2899% | 100.0000% | $1,037.80 | $43.31 | $2,606.22 | $1,081.10 | $3,644.02 |
| Roof Unit | R1 | | | | 216 | $23,000 | 0.0265% | 2.5089% | $21.31 | $0.89 | $53.52 | $22.20 | $74.83 |
| Roof Unit | R2 | | | | 216 | $23,000 | 0.0265% | 2.5089% | $21.31 | $0.89 | $53.52 | $22.20 | $74.83 |
| Roof Unit | R3 | | | | 216 | $23,000 | 0.0265% | 2.5089% | $21.31 | $0.89 | $53.52 | $22.20 | $74.83 |
| Roof Unit | R4 | | | | 225 | $27,000 | 0.0311% | 2.9452% | $25.02 | $1.04 | $62.83 | $26.06 | $87.85 |
| Roof Unit | R5 | | | | 289 | $30,000 | 0.0346% | 3.2724% | $27.80 | $1.16 | $69.81 | $28.96 | $97.61 |
| Roof Unit | R6 | | | | 287 | $42,000 | 0.0484% | 4.5814% | $38.92 | $1.62 | $97.73 | $40.54 | $136.65 |
| Roof Unit | R7 | | | | 218 | $34,650 | 0.0399% | 3.7797% | $32.11 | $1.34 | $80.63 | $33.45 | $112.74 |
| Roof Unit | R8 | | | | 218 | $34,650 | 0.0399% | 3.7797% | $32.11 | $1.34 | $80.63 | $33.45 | $112.74 |
| Roof Unit | R9 | | | | 218 | $34,650 | 0.0399% | 3.7797% | $32.11 | $1.34 | $80.63 | $33.45 | $112.74 |
| Roof Unit | R10 | | | | 357 | $44,100 | 0.0508% | 4.8105% | $40.86 | $1.71 | $102.62 | $42.57 | $143.48 |
| Roof Unit | R11 | | | | 331 | $42,525 | 0.0490% | 4.6387% | $39.40 | $1.64 | $98.95 | $41.05 | $138.36 |
| Roof Unit | R12 | | | | 269 | $39,375 | 0.0453% | 4.2951% | $36.48 | $1.52 | $91.62 | $38.01 | $128.11 |
| Roof Unit | R13 | | | | 245 | $38,850 | 0.0447% | 4.2378% | $36.00 | $1.50 | $90.40 | $37.50 | $126.40 |
| Roof Unit | R14 | | | | 221 | $36,750 | 0.0423% | 4.0087% | $34.05 | $1.42 | $85.52 | $35.47 | $119.57 |
| Roof Unit | R15 | | | | 185 | $33,600 | 0.0387% | 3.6651% | $31.13 | $1.30 | $78.19 | $32.43 | $109.32 |
| Roof Unit | R16 | | | | 246 | $38,850 | 0.0447% | 4.2378% | $36.00 | $1.50 | $90.40 | $37.50 | $126.40 |
| Roof Unit | R17 | | | | 246 | $38,850 | 0.0447% | 4.2378% | $36.00 | $1.50 | $90.40 | $37.50 | $126.40 |
| Roof Unit | R18 | | | | 292 | $52,500 | 0.0605% | 5.7268% | $48.65 | $2.03 | $122.17 | $50.68 | $170.81 |
| Roof Unit | R19 | | | | 230 | $42,000 | 0.0484% | 4.5814% | $38.92 | $1.62 | $97.73 | $40.54 | $136.65 |
| Roof Unit | R20 | | | | 230 | $42,000 | 0.0484% | 4.5814% | $38.92 | $1.62 | $97.73 | $40.54 | $136.65 |
| Roof Unit | R21 | | | | 301 | $50,400 | 0.0580% | 5.4977% | $46.70 | $1.95 | $117.28 | $48.65 | $163.98 |
| Roof Unit | R22 | | | | 218 | $29,000 | 0.0334% | 3.1633% | $26.87 | $1.12 | $67.48 | $27.99 | $94.35 |
| Roof Unit | R23 | | | | 218 | $29,000 | 0.0334% | 3.1633% | $26.87 | $1.12 | $67.48 | $27.99 | $94.35 |
| Roof Unit | R24 | | | | 218 | $29,000 | 0.0334% | 3.1633% | $26.87 | $1.12 | $67.48 | $27.99 | $94.35 |
| Roof Unit | R25 | | | | 218 | $29,000 | 0.0334% | 3.1633% | $26.87 | $1.12 | $67.48 | $27.99 | $94.35 |
| Roof Unit | R26 | | | | 218 | $29,000 | 0.0334% | 3.1633% | $26.87 | $1.12 | $67.48 | $27.99 | $94.35 |
| Roof Unit Total | ###### | | | | 6,346 | $916,750 | 1.0558% | 100.0000% | $849.46 | $35.45 | $2,133.26 | $884.91 | $2,982.73 |
| TOTAL | ###### | | | 20,420 | 126,984 | $87,076,348 | 100.0000% | | $80,454.67 | $3,357.23 | $202,046.25 | $83,811.89 | $282,500.92 |
| | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | |
| RESIDENTIAL UNITS | ##### | | | 20,420 | 119,746 | $85,039,598 | 97.6543% | 100.0000% | $78,567.41 | $3,278.48 | $197,306.77 | $81,845.88 | $275,874.17 |
| GARAGE UNITS | ###### | | | | 13,360 | $1,120,000 | 1.2899% | 100.0000% | $1,037.80 | $43.31 | $2,606.22 | $1,081.10 | $3,644.02 |
| ROOF UNITS | ###### | | | | 6,346 | $916,750 | 1.0558% | 100.0000% | $849.463 | $35.45 | $2,133.26 | $884.91 | $2,982.73 |
| TOTAL: ALL UNITS | ###### | | | 20,420 | 139,452 | $87,076,348 | 100.0000% | | $80,454.67 | $3,357.23 | $202,046.25 | $83,811.89 | $282,500.92 |
| ANNUAL ALL UNITS | | | | | | | | | $965,456.00 | $40,286.72 | $2,424,555.00 | $1,005,742.72 | $3,390,011.00 |