# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6513
Writer's Direct Fax: (516) 663-6713
Writer's E-Mail: erubenstein@rmfpc.com

> NYS DEPARTMENT OF LAW
> RECEIVED
> OCT 30 2007
> ADMINISTRATIVE SERVICES UNIT
> 120 BROADWAY

October 30, 2007

**VIA MESSENGER**

Real Estate Financing Bureau
Department of Law
120 Broadway – 23rd Floor
New York, New York 10271

Re:   Amendment No. 5 – File No. CD07-0082
      One Hunters Point Condominium
      5-49 Borden Avenue
      Long Island City, New York 11101 (the "Premises")

To Whom It May Concern:

In connection with the above Offering Plan, which was reviewed by Lisa C. Wallace, Esq. and accepted for filing on September 11, 2007, I forward to you the following documents:

1. Three (3) copies of Amendment No. 5 (Amendment No. 1 was submitted on September 25, 2007 (Price Change), Amendment No. 2 was accepted on October 5, 2007, Amendment No. 3 was accepted on October 12, 2007 and Amendment No. 4 was accepted on October 22, 2007);
2. Check no. 1049 payable to New York State Department of Law in the amount of $225.00;
3. One (1) copy of the Offering Plan with all Amendments attached;
4. One (1) original form CD-2, signed by the Sponsor; and
5. One (1) CD-11 Price Increase.

No prior amendments have been submitted to but not yet filed by the Office of the Attorney General. The current status of the Plan is as follows:

a. The Plan has not been declared effective; and

b. There are no outstanding rescission periods. There are currently no investigations pending by the Office of the Attorney General by the Sponsor, a principal of the Sponsor or of the proposed condominium property.

Please call me if you require any additional information.

Very truly yours,

ERIC C. RUBENSTEIN
For the Firm

ECR:dmh
Enclosures

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788

AMENDMENT NO. 5

To the Offering Plan of

*ONE HUNTERS POINT CONDOMINIUM*

Located at:
5-49 Borden Avenue
Long Island City, Queens County, New York

This Amendment modifies and supplements the terms of the Offering Plan accepted for filing on September 11, 2007, amended September 26, 2007 (Amendment No. 1), amended October 5, 2007 (Amendment 2), amended October 12, 2007 (Amendment 3) and amended October 22, 2007 (Amendment 4) (hereinafter called the "Plan") and should be read in conjunction with the Plan. The terms of this Amendment are as follows:

1. **Revised Schedule A**

Schedule A to the Offering Plan is amended to disclose revised Initial Purchase Prices of the following Units:

| Unit | Revised Purchase Price |
|---|---|
| K12 | $1,110,000.00 |
| F5 | 635,000.00 |
| GA1 | 75,000.00 |
| GA2 | 75,000.00 |
| GA3 | 75,000.00 |
| GA4 | 75,000.00 |
| GA5 | 75,000.00 |
| GA6 | 75,000.00 |
| GA7 | 75,000.00 |
| GA8 | 75,000.00 |
| GA9 | 75,000.00 |
| GA10 | 75,000.00 |
| GA11 | 75,000.00 |
| GA12 | 75,000.00 |
| GA13 | 75,000.00 |
| GA14 | 75,000.00 |
| GA15 | 75,000.00 |
| GA16 | 75,000.00 |
| GA17 | 75,000.00 |
| GA18 | 75,000.00 |
| GA19 | 75,000.00 |
| GA20 | 75,000.00 |

::ODMA\PCDOCS\RMF_DOC\401909\1

| | |
|---|---|
| GA21 | 75,000.00 |
| GA22 | 75,000.00 |
| GA23 | 75,000.00 |
| GA24 | 75,000.00 |

The provisions of this Paragraph shall only apply to purchase agreements entered into subsequent to the date of this Amendment.

## 2. Incorporation of Plan

The Plan, as modified and supplemented hereby, is incorporated herein by reference with the same effect as if set forth at length.

## 3. Definitions

All terms used in this Amendment, not otherwise defined herein, shall have the same meanings ascribed to them in the Plan.

## 4. No Material Changes

Except as set forth in this Amendment, there have been no material changes in the Plan.

Dated: October 30, 2007

*BORDEN EAST RIVER REALTY LLC*
Sponsor