Phone: 1-877-964-1964 / contact@no-condo.com

- Home
- About Us
- Purchaser Rights
- Why contact us?
- Documents for your case
- Press

# Obtain a Return of Your Deposit

The downturn of the real estate market has led purchasers (like you) to reevaluate their once promising condominium/real estate purchases. If you seek to get out of your purchase of a condominium unit or other real estate purchase, contact us today.

We are experienced in **helping purchasers obtain all, or a portion, of their condominium purchase deposits back.** You may have a case if you have paid a deposit and the developer has done one or more of the following:
- Violated the Interstate Land Sales Full Disclosure Act
- Violated a state land sales registration statute
- Made material changes to underlying governing documents for the condominium (i.e. changes to your Declaration, Rules and Restrictions, Purchase Agreement, etc.)
- Made false or inaccurate statements with regards to completion dates or amenities to be provided with your condominium
- Failed to provide a required state disclosure document

**Purchasers may be able to get their money back, even after closing.** Also, we may be able to get your deposit back on real estate purchases for new construction homes in a planned community.

Finding out if you can obtain your deposit is simple. Call us, or submit your contact information, to find out if we can help in your situation. Not pursuing all of your options could lead to a purchase you do not want. You may be able to get out of that purchase.

**Contact us to find out if you have a case.**

### ATTORNEY ADVERTISING
A Wilentz, Goldman & Spitzer, P.A. and West Law Group, P.C. website
Prior results do not guarantee success on your matter

Wilentz, Goldman & Spitzer, P.A. has numerous law offices including offices at the following locations: 110 William Street, 26th Floor, New York, NY 10038-3901, Phone Number 212-267-3091 (New York, NY Office), 90 Woodbridge Center Drive, Suite 90 Box 10, Woodbridge, NJ 07095-0958, Phone Number 732-636-8000 (Woodbridge, NJ Office), Two Penn Center Plaza, Suite 910, Philadelphia, PA 19102, Phone Number 215-940-4000 (Philadelphia, PA Office)

The West Law Group, P.C. is located at 1800 Tysons Boulevard, Suite 250, McLean, VA 22102, Phone Number 703-564-4600. Before making your choice of attorney, you should give the matter careful thought. The selection of any attorney is an important decision. If this communication is inaccurate or misleading, report same to Committee on Attorney Advertising, Hughes Justice Complex, P.O. Box 037, Trenton, Jersey 08625.

-

### Contact Us Today

Name

[                    ]
(required)

**Email**

[                    ]

(required)

**Telephone**

[                    ]

(required)

**Name of Condominium**

[                    ]

(required)

**Number of Units in Building**

[                    ]

**City**

[                    ]

(required)

**State**

[                    ]

(required)

**Purchase Date**

[                    ]

**Amount of Deposit**

[                    ]

**Comments**

[                    ]

**How did you hear about us?**

[ Select         ▼ ]

(required)

[ Submit ]

Copyright © 2008 No-Condo.com - A Wilentz, Goldman & Spitzer, P.A. and West Law Group, P.C. Website

All rights reserved.