One Hunters Point

**HUD**                                   **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| 1710.100 - Statement of Record | |
| 1710.105 - Cover Page: | Please see the cover page of Offering Plan Accepted for filing by New York State Department of Law on September 11, 2007 |
| (a) | Cover page of Offering plan complies with 1 inch margin requirements |
| (b) | Disclosure of reading report before signing is set forth in the Special Risks and Introduction sections, respectively, in paragraph 1 on page 1 and the last paragraph, in caps and bold lettering, on page 15 of the Offering Plan |
| (c) | Disclosure of no approval of Offering Plan by governmental agency is located at the last paragraph of cover page of the Offering Plan<br><br>Disclosure of right to cancel agreement unless the Offering Plan is read prior to signing the agreement is set forth in the Procedure to Purchase section of the Offering Plan in the second paragraph on page 51<br><br>Delivery of Offering Plan - This is the Issue in this Case |
| (d)(1) | Disclosure of right to cancel agreement unless the Offering Plan is read prior to signing the agreement is in the Procedure to Purchase section of the plan in the second paragraph on page 51 of the Offering plan |

## One Hunters Point

**HUD**                          **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (d)(2)(i) | Disclosure of right to cancel agreement if 1st closing does not happen within 12 months of the projected first year of operation is set forth in the Procedure to Purchase section at the third paragraph on page 54 of the Offering Plan |
| (d)(2)(ii) | Disclosure of the delivery of a bargain and sale deed with covenant against grantor's acts is set forth in the Terms of Sale section of the Offering Plan in paragraph (f) on page 65 |
| (d)(2)(iii)(A) | Disclosure of the legally sufficient and recordable lot description is located in the Unit Deed which is located on page 227 of the Offering Plan |
| (d)(2)(iii)(B) | Disclosure of notification of default of Purchaser is set forth in the Procedure to Purchaser section in the second paragraph on page 53 |
| (d)(2)(iii)(C) | Disclosure of Purchasers 10% deposit and damages for default are set forth in the Procedure to Purchase section of the Offering Plan in the third full paragraph on page 52 and the last paragraph on page 53 |
| (d)(2)(iv) | This is the issue in this Case |
| (e) | New York State Department of Law does not require red lettering but in section 20.3(a)(6) and (7) of Part 20 of Title 13 NYCRR sets forth the requirement of a certain size, BOLD and capital lettering which must be apart from other print |
| (f) | Disclosure of the acceptance date of the Offering Plan is set forth on the cover page of the Offering Plan |

## One Hunters Point

**HUD**                                **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| 1710.106 - Table of Contents: | |
| (a) | Disclosure of the Table of Contents is located inside the cover page of the Offering Plan |
| (b) | Disclosure is set forth in the Definitions section on pages 19 and 20 of the Offering Plan which specifically refers to Purchaser and Sponsor not "You" and "We"<br><br>Additional Special Risks are set forth in said section of Offering Plan located on pages 1-7 |
| 1710.107 - Risks of buying land: | Disclosure of Special Risks to Purchasers is set forth on the cover page of the Offering Plan and in the Special Risks section on pages 1 thru 7 |
| (a)(1) | Individual future land values are not applicable to high rise condominiums but the projected assessment for the entire Property is set forth in the 2nd full paragraph of footnote 6 of the Schedule A section of the Offering Plan located on page 35 |
| (a)(2) | Disclosure of no roads on the project and the applicable utilities are in the Location and Area Information section in the 3rd paragraph on page 29 and in the Description of Property and Specifications section of the Offering Plan in paragraph d on page 128 |
| (a)(3) | Disclosure of resale difficulties are set forth in paragraphs 22, 24 and 41 on pages 214, 215 and 218 in the Purchase Agreement section of the Offering Plan |

One Hunters Point

**HUD**          **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (a)(4) | Disclosure regarding the surrounding environment is set forth in the Location and Information Section of the Offering Plan on page 28; and<br><br>The Description of Property and Specifications Report section commencing on page 127 |
| (a)(5) | Disclosure of seeking professional advice is set forth in paragraph 1 on page 1 in the Special Risk section of the Offering Plan |
| (b) | Disclosure of warnings are as set forth in the Special Risks disclosure set forth on the Cover page of the Offering Plan and the Special Risks section located at pages 1 thru 7 the Offering Plan |
| 1710.108: General Information: | Disclosure of general information concerning the project is set forth on the Cover page, in the Description of Property and Improvements section commencing on page 22 and the Identity of Parties section commencing on page 117 of the Offering Plan |
| 1710.109: Title to the property and land use: | |
| (a)(1) thru (b)(4) | Disclosure of a purchasers rights is set forth in the Procedure to Purchase section commencing on page 51 of the Offering Plan and disclosure as to title to the property is set forth in the Terms of Sale section commencing on page 65 |
| (c) | Disclosure of encumbrances etc. are set forth in the Terms of Sale section of the Offering Plan commencing on page 65 |

