# WILENTZ GOLDMAN & SPITZER P.A.
ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6026
Direct Fax: (732) 726-6639
Email: lweiner@wilentz.com

March 15, 2010

**VIA ECF FILING**
Honorable Allyne R. Ross
United States District Court – EDNY
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Romero v. Borden East, 09-CV-665
Shin v. Borden East, 09-CV-845
Gaenzler v. Borden East, 09-CV-1303
Ferguson-Steger v. Borden East, 09-CV-1196
Kaye v. Borden East, 09-CV-1228
Allicino v. Borden East, 09-CV-1455
Lee v. Borden East, 09-CV-1721
Lievre v. Borden East 09-CV-1984

Dear Judge Ross:

Plaintiffs are in receipt of your Honor's Opinion and Order filed March 12, 2010.

It is respectfully requested that the above-referenced matters be consolidated under the lowest case number, Romero, 09cv665, so that if and when Plaintiffs decide to appeal, there will only be a need to file one Notice of Appeal.

#3266028 (153641.001)

**WILENTZ
GOLDMAN
&SPITZER P.A.**
ATTORNEYS AT LAW

Hon. Allyne R. Ross
March 15, 2010
Page 2

Thank you for your courtesies.

Respectfully Submitted,

LAWRENCE C. WEINER

LCW:ar

cc: Bruce H. Lederman, Esq. (via Email)
    Clients (via Email)

So ordered,
/s/ ARR
3/16/10

#3266028 (153641.001)