WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Plaintiffs
Lawrence C. Weiner, Esq. (LW-1492)
Alan Wasserman, Esq. (AW-3667)

FILED
CLERK
2010 MAR 23  AM 11: 55
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DANIEL ROMERO and JOANN RAGUSA,

        *Plaintiffs*,

    -against-

BORDEN EAST RIVER REALTY LLC and
JOSEPH SIMONE,

        *Defendants*.

Civ. No.: 09 Civ. 665 (ARR)

**NOTICE OF APPEAL**

------------------------------------------------------------X
WILLIAM LEE and SZUYU PAN,

        *Plaintiffs*,

    -against-

BORDEN EAST RIVER REALTY LLC and
JOSEPH SIMONE,

        *Defendants*.

Civ. No.: 09 Civ. 1721 (ARR)

Consolidated with 09 Civ. 665 (ARR)

------------------------------------------------------------X
KYUNG YEOL SHIN,

        *Plaintiff*,

    -against-

BORDEN EAST RIVER REALTY LLC and
JOSEPH SIMONE,

        *Defendants*.

Civ. No.: 09 Civ. 845 (ARR)

Consolidated with 09 Civ. 665 (ARR)

------------------------------------------------------------X
LORA KAYE,

        *Plaintiff*,

    -against-

BORDEN EAST RIVER REALTY LLC and
JOSEPH SIMONE,

        *Defendants*.

Civ. No.: 09 Civ. 1228 (ARR)

Consolidated with 09 Civ. 665 (ARR)

------------------------------------------------------------X

#3268494 (153641.001)

```
------------------------------------------------------------X
JOHN GAENZLER and SARA MOSCOSO-              :
GAENZLER,                                    :
                          Plaintiffs,        :   Civ. No.: 09 Civ. 1303 (ARR)
            -against-                        :
BORDEN EAST RIVER REALTY LLC and             :
JOSEPH SIMONE,                               :   Consolidated with 09 Civ. 665 (ARR)
                          Defendants.        :
------------------------------------------------------------X
ANTHONY ALLICINO,                            :
                          Plaintiff,         :
            -against-                        :   Civ. No.: 09 Civ. 1455 (ARR)
BORDEN EAST RIVER REALTY LLC and             :
JOSEPH SIMONE,                               :   Consolidated with 09 Civ. 665 (ARR)
                          Defendants.        :
------------------------------------------------------------X
JULIE and DAVID LIEVRE,                      :
                          Plaintiffs,        :
            -against-                        :   Civ. No.: 09 Civ. 1984 (ARR)
BORDEN EAST RIVER REALTY LLC and             :
JOSEPH SIMONE,                               :   Consolidated with 09 Civ. 665 (ARR)
                          Defendants.        :
------------------------------------------------------------X
ZACK FERGUSON-STEGER,                        :
                          Plaintiff,         :
            -against-                        :   Civ. No.: 09 Civ. 1196 (ARR)
BORDEN EAST RIVER REALTY LLC and             :
JOSEPH SIMONE,                               :   Consolidated with 09 Civ. 665 (ARR)
                          Defendants.        :
------------------------------------------------------------X
```

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs Daniel Romero, Joann Ragusa, William Lee, Szuyu Pan, Kyung Yeol Shin, Lora Kaye, John Gaenzler, Sara Moscoso-Gaenzler, Anthony Allicino, Julie Lievre, David Lievre, and Zack Ferguson-Steger hereby appeal to the United States Court of Appeal for the Second Circuit pursuant to FED. R. APP. PROC. 3(b)(1) from the Judgment of the above Court granting Defendants, Borden East River Realty LLC's and

-3-

Joseph Simone's Motion for Summary Judgment, holding that they are exempt from the Interstate Land Sales Full Disclosure Act's registration and disclosure requirements pursuant to the Under 100 Lot Exemption, 15 U.S.C. §1702(b)(1) and the Improved Lot Exemption, 15 U.S.C. §1702(a)(2), and dismissing Plaintiffs' claims for rescission of their purchase agreements, return of their deposits and interest, and payment of attorneys' fees, entered in this action on the 15th day of March, 2010.

**WILENTZ, GOLDMAN & SPITZER P.A.**
Attorneys for Plaintiffs, Daniel Romero, Joann Ragusa, William Lee, Szuyu Pan, Kyung Yeol Shin, Lora Kaye, John Gaenzler, Sara Moscoso-Gaenzler, Anthony Allicino, Julie Lievre, David Lievre, and Zack Ferguson-Steger

By: _____
    LAWRENCE C. WEINER, ESQ.

Dated: March 23, 2010

```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653012799
Cashier ID: ajackson
Transaction Date: 03/23/2010
Payer Name: GOLDMAN AND SPITZER
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GOLDMAN AND SPITZER
 Case/Party: D-NYE-1-09-CV-000665-000
 Amount:         $455.00
--------------------------------------
CHECK
 Check/Money Order Num: 339325
 Amt Tendered: $455.00
--------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```