One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (d) | Disclosure of delivery of deed is set forth in the Terms of Sale section commencing on page 65 and paragraph d in the Unit Closing Costs and Adjustments section of the Offering Plan on page 69 |
| (d)(1)(i) and (ii) | Disclosure of delivery of deed is set forth in the Terms of Sale section commencing on page 65 and paragraph d in the Unit Closing Costs and Adjustments section of the Offering Plan on page 69 |
| (d)(1)(iii) | Disclosure of restrictions on recording documents are set forth in paragraph 44 in the form Purchase Agreement located on page 220 of the Offering Plan |
| (d)(1)(iv) | Disclosure of deed recording at closing is set forth in paragraph (f) in the Terms of Sale section of the Offering Plan commencing on page 65 and paragraph (f) in the Unit Closing and Adjustment section on page 69, resulting with the deed being taken for recording by title company at closing |
| (d)(2) | Disclosure of title insurance is set forth in paragraphs (d) and (h) in the Terms of Sales section of the Offering Plan located on page 65; and paragraph (c) in the Unit Closing Costs and Adjustments section located page 68 of the Offering Plan |
| (e)(1) | Disclosure of handling of escrows is set forth in the Procedure to Purchase section on pages 56 and 57 of the Offering Plan |
| (e)(2) | not applicable |
| (e)(3) | Disclosure of Sponsor's remedies are set forth in Procedure to Purchase section in the 2nd paragraph on page 53 of the Offering Plan |

## One Hunters Point

**HUD**                      **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (f)(i) thru (iii) | Disclosure of restrictions are set forth in the Terms of Sale section of the Offering Plan commencing on page 65 and the Schedule of Permitted Encumbrances section set forth on page 221 of the Offering Plan |
| f(2) | Disclosure of any easements are set forth in the Terms of Sale section of the Offering Plan Commencing on page 65 and the Schedule of Permitted Encumbrances set forth on page 221 of the Offering Plan. Lastly, an additional easement is set forth in the Description of Property and Specification Sections of the Offering Plan in paragraph e.(4) on page 128 |
| (g) | |
| (g)(1) (I) | Disclosure of acceptance for filing of Offering Plan by the New York State Department of Law is set forth on Cover page. Disclosure of the New York City Department of Building approving the projects plans is set forth in paragraph b.(4) located on page 127 in the Description of Property and Specifications section of the Offering Plan. |
| (g)(1)(II) | Disclosure of recording of the plats is set forth in: paragraph (a) on page 74 in the Rights and Obligations of Sponsor section of the Offering Plan; in paragraph (c ) on page 65 in Terms of Sale section of the Offering Plan; and in the third paragraph on page 227 in the Unit Deed section of the Offering Plan; |

## One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (g)(2) | Disclosure regarding zoning and use of units s set forth in: the last paragraph on page 29 in the Location and Area Information section of the Offering Plan; in paragraph a on page 127 in the Description of Property and Specifications section of the Offering Plan; and in section 5.7 on page 312 located in the By Laws section of the Offering Plan |
| (g)(3) | surveying is not applicable in a high rise condominium |
| (g)(4) | See paragraph (b) on page 127 and paragraph U on page 137 |
| (g)(5) | A complete disclosure of the project is set forth in the Property Description and Specifications section prepared by Sponsors architects commencing on page 127 and ending on page 139 |
| 1710.110 - Roads: | |
| (a) & (b) | Disclosure of streets owned or maintained by the project is set forth in paragraph c.(3) in the Description of Property and Specifications section located on page 127 of the Offering Plan |
| 1710.111 - Utilities: | |
| (a)(1)(i)(A) thru (F) | not applicable |
| (a)(1)(ii)(A) thru (C) | Disclosure of water service being provided the City of New York is set forth in paragraph d on page 128 and paragraph j on page 133 in the Description of Property and Specifications section of the Offering Plan |
| (a)(1)(ii)(D) | not applicable |

One Hunters Point

**HUD**                                   **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (a)(1)(ii)(E) | Disclosure of financial assurance of completion is set forth in paragraphs 12 on page 3 in the Special Risks section of the Plan and (e) on page 75 in the Sponsor's Obligation section of the Offering Plan |
| (a)(1)(ii)(F) | Disclosure of permits obtained by Sponsor are set forth in paragraph b(4) on page 127 and paragraph u on page 137 in the Description of Property and Specifications section of the Offering Plan |
| (a)(1)(ii)( G) | Disclosure of completion dates are set forth in paragraph b.(3) on page 127 in the Description of Property and Specifications section of the Offering Plan |
| (a)(1)(ii)(H) | Disclosure of costs are set forth in paragraph (a) on page 74 in the Rights and Obligations of Sponsor section of the Offering Plan |
| (a)(1)(ii)(I) | not applicable |
| (a)(1)(ii)(J) | not applicable |
| (a)(1)(ii)(K) | Disclosure of turning over operation of the system as of the projected 1st year of operation is set forth in the Projected Budget section of the Offering Plan set forth on page 36

Disclosure of charges assumed by the association is set forth in paragraph (5) on page 38 in the Projected Budget section of the Offering Plan and section 5.13 on of the By Laws of the Condominium located on page 316 of the Offering Plan |
| (a)(1)(ii)(L) | not applicable |
| (a)(1)(ii)(M) | not applicable |
| (b)(1)(i) | not applicable |
| (b)(1)(ii) | not applicable |

## One Hunters Point

**HUD**            **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (b)(1)(iii)(A) thru (C) | Disclosure of the central sewer system being provided by the City of New York is set forth on page 124 paragraph d., on page 128, paragraph j. on page 133 and paragraph j. (5) on page 134 in the Description of Property and Specifications section of the Offering Plan<br><br>Disclosure of the plan for costs are set forth in the Projected Budget section of the Offering Plan on page 36 and paragraph (5) on page 38 in the Projected Budget section of the Offering Plan<br><br>Disclosure of requisite permits is set forth in paragraph b.(4) on page 127 and paragraph u on page 137 of the Description of Property and Specification section of the Offering Plan |
| (b)(1)(iii)(D) | not applicable |
| (b)(1)(iii)(E) | not applicable |
| (b)(1)(iii)(F) | not applicable |
| (b)(1)(iii)(G) | not applicable |
| (b)(1)(iii)(H) | Disclosure of financial assurance of completion of the system is set forth in paragraphs 12 on page 3 in the Special Risk section of the Offering Plan and (e) on page 75 in the Sponsor's Obligation section of the Offering Plan |
| (b)(1)(iii)(I) | Disclosure of completion dates are set forth in paragraph b.(3) on page 127 in the Description of Property and Specifications section of the Offering Plan |

## One Hunters Point

**HUD**                                             **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (b)(1)(iii)(J) | Disclosure of turning over operation of the system as of the projected 1st year of operation is set forth in the Projected Budget section of the Offering Plan set forth on page 36. Disclosure of charges assumed by the association is set forth in paragraph (5) on page 38 in the Projected Budget section of the Offering Plan |
| (b)(1)(iii)(K) | not applicable |
| (b)(1)(iii)(L) | not applicable as the central sewer system is owned and operated by the City of New York. Disclosure of the City of New York providing Sewer system is set forth in paragraph d on page 128 in the Description of Property and Specifications section of the Offering Plan |
| (c)(1) | Disclosure that Con Edison shall be provided electricity to the project is set forth in paragraph d. on page 128 and paragraph o on page 136 in the Description of Property and Specifications section of the Offering Plan |
| (c)(2) | Disclosure of when service will be available and who is providing it is set forth in paragraph b(3) on page 127 and paragraph o on page 136 in the Description of Property and Specification section of the Offering Plan |
| (c)(3) | not applicable |
| (c)(4) | not applicable |
| (c)(5) | not applicable |
| (c)(6) | not applicable |
| (d)(1) | Disclosure of telecommunications system is set forth in the Services and Facilities section of the Offering Plan in paragraph c on page 26 |

## One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (e)(1) | Disclosure of the gas as the type of fuel to be provided is set forth in the Description of Property and Specification section of the Offering Plan in paragraph d. on page 128 and paragraph l. on page 135; <br><br> Paragraphs k and l on pages 134 and 135 of the Offering Plan; <br><br> Disclosure of the when the gas mains will be installed is set forth in paragraph b(3) on page 127 in the Description of Property and Specifications section of the Offering Plan. |
| 1710.112 - Financial information: | |
| (a) - (e) | Disclosure of the background of the Sponsor is set forth on page 117 in the Identity of Parties section of the Offering Plan |
| 1710.113 - Local services: | |
| (a) | Disclosure that fire protection services are provided by the City of New York is set forth in the 3rd paragraph on page 29 in the Location and Area Information section of the Offering Plan |
| (b) | Disclosure that the police protection services are provided by the City of New York is set forth in the 3rd paragraph on page 29 in the Location and Area Information section of the Offering Plan |
| (c) | Disclosure of schools is set forth in the 5th paragraph on page 29 in the Location and Area Information section of the Offering Plan |

## One Hunters Point

**HUD**                   **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (d) | Disclosure of hospitals is set forth in the 4th paragraph on page 29 in the Location and Area Information section of the Offering Plan |
| (e) | not applicable |
| (f) | Disclosure of shopping facilities is set forth on page 28 in the Location and Area Information section of the Offering Plan |
| (g) | Disclosure of mail boxes being provided is set forth in paragraph h.(5)(v) in the Property Description and Specifications section of the Offering Plan |
| (h) | Disclosure of public transportation is set forth in the 5th paragraph on page 28 and the 1st and 3rd paragraphs on page 29 in the Property Description and Specifications section of the Offering Plan as well as;<br><br>In the 2nd paragraph on page 29 of the Offering Plan |
| 1710.114 - Recreational facilities: | |
| (a) | Disclosure of recreational facilities is set forth in the Services and Facilities section of the Offering Plan located on pages 25 thru 27 as well as in the 3rd paragraph on page 22 of the Offering Plan; and<br><br>Paragraph 9 on page 131 and paragraph t on page 137 |
| (b) | Disclosure of recreational facilities is set forth in the list set forth on pages 25-27 in the Services and Facilities section of the Offering Plan |

## One Hunters Point

**HUD**                                        **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (b)(1) | Disclosure of recreational facilities is set forth in the list set forth on pages 25-27 in the Services and Facilities section of the Offering Plan |
| (b)(2) | Disclosure of percentage of completion of the recreations facilities is set forth in paragraph 13 on page 3 in the Special Risk section of the Offering Plan |
| (b)(3) | Disclosure of estimated start of construction date is set forth in paragraph b on page 127 in the Description of Property and Specifications section of the Offering Plan |
| (b)(4) | Disclosure of estimated completion of construction date is set forth in paragraph b on page 127 in the Description of Property and Specifications section of the Offering Plan |
| (b)(5) | Disclosure of financial assurance of completion is set forth in paragraphs 12 on page 3 in the Special Risk section and (e) on page 75 in the Sponsor's Obligation section of the Offering Plan |
| (b)(6) | Disclosure of the annual cost of the recreational facilities are set forth in the Schedule A section of the Offering Plan commencing on page 30 and Schedule B section of the Offering Plan commencing on page 36 |
| (c)(1) | Disclosure of who is responsible for constructing the facilities is set forth in paragraph (e) on page 75 in the Rights and Obligations of Sponsor section of the Offering Plan |

One Hunters Point

**HUD**                           **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (c)(2) | Disclosure of the maintenance of the facilities which are common elements is set forth in the Repairs and Maintenance of, Units and Common Elements section of the Offering Plan on pages 95 thru 96 and Schedules A on page 30 and B on page 36 of the Offering Plan |
| (c)(3) | not applicable |
| (c)(4) | Disclosure of the transfer of the facilities with the respective interest in a unit is set forth in paragraph (d) on page 65 in the Terms of Sale section of the Offeirng Plan |
| (c)(5) | Disclosure of permits obtained for the entire building is set forth in paragraph b on page 127 in the Description of Property and Specification sections of the Offering Plan |
| (c)(6) | Disclosure of who may use of the facilities is set forth in the Services and Facilities section located on pages 25 thru 27 of the Offering Plan |
| 1710.115 - Sudivision characteristics and climate: | |
| (a) | Disclosure of general topography is set forth in the Description of Property and Specifications section in paragraph e on page 128 of the Offering Plan |
| (b) | Disclosure of water coverage is set forth in the Description of Property and Specifications section in paragraph e on page 128 of the Offering Plan |
| (c ) | Disclosure of site drainage and fill is set forth in paragraphs c on page 127 and e on page 128 in the Discription of Property and Specifications section of the Offering Plan |

One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (d) | Disclosure regarding floods is set forth in paragraph e on page 128 in the Description of Property and Specification section of the Offering Plan |
| (e)(1) | Disclosure regarding floods and erosion is set forth in paragraph e on page 128 in the Description of Property and Specification section of the Offering Plan |
| (e)(2) | not applicable |
| (e)(3) | not applicable |
| (f) | not applicable |
| (g)(1) | not applicable |
| (g)(2) | Disclosure of building fire classification is set forth in paragraph (b)(2) on page 127 of the Offeirng Plan in the Description of Property and Specifications section of the Offering Plan |
| (h) | not applicable |
| (i) | Disclosure regarding occupancy of the project is set forth in last 2 paragraphs on page 123 in the General section of the Offering Plan |

One Hunters Point

**HUD**                               **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| 1710.116 - Additional information: | |
| (a) | |
| (a)(1) | Disclosure of name of the condominium association is set forth: on the cover page of the Offering Plan, in the 3rd paragraph on page 16 and 2nd full paragraph on page 17 in the Definitions section of the Offering Plan; <br><br> in paragraphs (a) on page 75 and (f) on page 75 in the Rights and Obligations of the Sponsor section of the Offering Plan; <br><br> and in paragraph 5 on page 34; see page 121 in the Schedule A section of the Offering Plan |
| (a)(2) | Disclosure regarding the Sponsors control of the condominium asssee is set forth in the Control By Sponsor section of the Offeirng Plan located at pages 84 and 85 |
| (a)(3) & (4) | Disclosure of membership in and functions of the association is set forth in the Condominum Board, Rights and Obligations of Unit Owners and Condominium Board sections of the Offering Plan located on pages 86 thru 106 |
| (a)(5) | not applicable |
| (a)(6) | Disclosure of projected levels of common charges to meet financial obligations of condominum association is set forth in paragraph 13 on page 43 in the Projected Budget section of the Offering Plan |
| (b)(1) | Disclosure of real estate taxes obligations is set forth in the Real Estate Taxes and Anticipated Tax Exemption Benefits section of the Offering Plan located on pages 109 thru 111 |
| (b)(2) | not applicable |

## One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| (c) | Disclosure regarding violations and litigation are set forth in paragraph v on page 137 in the Description of Property and Specification section and in the 2nd paragraph on page 122 in the General section of the Offering Plan |
| (c)(1) thru (3) | Disclosure regarding the financial condition of the Sponsor and prinncipals of Sponsor are set forth in the 3rd paragraph on page 117 in the Identity of Parties section of the Offering Plan |
| (d)(1)- (3) | Disclosure regarding resale restrictions is set forth in paragraph 7 on page 2 in the Special Risks section of the Offering Plan and regarding Assignment of Purchase Agreements and no advertising in the Assingment of Purchase Agreements section located on pages 61 and 62 |
| (e) | |
| (e)(1) | Disclosure regarding leases are set forth in the 1st paragraph on page 74 in the Rights and Obligations of Sponsor section of the Offering Plan concerning the Sponsor and Sales and Leases of Units section on pages 89 thru 91 of the Offering Plan concerning unit owners rights to lease units |
| (e)(2) | not applicable |
| (e)(3) | not applicable |
| (e)(4) | not applicable |
| (f) | Disclosure of no discriminatioin in sale is set forth in the last paragraph on page 122 in the General section of the Offering Plan |
| (g) | Disclosure of the lots is set forth in Schedule A section of the Offering Plan located at pages 30 thru 32 |

## One Hunters Point

**HUD**                                    **NYS Offering Plan Disclosure**

**Reporting Requirements**

| Section: | See: |
|---|---|
| 1710.117 - Cost sheet; signature of Senior Executive Officer: | |
| (a) | Disclosure of costs of the purchase price of a unit and costs of an owner a unit are set forth in the Schedule A commening on page 30 and Schedule B commening on page 36; and<br><br>Disclosure of closing costs for purchasing a unit are set forth in the Closing Costs and Adjustments section of the Offering Plan located on on pages 68 thru 73 |
| (b) | Disclosure of complete terms of Offering Plan are set forth in the 1st paragraph on page 122 in the General Section of the Offering Plan<br><br>Disclousre of certification of the Sponsor and principal of Sponsor is located on pages 379 and 380 of the Offering Plan |
| 1710.118 - Receipt, agent certification and cancellation: | Disclosure of the right to cancel the agreement is set forth in the 1st paragraph on page 201 in the Purchase Agreement section of the Offering Plan |